copyrighted sound recordings specified in Exhibit A hereto, and therefore are liable for direct copyright infringement of Plaintiffs' exclusive rights of reproduction and distribution under 17 U.S.C. § 106(1) & (3).

63.    Defendant has actual and constructive knowledge of Usenet.com's subscribers' infringing activity occurring through use of the Usenet.com newsgroup service, including, among other things, because: Usenet.com hosts the infringing content on servers that it controls and the nature of the infringing material being stored, uploaded, and downloaded is readily apparent; Usenet.com offers access to numerous newsgroups that are expressly dedicated to infringing activity; Usenet.com knowingly markets to its users that infringing material is available through its service; and Usenet.com has been repeatedly informed of the vast amount of infringing content on its servers, including specific sound recordings that are being stored on its servers and made available to its users..

64.    Defendant causes and/or otherwise materially contributes to Usenet.com subscribers' copyright infringement, including by: activating and maintaining each Usenet server feed such that Usenet.com subscribers can copy and distribute Plaintiffs' copyrighted works; creating and maintaining the Usenet.com servers that host copies of Plaintiffs' copyrighted works; choosing to host numerous newsgroups that are expressly dedicated to infringing activity; activating, maintaining, and supporting Usenet.com subscribers' individual accounts used to post and/or download infringing content from Usenet.com servers; and providing features that facilitate users' infringement, such as long retention times and software to facilitate anonymity, thereby making the service a haven for copyright infringement.

65.    The infringement of Plaintiffs' rights in each of their copyrighted sound recordings constitutes a separate and distinct act of infringement.

66.    Defendant's acts of infringement are willful, intentional, and purposeful, in disregard of and indifferent to Plaintiffs' rights.

67.    Through the conduct described above, Defendant is contributorily infringing Plaintiffs' copyrights and exclusive rights under copyright, in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106, 501.

68.    As a direct and proximate result of Defendant's contributory infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to their actual damages as well as Defendant's profits from infringement, as will be proven at trial pursuant to 17 U.S.C. § 504(b).  Alternatively, Plaintiffs are entitled to the maximum statutory damages, in the amount of $150,000 per infringement, pursuant to 17 U.S.C. § 504(c), or for such other amount as may be proper pursuant to 17 U.S.C. § 504(c).

69.    Plaintiffs further are entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

70.    Defendant's conduct is causing, and unless enjoined and restrained by this Court will continue to cause, Plaintiffs great and irreparable injury that cannot fully be compensated for or measured in money.  Plaintiffs have no adequate remedy at law.  Pursuant to 17 U.S.C. § 502, Plaintiffs are entitled to a permanent injunction prohibiting further infringements of their copyrights and exclusive rights under copyright.

## CLAIM FIVE FOR RELIEF

### (Vicarious Copyright Infringement)

71.    Plaintiffs repeat and reallege every allegation contained in paragraphs 1 through 70 as if fully set forth herein.

72.    Usenet.com users are creating and distributing unauthorized reproductions of Plaintiffs' copyrighted sound recordings, including but not limited to the non-exhaustive list of

copyrighted sound recordings specified in Exhibit A hereto, and therefore are liable for direct copyright infringement of Plaintiffs' exclusive rights of reproduction and distribution under 17 U.S.C. § 106(1) & (3).

73.    Defendant is liable under the Copyright Act as a vicarious copyright infringer for the infringing acts of Usenet.com subscribers.

74.    Defendant has the legal right and actual ability to supervise and control the infringing activities that occur through the use of the Usenet.com newsgroup service. Among other things, the infringing material is physically present on Usenet.com's servers, giving Usenet.com the ability to police and control that content. Defendant chooses the newsgroups it offers to its subscribers, electing to offer newsgroups dedicated to infringing content. Defendant also has the practical ability to identify and take actions against subscribers engaged in infringement, but chooses not to do so. Defendant furthermore retains the legal right to control individual subscribers' infringing activity including by terminating subscriber accounts.

75.    Defendant at all relevant times have derived a direct financial benefit attributable to the infringement by users of Plaintiffs' copyrights by Usenet.com subscribers. Not only does the availability of infringing material on Usenet.com serve as a draw that attracts customers to Defendant's service (a draw that Defendant actively promotes), but Defendant's account pricing is tied directly to the amount that each subscriber downloads from the service. Thus, Defendant earns greater revenues the larger the amount of infringing material that its subscribers download.

76.    The infringement of Plaintiffs' rights in each of their copyrighted sound recordings constitutes a separate and distinct act of infringement.

77.    Defendant's acts of infringement are willful, intentional, and purposeful, in disregard of and indifferent to Plaintiffs' rights.

78.     Through the conduct described above, Defendant is vicariously infringing Plaintiffs' copyrights and exclusive rights under copyright, in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106, 501.

79.     As a direct and proximate result of Defendant's vicarious infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to their actual damages as well as Defendant's profits from infringement, as will be proven at trial pursuant to 17 U.S.C. § 504(b). Alternatively, Plaintiffs are entitled to the maximum statutory damages, in the amount of $150,000 per infringement, pursuant to 17 U.S.C. § 504(c), or for such other amount as may be proper pursuant to 17 U.S.C. § 504(c).

80.     Plaintiffs further are entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

81.     Defendant's conduct is causing, and unless enjoined and restrained by this Court will continue to cause, Plaintiffs great and irreparable injury that cannot fully be compensated for or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiffs are entitled to a permanent injunction prohibiting further infringements of their copyrights and exclusive rights under copyright.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

A.     For a permanent injunction enjoining Defendant and its respective agents, servants, employees, officers, attorneys, successors, licensees, partners, and assigns, and all persons acting in concert with each or any of them, from:

(i)     aiding, encouraging, enabling, inducing, causing, materially contributing to, or otherwise facilitating the unauthorized reproduction, downloading,

24

uploading, and/or distribution of copies of Plaintiffs' copyrighted works, whether by using Defendant's service or by any other means; and

(ii)    downloading, uploading, and/or otherwise reproducing or distributing Plaintiffs' copyrighted works, whether by using Defendant's service or by any other means.

B.    For all actual damages to which Plaintiffs may be entitled, including Defendant's profits, in such amounts as may be found pursuant to 17 U.S.C. § 504(b).  Alternatively, at Plaintiffs' election, for statutory damages in the maximum amount allowed by law.

D.    For prejudgment interest according to law.

E.    For Plaintiffs' attorneys' fees, and full costs and disbursements in this action.

F.    For such other and further relief as the Court may deem proper and just.

Respectfully submitted,

By: _Andrew H Bart_____

Kenneth L. Doroshow
Karyn A. Temple
RECORDING INDUSTRY
    ASSOCIATION OF AMERICA
1025 F Street, NW
10th Floor
Washington, DC 20004
tel. (202) 775-0101
fax (202) 775-7253

Andrew H. Bart
Iris E. Bennett
Luke C. Platzer
JENNER & BLOCK LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC 20005
tel. (202) 639-6000
fax (202) 639-6066

DATED:  October 12, 2007

# EXHIBIT A

| Plaintiff | Artist | Infringing Recording | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | Ace of Base | Cruel Summer | Cruel Summer | 189-302 |
| Arista Records LLC | Ace of Base | Always Have, Always Will | Cruel Summer | 189-302 |
| Arista Records LLC | Ace of Base | All that She Wants | The Sign | 169-749 |
| Arista Records LLC | Ace of Base | The Sign | The Sign | 169-749 |
| Arista Records LLC | Ace of Base | Wheel of Fortune | The Sign | 169-749 |
| Arista Records LLC | Ace Of Base | Don't Turn Around | The Sign | 169-749 |
| Arista Records LLC | Air Supply | All Out Of Love | Lost In Love | 38-070 |
| Arista Records LLC | Air Supply | Lost in Love | Lost In Love | 38-070 |
| Arista Records LLC | Air Supply | Come What May | Now And Forever | 37-592 |
| Arista Records LLC | Air Supply | Don't Be Afraid | Now And Forever | 37-592 |
| Arista Records LLC | Air Supply | Now And Forever | Now And Forever | 37-592 |
| Arista Records LLC | Air Supply | One Step Closer | Now And Forever | 37-592 |
| Arista Records LLC | Air Supply | She Never Heard Me Call | Now And Forever | 37-592 |
| Arista Records LLC | Air Supply | Taking the Chance | Now And Forever | 37-592 |
| Arista Records LLC | Air Supply | Two Less Lonely People in the World | Now And Forever | 37-592 |
| Arista Records LLC | Air Supply | What Kind of Girl | Now And Forever | 37-592 |
| Arista Records LLC | Air Supply | Young Love | Now And Forever | 37-592 |
| Arista Records LLC | Air Supply | Even the Nights Are Better | Now And Forever | 37-592 |
| Arista Records LLC | Alan Jackson | Don't Rock The Jukebox | Don't Rock the Jukebox | 138-302 |
| Arista Records LLC | Alan Jackson | Midnight In Montgomery | Don't Rock the Jukebox | 138-302 |
| Arista Records LLC | Alan Jackson | Working Class Hero | Don't Rock the Jukebox | 138-302 |

| Arista Records LLC | Alan Jackson | Here In The Real World | Here in the Real World | 120-465 |
| Arista Records LLC | Alan Jackson | I'd Love You All Over Again | Here in the Real World | 120-465 |
| Arista Records LLC | Alan Jackson | Wanted | Here in the Real World | 120-465 |
| Arista Records LLC | Alan Jackson | I Don't Need the Booze (To Get a Buzz On) | Lot About Livin' (And a Little 'bout Love) | 147-716 |
| Arista Records LLC | Alan Jackson | Tall, Tall Trees | The Greatest Hits Collection | 216-936 |
| Arista Records LLC | Alan Jackson | It Must Be Love | Under The Influence | 303-828 |
| Arista Records LLC | Alan Jackson | Meat And Potato Man | When Somebody Loves You | 289-367 |
| Arista Records LLC | Alan Jackson | Thank God for the Radio | Who I Am | 202-090 |
| Arista Records LLC | Annie Lennox | Why | Diva | 145-693 |
| Arista Records LLC | Avril Lavigne | Anything but Ordinary | Let Go | 312-786 |
| Arista Records LLC | Avril Lavigne | Complicated | Let Go | 312-786 |
| Arista Records LLC | Avril Lavigne | Losing Grip | Let Go | 312-786 |
| Arista Records LLC | Avril Lavigne | Mobile | Let Go | 312-786 |
| Arista Records LLC | Avril Lavigne | Naked | Let Go | 312-786 |
| Arista Records LLC | Avril Lavigne | Sk8er Boi | Let Go | 312-786 |
| Arista Records LLC | Avril Lavigne | Too Much To Ask | Let Go | 312-786 |
| Arista Records LLC | Avril Lavigne | Unwanted | Let Go | 312-786 |
| Arista Records LLC | Brad Paisley | Wrapped Around | Part II | 298-930 |
| Arista Records LLC | Brooks & Dunn | Boot Scootin' Boogie | Brand New Man | 140-290 |
| Arista Records LLC | Deborah Cox | Just Be Good to Me | Deborah Cox | 216-905 |
| Arista Records LLC | Deborah Cox | Who Do U Love | Deborah Cox | 216-905 |
| Arista Records LLC | Dido | Do You Have a Little Time | Life for Rent | 340-392 |

| | | | |
|---|---|---|---|
| Arista Records LLC | Dido | White Flag | Life for Rent | 340-392 |
| Arista Records LLC | Dido | Sand in My Shoes | Life for Rent | 340-392 |
| Arista Records LLC | Dido | Here With Me | No Angel | 289-904 |
| Arista Records LLC | Dido | My Lover's Gone | No Angel | 289-904 |
| Arista Records LLC | Dido | Thank You | No Angel | 289-904 |
| Arista Records LLC | Kelis | Trick Me | Tasty | 353-969 |
| Arista Records LLC | Kelis | Rolling Through The Hood | Tasty | 353-969 |
| Arista Records LLC | Kelis | Sugar Honey Iced Tea | Tasty | 353-969 |
| Arista Records LLC | Kenny G | Songbird | Duotones | 79-028 |
| Arista Records LLC | Kenny G | Champagne | Duotones | 79-028 |
| Arista Records LLC | Milli Vanilli | Girl You Know It's True | Girl You Know It's True (single) | 94-898 |
| Arista Records LLC | Monica | For You I Will | The Boy is Mine | 263-982 |
| Arista Records LLC | OutKast | Return Of The G | Aquemini | 264-092 |
| Arista Records LLC | Pink | Don't Let Me Get Me | Don't Let Me Get Me (single) | 309-896 |
| Arista Records LLC | Pink | 18 Wheeler | M!ssundaztood | 326-672 |
| Arista Records LLC | Pink | Dear Diary | M!ssundaztood | 326-672 |
| Arista Records LLC | Pink | Get the Party Started | M!ssundaztood | 326-672 |
| Arista Records LLC | Pink | Just Like a Pill | M!ssundaztood | 326-672 |
| Arista Records LLC | Santana | Corazon Espinado | Supernatural | 289-833 |
| Arista Records LLC | Santana | Maria Maria | Supernatural | 289-833 |
| Arista Records LLC | Thompson Twins | Hold Me Now | Into the Gap | 52-747 |
| Arista Records LLC | Thompson Twins | We Are Detective | Side Kicks | 41-952 |

| | | | |
|---|---|---|---|
| Arista Records LLC | TLC | Hey Hey Hey Hey | 3D | 321-502 |
| Arista Records LLC | TLC | In Your Arms Tonight | 3D | 321-502 |
| Arista Records LLC | Whitney Houston | My Name Is Not Susan | I'm Your Baby Tonight | 137-024 |
| Arista Records LLC | Whitney Houston | My Love Is Your Love | My Love Is Your Love | 298-453 |
| Arista Records LLC | Whitney Houston | So Emotional | Whitney | 89-966 |
| Arista Records LLC | Whitney Houston | Love Will Save The Day | Whitney | 89-966 |
| Arista Records LLC | Whitney Houston | Where Do Broken Hearts Go | Whitney | 89-966 |
| Arista Records LLC | Whitney Houston | I Wanna Dance With Somebody | Whitney | 89-966 |
| Arista Records LLC | Whitney Houston | Greatest Love of All | Whitney Houston | 60-716 |
| Arista Records LLC | Whitney Houston | How Will I Know | Whitney Houston | 60-716 |
| Arista Records LLC | Whitney Houston | Saving All My Love For You | Whitney Houston | 60-716 |
| Arista Records LLC | Whitney Houston | You Give Good Love | Whitney Houston | 60-716 |
| Arista Records LLC | Whitney Houston | One Moment In Time | Whitney The Greatest Hits | 284-891 |
| Atlantic Recording Corporation | All-4-One | I Swear | All-4-One | 188-210 |
| Atlantic Recording Corporation | Alphaville | Forever Young | Forever Young | 57-138 |
| Atlantic Recording Corporation | Alphaville | Big In Japan | Forever Young | 57-138 |
| Atlantic Recording Corporation | Alphaville | Sounds Like A Melody | Forever Young | 57-138 |
| Atlantic Recording Corporation | Alphaville | A Victory Of Love | Forever Young | 57-138 |
| Atlantic Recording Corporation | Anita Baker | The Look Of Love | Rhythm Of Love | 199-187 |
| Atlantic Recording Corporation | B.J. Thomas | Home Where I Belong | Precious Memories | 183-162 |
| Atlantic Recording Corporation | Bad Company | No Smoke Without Fire | Dangerous Age | 94-325 |
| Atlantic Recording Corporation | Brandy And Monica | The Boy Is Mine | The Boy Is Mine (single) | 256-110 |

| | | | Hints, Allegations and Things Left Unsaid | |
|---|---|---|---|---|
| Atlantic Recording Corporation | Collective Soul | Shine | | 187-499 |
| Atlantic Recording Corporation | Craig David | 7 Days | Born To Do It | 303-747 |
| Atlantic Recording Corporation | Craig David | Fill Me In | Born To Do It | 303-747 |
| Atlantic Recording Corporation | Craig David | Key To My Heart | Born To Do It | 303-747 |
| Atlantic Recording Corporation | Craig David | Once In A Lifetime | Born To Do It | 303-747 |
| Atlantic Recording Corporation | Craig David | Time To Party | Born To Do It | 303-747 |
| Atlantic Recording Corporation | Craig David | You Know What | Born To Do It | 303-747 |
| Atlantic Recording Corporation | Debelah Morgan | Dance With Me | Dance With Me | 303-745 |
| Atlantic Recording Corporation | Foreigner | Say You Will | Inside Information | 87-335 |
| Atlantic Recording Corporation | Foreigner | Down on Love | Agent Provocateur | 61-316 |
| Atlantic Recording Corporation | Foreigner | That Was Yesterday | Agent Provocateur | 61-316 |
| Atlantic Recording Corporation | Foreigner | Waiting For A Girl Like You | Foreigner 4 | 27-769 |
| Atlantic Recording Corporation | Foreigner | I Want to Know What Love Is | I Want to Know What Love Is (single) | 58-550 |
| Atlantic Recording Corporation | Genesis | Man On The Corner | Abacab | 29-675 |
| Atlantic Recording Corporation | Genesis | Abacab | Abacab | 29-675 |
| Atlantic Recording Corporation | Genesis | Me And Sarah Jane | Abacab | 29-675 |
| Atlantic Recording Corporation | Genesis | Keep It Dark | Abacab | 29-675 |
| Atlantic Recording Corporation | Genesis | Another Record | Abacab | 29-675 |
| Atlantic Recording Corporation | Genesis | Many Too Many | And Then There Were Three | 2-105 |
| Atlantic Recording Corporation | Genesis | There Must Be Some Other Way | Calling All Stations | 239-424 |
| Atlantic Recording Corporation | Genesis | Calling All Stations | Calling All Stations | 239-424 |
| Atlantic Recording Corporation | Genesis | Follow You, Follow Me | Follow You, Follow Me (single) | 650 |

| | | | |
|---|---|---|---|
| Atlantic Recording Corporation | Genesis | Illegal Alien | Genesis | 49-248 |
| Atlantic Recording Corporation | Genesis | Just A Job to Do | Genesis | 49-248 |
| Atlantic Recording Corporation | Genesis | Silver Rainbow | Genesis | 49-248 |
| Atlantic Recording Corporation | Genesis | Taking It All Too Hard | Genesis | 49-248 |
| Atlantic Recording Corporation | Genesis | That's All | Genesis | 49-248 |
| Atlantic Recording Corporation | Genesis | Tonight, Tonight, Tonight | Invisible Touch | 73-982 |
| Atlantic Recording Corporation | Genesis | In Too Deep | Invisible Touch | 73-982 |
| Atlantic Recording Corporation | Genesis | Throwing It All Away | Invisible Touch | 73-982 |
| Atlantic Recording Corporation | Genesis | Land Of Confusion | Invisible Touch | 73-982 |
| Atlantic Recording Corporation | Genesis | Invisible Touch | Invisible Touch (single) | 73-871 |
| Atlantic Recording Corporation | Genesis | It's Gonna Get Better | Mama (single) | 47-558 |
| Atlantic Recording Corporation | Genesis | Mama | Mama (single) | 47-558 |
| Atlantic Recording Corporation | Genesis | Hold on My Heart | We Can't Dance | 172-581 |
| Atlantic Recording Corporation | Genesis | I Can't Dance | We Can't Dance | 172-581 |
| Atlantic Recording Corporation | Genesis | Jesus He Knows Me | We Can't Dance | 172-581 |
| Atlantic Recording Corporation | Genesis | No Son of Mine | We Can't Dance | 172-581 |
| Atlantic Recording Corporation | Genesis | Tell Me Why | We Can't Dance | 172-581 |
| Atlantic Recording Corporation | INXS | Need You Tonight | Kick | 85-232 |
| Atlantic Recording Corporation | INXS | Never Tear Us Apart | Kick | 85-232 |
| Atlantic Recording Corporation | INXS | New Sensation | Kick | 85-232 |
| Atlantic Recording Corporation | INXS | Devil Inside | Kick | 85-232 |
| Atlantic Recording Corporation | INXS | What You Need | Listen Like Thieves | 66-559 |

| | | | | |
|---|---|---|---|---|
| Atlantic Recording Corporation | INXS | Listen Like Thieves | Listen Like Thieves | 66-559 |
| Atlantic Recording Corporation | INXS | The Gift | The Gift (single) | 178-308 |
| Atlantic Recording Corporation | INXS | Baby Don't Cry | Welcome To Wherever You Are | 152-091 |
| Atlantic Recording Corporation | INXS | Heaven Sent | Welcome To Wherever You Are | 152-091 |
| Atlantic Recording Corporation | INXS | Taste It | Welcome To Wherever You Are | 152-091 |
| Atlantic Recording Corporation | INXS | Beautiful Girl | Welcome To Wherever You Are | 152-091 |
| Atlantic Recording Corporation | Jewel | Who Will Save Your Soul | Pieces of You | 198-481 |
| Atlantic Recording Corporation | Jewel | You Were Meant for Me | Pieces of You | 198-481 |
| Atlantic Recording Corporation | Kid Rock | Cold and Empty | Kid Rock | 352-774 |
| Atlantic Recording Corporation | Meat Loaf | Special Girl | Blind Before I Stop | 73-035 |
| Atlantic Recording Corporation | Nu Shooz | I Can't Wait | I Can't Wait (single) | 69-093 |
| Atlantic Recording Corporation | Phil Collins | Can't Turn Back the Years | Both Sides | 178-619 |
| Atlantic Recording Corporation | Phil Collins | Everyday | Both Sides | 178-619 |
| Atlantic Recording Corporation | Phil Collins | Please Come Out Tonight | Both Sides | 178-619 |
| Atlantic Recording Corporation | Phil Collins | I Wish It Would Rain Down | But Seriously | 110-770 |
| Atlantic Recording Corporation | Phil Collins | The Time They Are A-Changin' | Dance Into The Light | 230-126 |
| Atlantic Recording Corporation | Phil Collins | In the Air Tonight | Face Value | 24-682 |
| Atlantic Recording Corporation | Phil Collins | This Must Be Love | Face Value | 24-682 |
| Atlantic Recording Corporation | Phil Collins | Another Day In Paradise | But Seriously | 110-770 |
| Atlantic Recording Corporation | Sean Paul | Get Busy | Dutty Rock | 352-634 |
| Atlantic Recording Corporation | Sister Sledge | Frankie | We Are Family | 6-182 |
| Atlantic Recording Corporation | Stone Temple Pilots | Sour Girl | No. 4 | 269-455 |

| | | | | |
|---|---|---|---|---|
| Atlantic Recording Corporation | The Corrs | Time Enough For Tears | Borrowed Heaven | 368-714 |
| Atlantic Recording Corporation | The Darkness | Love is Only a Feeling | Permission to Land | 343-473 |
| Atlantic Recording Corporation | Yes | Leave It | 90125 | 50-617 |
| Atlantic Recording Corporation | Yes | Our Song | 90125 | 50-617 |
| Atlantic Recording Corporation | Yes | Big Generator | Big Generator | 84-592 |
| Atlantic Recording Corporation | Yes | Holy Lamb | Love Will Find a Way (single) | 84-690 |
| Atlantic Recording Corporation | Yes | Owner of a Lonely Heart | Owner of a Lonely Heart (single) | 50-667 |
| Atlantic Recording Corporation | Chic | Le Freak | C'est Chic | 4-546 |
| Atlantic Recording Corporation | Chic | Good Times | Risque | 13-540 |
| BMG Music | Alan Jackson | It's Five O'Clock Somewhere | Greatest Hits Volume II | 340-026 |
| BMG Music | Alan Jackson | Remember When | Greatest Hits Volume II | 340-026 |
| BMG Music | Alan Jackson | A Woman's Love | High Mileage | 295-185 |
| BMG Music | Alan Jackson | Gone Crazy | High Mileage | 295-185 |
| BMG Music | Asleep At The Wheel | Boot Scootin' Boogie | Keepin' Me Up Nights | 120-913 |
| BMG Music | Avril Lavigne | Fall to Pieces | Under My Skin | 332-312 |
| BMG Music | Avril Lavigne | My Happy Ending | Under My Skin | 332-312 |
| BMG Music | Avril Lavigne | Take Me Away | Under My Skin | 332-312 |
| BMG Music | Bonnie Tyler | It's A Heartache | It's A Heartache | 16-541 |
| BMG Music | Brad Paisley | Mud on the Tires | Mud on the Tires | 336-114 |
| BMG Music | Brad Paisley | That's Love | Mud on the Tires | 336-114 |
| BMG Music | Brad Paisley | I'll Take You Back | Time Well Wasted | 366-007 |
| BMG Music | Brad Paisley | The World | Time Well Wasted | 366-007 |

| BMG Music | Brad Paisley | Waitin' On A Woman | Time Well Wasted | 366-007 |
| BMG Music | Brooks & Dunn | Building Bridges | Hillbilly Deluxe | 366-005 |
| BMG Music | Christina Aguilera | Beautiful | Stripped | 326-219 |
| BMG Music | Christina Aguilera | The Voice Within | Stripped | 326-219 |
| BMG Music | Clay Aiken | When You Say You Love Me | Measure of a Man | 342-295 |
| BMG Music | Dave Matthews Band | Grace is Gone | Busted Stuff | 321-902 |
| BMG Music | Dave Matthews Band | You Never Know | Busted Stuff | 321-902 |
| BMG Music | Dave Matthews Band | American Baby | Stand Up | 385-935 |
| BMG Music | Earl Thomas Conley | Fire and Smoke | Fire & Smoke | 34-242 |
| BMG Music | Earl Thomas Conley | Silent Treatment | Fire & Smoke | 34-242 |
| BMG Music | Jamie Foxx | DJ Play A Love Song | Unpredictable | 374-820 |
| BMG Music | John Denver | Thank God I'm a Country Boy | Back Home Again | 46-358 |
| BMG Music | Juan Gabriel | Inocente Pobre Amigo | Por Los Siglos | 303-951 |
| BMG Music | Juan Gabriel | Querida | Por Los Siglos | 303-951 |
| BMG Music | Juan Gabriel | Se Me Olvido Otra Vez | Por Los Siglos | 303-951 |
| BMG Music | Juan Gabriel | Siempre En Mi Mente | Por Los Siglos | 303-951 |
| BMG Music | Juan Gabriel | La Diferencia | Por Los Siglos | 303-951 |
| BMG Music | Kelly Clarkson | Because Of You | Breakaway | 352-147 |
| BMG Music | Kenny Chesney | You Had Me From Hello | Everywhere We Go | 263-302 |
| BMG Music | Kenny Chesney | On the Coast Of Somewhere Beautiful | No Shoes, No Shirt, No Problem | 308-547 |
| BMG Music | Kenny Chesney | The Road And The Radio | The Road and the Radio | 383-449 |
| BMG Music | Kenny Chesney | Old Blue Chair | When The Sun Goes Down | 341-104 |

| | | | |
|---|---|---|---|
| BMG Music | Kenny Chesney | Outta Here | When The Sun Goes Down | 341-104 |
| BMG Music | Kenny Chesney | When the Sun Goes Down | When The Sun Goes Down | 341-104 |
| BMG Music | Kenny Rogers | I Will Always Love You | Eyes That See In The Dark | 49-409 |
| BMG Music | Kenny Rogers | This Woman | Eyes That See In The Dark | 49-409 |
| BMG Music | Martina McBride | Independence Day | The Way That I Am | 171-963 |
| BMG Music | Martina McBride | Life #9 | The Way That I Am | 171-963 |
| BMG Music | Martina McBride | Strangers | The Way That I Am | 171-963 |
| BMG Music | Martina McBride | Wild Angels | Wild Angels | 215-554 |
| BMG Music | Rick Astley | Never Gonna Give You Up | Whenever You Need Somebody | 89-479 |
| BMG Music | Rick Astley | Whenever You Need Somebody | Whenever You Need Somebody | 89-479 |
| BMG Music | Rick Astley | Together Forever | Whenever You Need Somebody | 89-479 |
| BMG Music | The Strokes | Reptilia | Room on Fire | 342-282 |
| BMG Music | ZZ Top | She's Just Killing Me | Rhythmeen | 227-743 |
| BMG Music | ZZ Top | Hey Mr. Millionaire | XXX | 273-998 |
| BMG Music | Lonestar | What About Now | Lonely Grill | 187-003 |
| BMG Music | Lorrie Morgan | Except For Monday | Something in Red | 128-457 |
| BMG Music | Alabama | Dixieland Delight | Closer You Get | 49-145 |
| BMG Music | Alabama | The Closer You Get | Closer You Get | 49-145 |
| BMG Music | Alabama | My Girl | Dancin' on the Boulevard | 233-935 |
| BMG Music | Alabama | Is The Magic Still There | Dancin' on the Boulevard | 233-935 |
| BMG Music | Alabama | Close Enough To Perfect | Mountain Music | 45-289 |
| BMG Music | Alabama | Mountain Music | Mountain Music | 45-289 |

| | | | | |
|---|---|---|---|---|
| BMG Music | Alabama | Roll On (Eighteen Wheeler) | Roll On | 52-706 |
| BMG Music | Alicia Keys | Fallin' | Songs in A Minor | 299-410 |
| BMG Music | Andy Griggs | You Made Me That Way | You Won't Ever Be Lonely | 264-271 |
| BMG Music | Andy Griggs | You Won't Ever Be Lonely | You Won't Ever Be Lonely | 264-271 |
| BMG Music | Brooks & Dunn | Missing You | Tight Rope | 303-837 |
| BMG Music | Busta Rhymes | As I Come Back | Genesis | 312-547 |
| BMG Music | Busta Rhymes | Bounce (Let Me See Ya Throw It) | Genesis | 312-547 |
| BMG Music | Busta Rhymes | Match the Name with the Voice | Genesis | 312-547 |
| BMG Music | Busta Rhymes | We Got What You Want | Genesis | 312-547 |
| BMG Music | Christina Aguilera | Genie in a Bottle | Christina Aguilera | 274-004 |
| BMG Music | Christina Aguilera | What a Girl Wants | Christina Aguilera | 274-004 |
| BMG Music | Clint Black | When I Said I Do | D' Lectrified | 270-778 |
| BMG Music | Clint Black | Like The Rain | Greatest Hits | 227-957 |
| BMG Music | Clint Black | No Time To Kill | No Time to Kill | 168-535 |
| BMG Music | Clint Black | Half The Man | No Time to Kill | 168-535 |
| BMG Music | Clint Black | That Something In My Life | Nothin' But the Taillights | 236-258 |
| BMG Music | Clint Black | Something That We Do | Nothin' But the Taillights | 236-258 |
| BMG Music | Clint Black | You Know It All | Nothin' But the Taillights | 236-258 |
| BMG Music | Clint Black | One Emotion | One Emotion | 200-112 |
| BMG Music | Clint Black | You Made Me Feel | One Emotion | 200-112 |
| BMG Music | Dave Matthews Band | Crash Into Me | Crash | 212-572 |
| BMG Music | Dave Matthews Band | The Space Between | Everyday | 300-313 |

| | | | | |
|---|---|---|---|---|
| BMG Music | Eurythmics | Missionary Man | Revenge | 76-501 |
| BMG Music | Eurythmics | Thorn In My Side | Revenge | 76-501 |
| BMG Music | Eurythmics | When Tomorrow Comes | Revenge | 76-501 |
| BMG Music | Eurythmics | Sweet Dreams (Are Made Of This) | Sweet Dreams (Are Made of This) | 46-186 |
| BMG Music | Eurythmics | Love Is A Stranger | Sweet Dreams (Are Made of This) | 46-186 |
| BMG Music | Eurythmics | Here Comes the Rain Again | Touch | 52-363 |
| BMG Music | Eurythmics | Right By Your Side | Touch | 52-363 |
| BMG Music | George Winston | Joy | December | 42-427 |
| BMG Music | Jim Brickman | Picture This | My Romance: An Evening With Jim Brickman | 214-659 |
| BMG Music | Lonestar | You Walked In | Crazy Nights | 235-837 |
| BMG Music | Lou Bega | I Got A Girl | A Little Bit Of Mambo | 286-646 |
| BMG Music | Lou Bega | Mambo No. 5 (A Little Bit Of...) | A Little Bit Of Mambo | 286-646 |
| BMG Music | Martina McBride | There You Are | Emotion | 269-161 |
| BMG Music | Martina McBride | I Love You | Emotion | 269-161 |
| BMG Music | Martina McBride | Whatever You Say | Evolution | 240-332 |
| BMG Music | Martina McBride | Wrong Again | Evolution | 240-332 |
| BMG Music | Sara Evans | Born To Fly | Born To Fly | 291-176 |
| Capitol Records, Inc. | Arrested Development | People Everyday | 3 years 5 months & 2 days | 143-502 |
| Capitol Records, Inc. | Arrested Development | In The Sunshine | Zingalamaduni | 190-978 |
| Capitol Records, Inc. | Billy Idol | White Wedding | Billy Idol | 39-673 |
| Capitol Records, Inc. | Billy Idol | Cradle of Love | Charmed Life | 115-717 |
| Capitol Records, Inc. | Billy Idol | Hot in the City | Hot in the City (single) | 39-672 |

| Capitol Records, Inc. | Billy Idol | Eyes Without a Face | Rebel Yell | 52-131 |
| Capitol Records, Inc. | Billy Idol | Flesh for Fantasy | Rebel Yell | 52-131 |
| Capitol Records, Inc. | Billy Idol | Catch My Fall | Rebel Yell | 52-131 |
| Capitol Records, Inc. | Blind Melon | Soup | Nico | 336-269 |
| Capitol Records, Inc. | Blondie | Hanging on the telephone | Parallel Lines | 4-090 |
| Capitol Records, Inc. | Blondie | Heart of Glass | Parallel Lines | 4-090 |
| Capitol Records, Inc. | Blondie | One Way Or Another | Parallel Lines | 4-090 |
| Capitol Records, Inc. | Blondie | Sunday Girl | Parallel Lines | 4-090 |
| Capitol Records, Inc. | Blondie | Fade Away and Radiate | Parallel Lines | 4-090 |
| Capitol Records, Inc. | Bob Seger | Against the Wind | Against The Wind | 17-910 |
| Capitol Records, Inc. | Bobby McFerrin | Don't Worry, Be Happy | Simple Pleasures | 97-575 |
| Capitol Records, Inc. | Bonnie Raitt | Love Letter | Nick of Time | 102-443 |
| Capitol Records, Inc. | Bonnie Raitt | Thing Called Love | Nick of Time | 102-443 |
| Capitol Records, Inc. | Cassandra Wilson | Time After Time | Traveling Miles | 268-443 |
| Capitol Records, Inc. | Charlie Daniels | Gone for Real | Same Ol' Me | 213-502 |
| Capitol Records, Inc. | Chris LeDoux | Billy the Kid | Haywire | 196-222 |
| Capitol Records, Inc. | Coldplay | A Whisper | A Rush of Blood to the Head | 322-958 |
| Capitol Records, Inc. | Coldplay | God Put a Smile Upon Your Face | A Rush of Blood to the Head | 322-958 |
| Capitol Records, Inc. | Coldplay | Green Eyes | A Rush of Blood to the Head | 322-958 |
| Capitol Records, Inc. | Coldplay | In My Place | A Rush of Blood to the Head | 322-958 |
| Capitol Records, Inc. | Coldplay | Warning Sign | A Rush of Blood to the Head | 322-958 |
| Capitol Records, Inc. | Coldplay | A Rush of Blood to the Head | A Rush of Blood to the Head | 322-958 |

| Capitol Records, Inc. | Coldplay | Don't Panic | Parachutes | 328-762 |
|---|---|---|---|---|
| Capitol Records, Inc. | Coldplay | A Message | X&Y | 376-828 |
| Capitol Records, Inc. | Coldplay | Fix You | X&Y | 376-828 |
| Capitol Records, Inc. | Coldplay | Speed Of Sound | X&Y | 376-828 |
| Capitol Records, Inc. | Coldplay | Square One | X&Y | 376-828 |
| Capitol Records, Inc. | Coldplay | Swallowed In The Sea | X&Y | 376-828 |
| Capitol Records, Inc. | Coldplay | Twisted Logic | X&Y | 376-828 |
| Capitol Records, Inc. | Coldplay | White Shadows | X&Y | 376-828 |
| Capitol Records, Inc. | Crowded House | Don't Dream It's Over | Crowded House | 78-743 |
| Capitol Records, Inc. | Crowded House | Something So Strong | Crowded House | 78-743 |
| Capitol Records, Inc. | Crowded House | Can't Carry On | Crowded House | 78-743 |
| Capitol Records, Inc. | Crowded House | I Walk Away | Crowded House | 78-743 |
| Capitol Records, Inc. | Crowded House | Mean to Me | Crowded House | 78-743 |
| Capitol Records, Inc. | Crowded House | Now We're Getting Somewhere | Crowded House | 78-743 |
| Capitol Records, Inc. | Crowded House | That's What I Call Love | Crowded House | 78-743 |
| Capitol Records, Inc. | Crowded House | Tombstone | Crowded House | 78-743 |
| Capitol Records, Inc. | Crystal Gayle | Never Ending Song of Love | Ain't Gonna Worry | 119-431 |
| Capitol Records, Inc. | David Bowie | Modern Love | Let's Dance | 47-053 |
| Capitol Records, Inc. | David Bowie | China Girl | Let's Dance | 47-053 |
| Capitol Records, Inc. | David Bowie | Let's Dance | Let's Dance (single) | 43-560 |
| Capitol Records, Inc. | Deana Carter | Strawberry Wine | Did I Shave My Legs For This? | 229-757 |
| Capitol Records, Inc. | Dr. Hook | Sharing the Night Together | Sharing The Night Together (single) | 12-312 |