MP3s they want without repost after repost after repost.

When somebody decides to post a huge amount of data very quickly, everyone suffers.  Server retention time drops across the board, and some servers end up with posts disappearing within hours of being posted.

Please don't kill the goose that has been laying the golden eggs.

[4.25]I heard that I'm only allowed to post MP3s if they've been requested; is that true?

No, that's not true.  One of the great things about the MP3 group is that people are exposed to, or reminded of, songs that they would never request.  But since Usenet is particularly flooded these days, and random hard drive dumps into the binary groups don't help anybody.  In fact, there are certain people who focus on only posting MP3s if they have been requested.

If you want to share your MP3s, you should.  But wouldn't you like to post something that people actually want?  If you indiscriminately fill the group with unknown songs, it's very possible that people won't take the time to download them.  If you take a look at the requests group, you might see that somebody has requested one of the mp3s that you were thinking about posting.  Or maybe you have a song that is of the same genre as a requested song, or a little known song by a member of a popular band.  By posting a 'heads up' to the requestor maybe you can turn somebody onto a song that they never knew that they wanted.

[4.26]I see an MP3 request that I can fill.  What should I do?

The first thing that you should do is to see if the request has already been filled.  Multiple simultaneous postings of the same MP3 are a terrible waste and it happens far too frequently.

The second thing that you should do is to alert the requestor and the rest of the group that you're going to fill the request.  This not only lets the requestor know to be on the lookout, but it also will help prevent multiple posts of the same song.  See Section [4.11] for more about this.

Then you post it to the binary group and the appropriate decade group.

[4.27]I just posted a bunch of MP3s but some were incomplete on a couple of news servers.  Should I just keep re-posting until everybody gets them?

No.  There is a standard repost rule of a 5 to 7 day waiting period that applies to the MP3 groups.  The group alt.binaries.sounds.mp3 consistently tops the charts for the highest volume of posts.  There is no reason to push that level any higher.

NOTE: This repost rule does NOT mean that you should repost all files in 5 to 7 days.  This means that you should not repost the same MP3s any *sooner* than 5 to 7 days.  And make sure you alert people as to when they are being posted so they won't miss them again.

As a contributor to the MP3 groups, you might want to check alt.binaries.sounds.mp3.requests during the week following your post.  It is possible that people will be looking for a song here or there.  Check the requests group for these "fill-ins".

The MP3 groups are very visible right now to system admins and use of server space is a hot topic.  Controlling your reposts (especially of full CD rips) helps us all in the end.

[4.28]But people keep requesting the same songs.  What do I tell them?

Reply to their requests with a message that tells them when you plan on reposting it, that's part of what the .requests group is for.  Since the expire times in the non-binary groups are sometimes longer than in the binary groups, your reply will alert any other people who might come looking for those songs in the following days.  This will help prevent the constant reposting of the current pop hit.

[4.29]I can never get the songs that I want.  Either they scroll off of my news server, or I have to wait for a repost, or they never show up at all.  What can I do?

Usenet was never intended to carry large numbers of binary files, and there are always difficulties.  If completeness or retention is your main problem, you might want to invest in a stand-alone pay news server.  More information can be found in Section [9.7].

Or you can try making other arrangements for your MP3s.  Make friends in the group.  Arrange for your songs via e-mail, ftp or ICQ.  At a certain point, there is no reason to waste global bandwidth and server space on a single file that only one person can't get.

[4.30]Is there a standard format for encoding binaries for posting to Usenet?

There are a number of different ways to encode binaries for Usenet. The standard is uuencoded (UUE). Every newsreader available can decode a UUE encoded post, whereas BinHex and Mime are not as widespread. Also UUE encoding allows for MP3 "previewing". UUE is a Usenet standard and will make your posts available to the largest number of people. Also, contrary to rumors, Mime encoding does not result in smaller posts. Even though Mime encodes have fewer lines, the size remains the same because each line is longer than a UUE encoded post.

[4.31]I've got some album cover scans for the MP3s that I just uploaded. Can I post them in the MP3 binary group?

Sure. Even though they are not MP3 files it is acceptable to post accompanying album scans along with the songs. You may also want to crosspost them to alt.binaries.pictures.cd-covers. If you are posting scans only, not accompanying an MP3 posting, that is the only place you should post them.

[4.32]Should I zip (arj, rar, jar, gzip etc) my files before uploading?

In general, no. Compression is pretty useless for MP3s because they're already compressed. There are occasions, due to posting difficulties, when people will break their MP3s into distinct sections using one of these formats. But for the most part you'll just post them as MP3s. You can also use Peck's Power Post or Power-Post 2000 to continue an interrupted upload or to repost only certain sections. Peck's is the best and easiest solution for reposting a missing segment, but it can be done with Agent (see the Tip). It is easy in Gravity: "pull up the Outbox screen and you'll see each part. Take the part you want to repost back to editing, and send it out again." (thanks to Checkmate  for this tip.)

An exception to the recommendation not to zip MP3s is for those rare musical works that have extended periods of silence in them. Such MP3s will benefit from being zipped, and will actually propagate better. If you suspect your MP3 will benefit in this way, zip it and compare sizes. If it is significantly smaller zipped, post it that way and explain your reasoning in your 0/x file.

Also, keep in mind that people use many different operating systems so if you *do* decide to break up your post using something OTHER than a newsreader, you should make sure that both Mac and Windows users can reassemble your post. You should also include information in the 0/x file to help them if necessary. And if you chose to use rar, be sure to use "no compression" and don't make it a self-extracting archive. That way the MP3s can still be 'sampled' by downloading a single part.

[4.33]I've got a new shareware MP3 player/encoder/decoder, should I share it with the group?

Yes and no. Is it available on the WWW or ftp? If so, post a message in a.b.s.m.d that includes the WWW/ftp address. If it is not available via the WWW or ftp, and it is a sound utility, post it to the appropriate group: alt.binaries.sounds.utilities and post an announcement in the discussion group to let people know.

There is no group in the alt.binaries.sounds.mp3.* hierarchy that is appropriate for the posting of MP3 players/encoders/decoders or utilities. Please only post to the appropriate groups.

[4.34]What are the "test" groups and who should use them?

You should use them if you're new to binary posting, are using a newsreader that you are unfamiliar with or if you have changed your settings. The test groups (alt.test and alt.binaries.test) are intended for posting tests without disrupting the normal activity in other newsgroups. They are there so you can work out the wrinkles of posting *before* you do it in the MP3 groups or any other group.

The test groups are also a great place for you to test your canceling methods. After you do a test post, try canceling it; you never know when you might want that knowledge at your fingertips. Information about canceling your posts can be found in Section [4.19].

Everybody makes mistakes, wouldn't you rather make yours in a test group?

------------------------------------------------------------------------

                   - [5] RETRIEVING MP3s FROM USENET -

------------------------------------------------------------------------

[5.0]Where are all the MP3s that people are talking about?

It all depends on where you have been looking. If you are currently searching in alt.binaries.sounds.mp3.requests (the request group) or

in alt.binaries.sounds.mp3.d (the discussion group), you are simply
looking in the wrong newsgroups. Refer to Sections [1] and [4] of
this FAQ for more information.

If you *are* looking in the correct groups, but you are confused
because you're seeing something like:

```
begin 644 song.mp3
M_^,@Q``2@5#8O$49(`ORFY(P``H\!A=``@((^/`870($80LF%%LV
MJ$0!)#0`0#("O#%@&GSL!ARJUC@#QN.!..$@C\G>:y.''iF]sNyy
M'#00#0#2BHx$X(..R_a...(abbreviated)
```

then you'll need to go back to Section [1.6] and read some of the
FAQs linked there.

[5.1]I know *where* to look for the MP3s, but I can't find any
complete MP3 files.

Well, if you are using your newsreader correctly, the problem is
probably your ISP or, more specifically, your news server. If you
consistently see incomplete files, your news server is probably not
receiving all of the parts that are necessary to get a complete
file.

The solution? Either find a new ISP or look into an additional
pay-news server. Information on ISPs can be found at
http://thelist.internet.com/

Information on news servers in particular can be found in
alt.binaries.news-server-comparison and alt.internet.newservers or
at Yahoo's Usenet server page.

Some popular pay-newsservers are Altopia, Giganews, Newscene,
Newsguy, Easynews and Airnews. See Section [9.7] of this FAQ for
more info.

[5.2]Frequently I only see the last part of any post, like only
(12/12) and not any of the first 11 parts. Why is that?

This can happen if your news server, or another news server up the
pipe from yours, is filtering out based on segment-size.

The FAQ recommends that you set your segment size to something
between 5000 and 7500 lines or about 1/3 Meg to 1/2 Meg (see Section
[4.13]) There are some ISPs that will filter out and not accept any
posts that are larger than that. If you frequently see files posted
and the only part that is available is the last one (which is
inherently the smallest of the parts), it is possible that the other
parts are being filtered out. You can either request that the
poster changes their segment size, or try and find a different news
server that doesn't have this particular problem.

[5.3]I see an MP3 of a song I *think* I like, but I'm not sure. Is
there any way that I can sample the song without downloading the
entire file?

Yes. One way is to just download the first part of the file (which
may require that you split the file into its separate sections),
decode it using your newsreader or a third party decoder, and play
it with your MP3 player. Winamp will give you an error, but play
the file anyway.

Check the Tips section for detailed instructions on using Agent to
sample before downloading:
http://www.mp3-faq.org/tips/agenttips.html#sample .

[5.4]I'm using Outlook Express and it's not automatically decoding
the MP3 files. How do I get the files?

First download all parts, they will be listed as (1/5), (2/5),
(3/5), etc. Right click on the highlighted parts click "Combine &
Decode." Another window will pop up. Use the up & down buttons to
put all the parts in their proper order. Click OK. When the file
comes up - click on "file" then click on Save Attachments.

More tips for using Outlook Express can be found in the Outlook
Express Sub-FAQ:
http://www.mp3-faq.org/tips/oe5subfaq.html .

[5.5]I'm using AOL and it's really difficult for me to get the MP3
files. Everything in the binary groups is a mess and out of order.
Any advice?

Apparently you can use AOL's "Filegrabber" to only display binary
files that are complete. AOL's newsreader can then automatically
download and decode the file. You can accomplish this by selecting
the newsgroup (e.g. a.b.s.m), clicking on Preferences, and checking
the box that says "Show only complete binary files which AOL can
download and decode. Hide text files."

There are times when AOL's software won't recognize that all of the
parts are there. In these cases you may have to manually download
each separate part and combine/decode them yourself.

For more information on uploading/downloading newsgroup binaries on
AOL, check out the AOL Newsgroup FAQ at:
http://members.aol.com/PGordon202/faqpt3.html

[5.6]ARGH! I don't like downloading with AOL's news software; can't
I use Agent to get the files?

Yes and no. You can't use any external newsreader to access AOL's
news server. On the other hand, you *can* subscribe to a
stand-alone pay news server and use Agent, or any other newsreader,
through your AOL internet connection. See Sections [5.1] and [9.7]
for more information about pay news servers.

[5.7]It drives me crazy when the saved file attachment isn't named
the same as the subject title! What to do?

If you are using Free Agent or Agent you have a solution at hand.
Go to Groups | Default Properties on the main menu. Click on the
Receive Files tab and check the box that says "Use the message
subject for name of first attachment in message." This will save
you a lot of time renaming later.

[5.8]I can't use Agent at work. How can I download binaries with
Netscape?

You have to save each part (number them!) with a .uue extension. It
is a two-step process. After downloading, use Winzip to combine and
convert from multipart .uue format to .mp3. Quite a pain, but it
can be done.

     ----------------------------------------------------------------

              - [6] PLAYING MP3s ON YOUR HOME CD PLAYER -

     ----------------------------------------------------------------

[6.0]I've got all these great MP3s and a CD-recorder; is there any
way that I can play these songs on my home CD player?

Yes and No. You can't play MP3s (in that format) on a regular CD
player. What you can do, however, is to change the MP3s back into
.wav files and burn them as an audio CD (redbook) format. You, of
course, lose the size compression that you get with the MP3 format
and will only be able to burn 73 to 74 minutes of music.

[6.1]So there's no way to just play my MP3s on a CD player, a
Walkman or anything like that?

The technology is changing almost daily in this area. There are now
MP3 Walkman-style players, built-in dashboard MP3 players for your
car, mini-players that have headphones and port in to your home and
car stereo AND your computer, and on and on. More info on current
technology is at http://www.mp3.com/hardware/.

[6.2]How do I make a normal music CD from these MP3 files?

Most burner software will want you to first decompress your MP3
files into .wav files before creating an audio CD with your burner.
With some newer software you can burn an audio CD without the
intermediate step of creating a .wav file. Software packages that
do direct MP3 to CD-R are: Nero, Roxio Easy CD Creator, WinOnCD,
and AudioCD MP3 Studio (shareware).

[6.3]How do I decompress my MP3s into .wav files for burning a CD?

A number of software packages will do this, and are often referred
to as "decoders". A good free one can be found at
http://www.dbpoweramp.com/. You can look for "players" or "all in
one packages" at http://software.mp3.com/software/. Click the
links at the left for your operating system or platform. They also
highlight only a few, so click the "complete list of..." for a more
detailed listing.
(NOTE: Not all players will decode MP3s into .wav files; read the
individual descriptions for more details).

[6.4]How do I use Winamp to make .wav files?

For whatever reason the creators of Winamp change its decoding
function relatively frequently.  Therefore, the following
information may not be precisely accurate for the version of Winamp
that you have, but it should be similar.

Start Winamp and hit Ctrl+P.  This should open Win Amp's
"Preferences" window.  Now select the "Audio I/O" tab.  Go down to
the "Output Plug-ins" section and select "Nullsoft Disk Writer
Plug-In"

Now when you "Play" your MP3 files, they will actually be converted
to .wav files. (this information refers specifically to Winamp
version 2.09).

DON'T forget to put your settings back to normal.  You need to
select an output of Nullsoft WaveOut Plug-In to be able to hear MP3s
in Winamp again.

NOTE: If you use the EQ provided with Winamp, you might want to
disable the EQ *before* decoding the songs to .wav.  If you decode
with the EQ enabled, the resulting .wav is NOT a clean decode of the
MP3.  It is a decode that has been EQed by your EQ settings.
Perhaps this is what sounds best to you on your computer speakers,
but if you're going to burn the resulting .wav to a CD for playing
on a normal CD-Player, you might be disappointed by the 'tweaked'
results.

[6.5]Is WinAMP the only/best decoder?

No and no.  WinAMP is very popular as a decoder because of its popularity
as a player, but the links in [6.3] will take you to some other
decoders.  When www.mp3bench.com was active it listed some interesting
information about decoders and their bitrates.  While WinAMP will decode
at 32 or 64 bits, NAD decodes at 110 bits and reportedly delivers the
highest quality .wav output.  Download NAD093 at:
http://www.mp3-faq.org/downloads/downloads.htm.  CoolPlayer is a popular
freeware option for decoding: http://coolplayer.sourceforge.net/.

In 1998 NAD's developer made The Christmas Naddy (son of NAD) available,
and Denziel (future NAD) was promised to be available soon thereafter.
Also at  http://www.mp3-faq.org/downloads/downloads.htm if you want to
play with it.

[6.6]I've got my .wav files; how do I burn a CD?

That question is beyond the scope and relevancy of this FAQ.  The
first thing that you should do is read the instructions or the help
files for your CD-R software.  You can also try the newsgroups:
comp.publish.cdrom.hardware, alt.comp.periphs.cdr or alt.cdrom.

There is also some information available on the WWW.  There is a
good CD-R FAQ at: http://www.fadden.com/cdrfaq/ and the
comp.publish.cdrom FAQ is available at:

http://www.cis.ohio-state.edu/hypertext/faq/usenet/cdrom/cd-ble/part1/faq.html

[6.7]I burned a CD and there are pops between each track; what
gives?

You should burn your music CDs disk-at-once, not track-at-once.
Most popular CD-burning software offer this option.  Take a look
under preferences or options or consult the help file for your
particular software package.

[6.8]I was trying to record a live music CD, but there are pauses
between each track.  What can I do?

You should burn your music CDs disk-at-once, not track-at-once.
Most popular CD-burning software offer this option. Take a look
under preferences or options, or consult the help file for your
particular software package.  When you burn a music CD
track-at-once, a 2-second gap is inserted between each track.

Also, apparently when you take a .wav file --> mp3 --> .wav file,
there is a bit of silence inserted at the beginning of the final
.wav that wasn't present in the original .wav.  In order to make a
truly seamless series of songs, some manipulation of the .wav files
is necessary.  Many audio software packages, like CoolEdit and
SoundForge, will allow you to delete the silence.

In addition, MP3Cutter is a Win9x/NT program that allows you to chop
up (and paste parts of) your MP3s without having to decode them to
.wav.  It is available at: http://home.hccnet.nl/p.luijer/.

Some people just combine every track into one large .wav file before
burning it to their CD.  However, if you do this you will have to
edit your cuesheet to reflect a distinction between one song and the
next.

[6.9]What is the best software to use if I want to decode and/or
burn a CD?

Best is subjective; take a look at the LINKS section of this FAQ for
sites that might help.

[6.10]I heard that you could buy CDs that hold more than 74 minutes
of music.  Where can I get those?

You should check the CD-Rom newsgroups for updated information, but
there is information (including where to purchase 80-minute cds)
available at: http://www.cdmediaworld.com/

  -------------------------------------------------------------------

              - [7] MP3s and THE WORLD WIDE WEB -

  -------------------------------------------------------------------

[7.0]Where are the best places on the web to find MP3s?

This FAQ really only covers the alt.binaries.sounds.mp3.* Usenet
hierarchy and not the entire Internet.  However, there are a number
of Web based search engines that can help you in your search for
MP3s, and you may even want to check them *before* you request a
song.  Many times when a new album or single comes out there is a
flood of requests, posts and reposts of the same song over and over.
Almost *always* these songs are also available on ftp sites.

Some MP3 search engines are available at:
http://mp3search.lycos.com/ and http://oth.net/  In addition,
www.mp3now.com has a list of the top 20 MP3 search engines.

You can also use some of the standard search engines such as
www.yahoo.com  or www.excite.com to search for the MP3 you're
looking for, or even to search for other MP3 Search Pages.

There is also software like "MP3 Fiend" and "Abe's MP3 Finder" that
are available at www.download.com, www.tucows.com, and www.mp3.com,
which will search the Internet for the MP3s you are looking for.

[7.1]I downloaded some MP3s from the web and they're all screwy.
What's up?

You may need a program like Uncook, Phix or Detox to repair your
files.  They are available at: http://software.mp3.com/software/
(select the utilities for your OS).

[7.2]I downloaded some cool songs from this web site that I found;
should I upload them?

Has somebody requested those songs?  If so, you should post an
announcement in a.b.s.mp3.requests informing the requestor of the
location of the songs.

Sometimes the MP3 files that you find on the World Wide Web are not
up to the quality of those that are ripped and encoded by members of
the a.b.s.mp3 newsgroups.  If they are readily and freely available
on the Web, there isn't usually a reason to post them to Usenet.

[7.3]I used to use this cool thing called Agent-MP3.  I cant find
the place where I got it.  Where is it?

Agent-MP3 is apparently gone. Agent-MP3 was merely another way to
look at your own newsgroups on your own ISP's server.  It could not
do more for you than you could do with any decent news reader. The
link to the site is dead: http://www.agent-mp3.com/.

[7.4]What about Napster?

Napster has been a very popular new way to acquire MP3s.  The demise
of Napster has brought a lot of new blood to the MP3 hierarchy (with
a lot of habits that do not work well on Usenet).

Napster has often had MP3s of distinctly inferior quality.  Please
listen to all MP3s before uploading to this hierarchy.

There is a very disturbing phenomenon since Napster and similar
file-sharing services have become very popular.  As MP3s are being
traded at an astounding rate, some files of very poor quality are
being shared by more and more people. Many bad MP3s with pops,
clicks, blips, jingles, gaps, blasts of noise, etc. are being posted
to absm.*. No matter where you get your MP3s, please listen to all
files with a critical ear before reposting to absm.*. If a file is
audibly flawed with objectionable artifacts, please do not post it.
A high bitrate does not automatically equate to high quality.

If a track is rare, and a requester wants it anyway, be sure to be
very clear in your subject title, 0/x, and/or .nfo file that the
file is imperfect or encoded at a lower than usual bitrate so that
subscribers can choose whether or not they wish to download the
file. Just stating NMR (Not
My Rip) is not sufficient warning. If you feel you must upload,
please do not upload without warning potential downloaders.
Lurk, leech, listen, and learn.  Figure out what this place is all
about before going wild.  It is a different community with different

standards.

-------------------------------------------------------------------

- [8] HARDWARE and SOFTWARE CHOICES -

-------------------------------------------------------------------

[8.0]What CD-ROM should I buy?

That all depends on your system and/or your bank account, but for
making MP3s a CD-ROM that does DAE (digital audio extraction) is a
must.

The speed of DAE is not always related to the speed of your CD-ROM
(i.e., just because your 24x is faster than my 8x DOESN'T mean that
either one does DAE any faster than 1x)

So how do you find out how your new drive is going to do DAE?  Go
to: http://www.cdrfaq.org/faq05.html.

NOTE: That is a reader-supported WWW page so if you can send your
info to the author, it will make the page just that much better for
the next person who refers to it.

[8.1]What CD-ripping / MP3 encoding / MP3 decoding software should I
use?

Go to a.b.s.m.d, http://www.mp3-converter.com/decoders/,
http://www.dbpoweramp.com/, or www.mp3.com for some information on
this. But keep in mind that there is no 100% "right answer".  When
looking for an encoder, opinions of what's "best" vary person to
person.  When looking for a CD-Ripper you might have problems with a
piece of software that somebody else knows, all depending on your
particular hardware setup.  Follow the discussion group
(alt.binaries.sounds.mp3.d) and you'll see what particular products
work best for most people, what the newest software is and what
products just plain stink.

For more information on encoders see Sections [3.10] and [3.11] of
this FAQ.

[8.2]What .wav file software should I use?

Two popular audio manipulation packages are Cool Edit and Sound
Forge.  Information on these programs can be found at:
http://www.syntrilium.com/ and http://www.sonicfoundry.com/
respectively.  These are just two out of MANY different software
packages but are the most commonly used.

[8.3]Do I need a special soundcard to play MP3s?

Most decent quality soundcards will play MP3s well.  However, if you
only have an old 8-bit sound card, you may have trouble playing
16-bit MP3s.

[8.4]What is the best soundcard?

That is far beyond the realm of this FAQ, but info can be found in
the comp.sys.ibm.pc.soundcard.* hierarchy.

Also, http://www.rockpark.com/soundcards/ has detailed technical
comparisons of some sound cards.

[8.5]How do I do XXXX with this cool piece of software called YYYY?

This FAQ covers the alt.binaries.sounds.mp3.* newsgroups.  It is not
intended to be a primer on every piece of software that you may use
to make, listen to, change, post or in any other way affect these
files.  The Internet is a vast resource, and many other very fine
FAQs are available for your perusal.  Use the search engines to your
benefit.

[8.6]Some of my MP3s play louder than others. Is there a way to set
the volume levels so I don't have to change it for every song?

What you are looking for is something to normalize your MP3
playback. There is a WinAMP plugin called AudioStocker Pro that will
do this for you.  It is available from
http://users.one.se/liket/mp3stock/

[8.7]What other cool software is there that will enhance my MP3
enjoyment?

Well, beyond those listed prior to this, some useful utilities are:

    Catalogers/Databases: to keep track of your growing MP3
    collection;
    ID Taggers: to automate or simplify setting your ID Tags;
    File Renamers: to simplify your personal renaming tasks;
    and even MP3 alarm clocks.

Many of these are available at

http://software.mp3.com/software/ or
http://dailymp3.com/otherutil.html and can also be located on
shareware download sites such as www.tucows.com and
www.shareware.com  You can also find these by using standard WWW
search engines such as www.yahoo.com or www.lycos.com

[8.8] How can I convert from one bitrate to another?  Or from Real
Audio to MP3?  Or from/to another format?

These are certainly Frequently Asked Questions:

One of the best all-around conversion utilities is dBpowerAMP Music
Convertor (dMC) found at http://admin.dbpoweramp.com/ .  Hard to
beat, and the price is impossible to beat.  It's free.  It does
.wav, .mp3, Windows Media, and Ogg Vorbis.

Some folks have a need to capture and encode Real Audio files to
MP3.  The best information on this process is found at:
http://www.musiclivesonline.com/how_to/04_22_2001.html.

        ------------------------------------------------------------

                        - [9] LINKS -

        ------------------------------------------------------------

[9.0]                   --- OTHER HELPFUL FAQs ---

http://abmefaq.net
The FAQ for the alt.binaries.multimedia.erotica newsgroups - It contains
a *wealth* of information about the use of binary newsgroups in general.
A MUST READ if you have questions about downloading, anonymity, posting
and netiquette.

http://www.netins.net/showcase/phdss/mp3/mp3_faqs.htm
Other MP3 FAQs - This is a very good page full of helpful links to other
MP3 FAQs and MP3-related information.  [they will list our FAQ in their
next revision]

http://pages.prodigy.net/michael_santovec/decode.htm
Decoding Internet Attachments - A detailed page covering all types of
binary attachments on the internet

http://www.geocities.com/tick1845/bin_help.htm
Guide for Usenet binary attachments - A good set of basics for those who
are new to Usenet binary groups.

http://www.fadden.com/cdrfaq/
The Compact Disc Recordable FAQ - originally developed as a Usenet
newsgroup FAQ

http://www.webliminal.com/Lrn-web05.html  Usenet: Reading and Writing the
News.

http://www.cis.ohio-state.edu/hypertext/faq/usenet/cdrom/cd-recordable/part1/faq.html
The FAQ for the comp.publish.cdrom newsgroups - current CD Recordable
Usenet newsgroup FAQ

http://www.eyrie.org/~eagle/writing/rant.html
A Rant About Usenet - What Usenet is really about.

        ------------------------------------------------------------

[9.1]               --- GENERAL INFO and SOFTWARE ---

http://www.mp3.com
MP3.com - Lots of MP3 related software, information and free .mp3 files
from unknown bands.

http://www.dailymp3.com
Daily MP3 - Lots of MP3 related software and also news about MP3s

        ------------------------------------------------------------

[9.2]               --- TECHNICAL INFO ---

http://www.cdrfaq.org/faq05.html
CD-ROM digital audio extraction information - information, software, and
survey

http://www.oreilly.com/catalog/mp3/chapter/ch02.html
How MP3 Works: Inside the Codec - excellent chapter from a book by Scot
Hacker

http://www.iis.fhg.de/amm/techinf/layer3/index.html
Technical MP3 info from the Fraunhofer Institute - Very good and clearly
written

http://mpeg.telecomitalialab.com/
The Moving Picture Experts Group home page - MPEG standards 1 through 7

http://www.mp3-t_ag.org/tips/mp3struct.htm
MP3 File Structure - From SoloH help file.

```
 ----------------------------------------------------------------
[9.3]                --- MUSICAL REFERENCE ---

http://www.allmusic.com/index.html
The All Music Guide - Great search tool for songs/albums/artist names and
info

http://www.cddb.com/
The CD Database - A searchable database of album information that can be
used by some software to automatically name your files

http://www.ubl.com
The Ultimate Band List - A searchable database of bands and artists and
their Official web sites

http://www.lyrics.com
Lyrics.com - A database of song lyrics

http://www.icestorm.net/sharp/lyrics.html
Joe's Lyrics - NEW!  Excellent links to other lyric pages

http://www.kissthisguy.com
The Archive of Misheard Lyrics - Fun stuff :)
 ----------------------------------------------------------------
[9.4]                --- NEWSREADER SOFTWARE INFO ---

http://www.forteinc.com
Agent and Free Agent newsreaders - Forte, Inc.

http://www.lisp.com.au/~michael/guides/agent/index.html
Installing and using Free Agent - good guide

http://www.mp3-faq.org/downloads/downloads.htm
Peck's Power Post - allows you to repost individual segments

http://www.cosmicwolf.com/
Power-Post 2000 - currently the best posting utility, allows you to
repost individual segments (we also have this program on the FAQ Mirror
site.  Download it and two other files: mfc42.zip and 401comupd.exe if
you get it from us at http://www.mp3-faq.org/downloads/downloads.htm.
 ----------------------------------------------------------------
[9.5]            --- MP3 SOFTWARE FOR NON WINDOWS MACHINES ---

http://www.mp3-faq.org/tips/PMacSubFAQ.html
The PowerMac Sub-FAQ - the definitive word on the Mac

http://www.pure-mac.com/mp3.html
Pure Mac MP3 Utilities Archive - lots of links

http://www.macorchard.com/
The Mac Orchard - Macintosh Internet applications (including newsreaders)

http://www.raum.com/mpeg/
Mac MPEG Audio News -  now includes Version 1.8 of the Encoder Quality
Comparison

http://software.mp3.com/software/featured/macintosh/player/
MP3 software for Macintosh users - Link to the Mac section of MP3.com

http://software.mp3.com/software/featured/unix/player/
MP3 software for Unix/Linux - Link to the Unix/Linux section of MP3.com

http://pan.rebelbase.com/ - Pan newsreader for Unix/Linux

http://newspost.unixcab.org/ - Newspost Usenet binary autoposter for
Unix/Linux

http://www.gnome.org/softwaremap/projects/Gnewspost - Gnewspost an open
source Gnome front-end to Newspost

http://www.cemeniuk.net/linux/knewspost/ - Knewspost - KDE front end for
Newspost

ftp://ftp.elf.stuba.sk/pub/pc/sound/dosamp68.zip  -
http://mpxplay.tripod.com/
DOS-based MP3 Players - DOSAmp and MPXPlay.
 ----------------------------------------------------------------
[9.6]            --- MP3 SEARCH ENGINES AND UTILITIES ---

http://www.mp3now.com
Lists the top 20 MP3 search engines - MP3NOW.COM

http://music.lycos.com/downloads/
Fast MP3 Search - Lycos Search Engine

http://oth.net/
Oth Net MP3 search engine - Another popular search engine

Shareware MP3 software including Search programs - www.download.com,
www.tucows.com, and www.mp3.com
```

```
http://dailymp3.com/main.html
DAILYMP3.COM - Good General MP3 Info, Software and Utilities (also mirror
at DAILYMP3.ORG)

http://www.mp3-faq.org/tips/ftp.html
FTP - A Brief Tutorial for those who desperately want to try FTP.

-------------------------------------------------------------------
[9.7]              --- STAND-ALONE NEWS SERVERS ---

Airnews - (http://www.airnews.net/)

Altopia - (http://www.altopia.com/)

Easynews - (http://www.easynews.com)

Giganews - (http://www.giganews.com/)

Newscene - (http://www.newscene.com/)

Newsfeeds - http://www.newsfeeds.com

Newsguy - (http://www.newsguy.com/)

Usenet Server - (http://www.usenetserver.com)

Check the link below for more comprehensive pages on
finding a premium provider:
http://www.exit109.com/~jeremy/news/providers/
http://www.geeks.org/~ed/Usenet_Servers.html

-------------------------------------------------------------------
[9.8]              --- SPECIFIC SOFTWARE SubFAQs ---

http://www.mp3-faq.org/tips/OE5SubFAQ.html
Tips for using Outlook Express 5.0 in the absm.* hierarchy  - Tips
Section

http://www.mp3-faq.org/tips/PMacSubFAQ.html
The Power Mac Sub-FAQ - Tips Section

-------------------------------------------------------------------
[9.9]              --- OTHER LINKS FROM THE FAQ ---

http://www.digido.com/cdmastering.html
Digital Domain: CD Mastering - Info on normalization (Section [3.7])

http://www.pcavtech.com/play-rec/summary/index.htm
PCAVTech Benchmark Page - Compares some encoders (Section [3.10])

http://www.logiccell.com/~mp3trim/
MP3Trim - An MP3 file trimmer (Section [3.18] [3.25])

http://www.soundforge.com/
Sound Forge - Popular wav editing software (Section [3.24] [8.2])

http://www.tracertek.com
DartPro - Popular wav editing software (Section [3.24])

http://www.syntrillium.com
CoolEdit - Popular wav editing software (Section [3.24] [8.2])

http://homepages.nildram.co.uk/~abcomp/lp-cdr.htm
LP to CDR - Tips for transferring your LPs to your computer (Section
[3.24]) -

http://software.mp3.com/software/
File renamers - (Section [3.27])

http://www.mutschler.de/mp3ext/
MP3ext - an ID3 tagger (Section [3.28])

http://www.id3.org/
The History and Future of the ID3 Tag - (Section [3.28])

http://thelist.internet.com/
The ISP Buyer's Guide - Information on ISPs (Section [5.1])

http://members.aol.com/RGordon202/faqpt3.html
AOL Binary FAQ pt3 - (Section [5.5])

http://www.mp3-faq.org/downloads/downloads.htm
NAD MP3 Player v093 - (Section [6.5])

http://home.hccnet.nl/p.luijer/
MP3Cutter - cuts or chops MP3s up into chunks or parts without first
converting to .wav.

http://www.cdmediaworld.com/
CD Media World - Information on 80-minute cds (Section [6.10])

http://www.rockpark.com/soundcards/
Soundcard Performance Benchmarks - compares soundcards. (Section [8.4])
```

```
http://www.shannon.reece.net/audiostocker.zip
AudioStocker Pro - WinAMP plugin to normalize MP3 playback (Section
[8.6]) -
```

     --------------------------------------------

  Sucker@n.a.n., 1998-99;  FAQ-Man@mp3-faq.org, 2000-03.
Site design  2001, mp3-faq.org. Excerpts may be freely distributed
provided that:
1.) NO money is exchanged for the content; and
2.) Prominent attribution to  www.mp3-faq.org is included along with
the reproduced section.

Want to contribute to keep the FAQ site going?
Donate through your free PayPal account. Make the contribution out to
paypal+deru.net. Be sure to  note that your donation is for mp3-faq.org so
that the FAQ site gets credit. Thank you!
     --------------------------------------------

        Thanks to Longhair  for his contributions,
          the members of absm for all their help,
        Steady & Rock&Roll the original absm faq
  -Wolf for the original HTML, Taenus for the first URL and
     Sucker for V2 and V3 and 18 months of hard work.

             The alt.binaries.sounds.mp3.* FAQ
--------------------------------------------------------------
       Contact the folks who update the FAQ via webmaster@mp3-faq.org


-=-=-=-=-=-#-=-=-=-=-=-#-=-=-=-=-=-
Have you read the MP3 FAQ yet?
Check out: http://www.mp3-faq.org

Followup set to alt.binaries.sounds.mp3.d
   (The d is for discussion)
-=-=-=-=-=-#-=-=-=-=-=-#-=-=-=-=-=-

```
+----------------------------+
|       Rate this FAQ        |
|           N/A              |
|         ⬤VOTE             |
+----------------------------+
```

Related questions and answers

---

[ Usenet FAQs | Search | Web FAQs | Documents | RFC Index ]

---

*Send corrections/additions to the FAQ Maintainer:*
*FAQ-Man@mp3-faq.org*

**Last Update May 13 2007 @ 00:23 AM**

# EXHIBIT G

**Welcome to Usenet.com!**





Usenet Mp3s



> Home
> Why Usenet.com
> Members Area
> Privacy
> Corporate
> Software
> Speed Test
> Sign Up!

> FAQ
> Server Addresses
> Contact Us

### What are Usenet Mp3s?

Usenet Mp3s, as you may have guesses, are simply mp3 music files that can be found in the online community, called Usenet, often referred to as the "Internet Underground." What makes Usenet Mp3s so great, you may wonder? Well, first of all, they are all free. You do not have to pay per mp3, so you can virtually download all the files that your heart desires. All you need is access to Usenet and you are all set. The number of mp3s you can download depends on your daily download limits, of course, which depend on the type of account you have. Usenet.com, for example, offers an "Unlimited" membership account which allows members to download all the mp3s they want without worrying about reaching or exceeding their download limits.

### Why Get Usenet Mp3s?

You may wonder, why, out of all the places where you can get free music today, should you use Usenet to do that? I already mentioned the best reason – that it is free. Another very good reason for you to do that is the number of mp3s available in Usenet. It is hard to estimate how many exactly there are at any given time. But we can say for sure, that there are billions of mp3s that can be downloaded by anyone with a Usenet account. Many are added daily in different music newsgroups so be sure you are checking them on a regular basis, so that you keep your collection complete. No other source for mp3 hosts that many music files at one place! No one! The best thing about having so many to choose from is the variety you get, of course. No matter how weird you music taste is, Usenet will most likely be able to satisfy it. There is so much for everyone and you can have it all! Just get an account with a good Usenet provider (I recommend Usenet.com) and get cracking!



*Please Note:*

Usenet.com does not control the newsgroups on Usenet. We do not create the newsgroup or newsgroups on Usenet. Each newsgroup that is created is the sole responsibility of the person who created it. We do not control what people post to usenet. Our servers are classified as a "transitory network." A newsgroup name in and of itself does not mean that what is posted to that group corresponds to the name of the newsgroup.

All essays copyrighted © 2005, Usenet.com

Copyright © 2005, Usenet.com View our disclaimer.

# EXHIBIT H

**Welcome to Usenet.com!**



# USEnet.com

free MP3

› Home
› Why Usenet.com
› Members Area
› Privacy
› Corporate
› Software
› Speed Test
› Sign Up!

› FAQ
› Server Addresses
› Contact Us

### I Love Downloading Free Mp3s! Where Can I Find Them?

There aren't many places in the Internet today where you can still find a variety of high quality, free Mp3 files. There is one place, however, which you may have not heard of, but which contains a large amount of free music that you can download. It is probably the most comprehensive source of free mp3s, videos, and movies that you find online today. It is called Usenet and it is known as The Usenet Experience.

### How Come It Is All Free?

Believe it or not, once you get an account with a good Usenet Service Provider, such as Usenet.com, you ca download all the free mp3s and videos your heart desires. All of them! As long as your download limit allows it, of course, but with an unlimited Usenet account, you will never have to worry about reaching or exceeding your download limit. And it's all free because it is posted by people like you which do not charge anything for sharing their own music, movies, or videos with other users like you. You can also share your files by posting them to the appropriate music newsgroups where others can find and download them.

### That Sounds Great! How Do I Get Started?

It is extremely easy and you can start downloading today. Just go to Usenet.com and get an account. Once you join, you will get a username and password that you can use to log on to the news servers that contain more than 100,000 distinct newsgroups. There are thousands of newsgroups that contain free mp3s, ranging from pop and rock to country and classical music. Usenet has it all waiting for you, you just have to go get it. Stop dreaming about free m3s – go and get them today!



**Why Wait! Click Here To Join USENET.com**

**150 Days Retention**

**East and West Coast High Speed Servers**

**Over 125,000 Newsgroups**



**Follow me to Usenet.com, the best Usenet service available!**

*Please Note:*

Usenet.com does not control the newsgroups on Usenet. We do not create the newsgroup or newsgroups on Usenet. Each newsgroup that is created is the sole responsibility of the person who created it. We do not control what people post to usenet. Our servers are classified as a "transitory network." A newsgroup name in and of itself does not mean that what is posted to that group corresponds to the name of the newsgroup.

All essays copyrighted © 2005, Usenet.com

Copyright © 2005, Usenet.com View our disclaimer.

# EXHIBIT I



**SLYCK**

## Faster Usenet, Free Trial
Reliable, Unlimited, 99%+ Complete $13.95/Month, First Month Half Off www.megabitz.net

Ads by Google

Advertise on this site

Ads by Google

HOME
FORUMS
  SEARCH SLYCK

NEWS
SLYCK NEWS
WEB FS NEWS
TECH NEWS
NEWSFEEDS
  FILE-SHARING
PROGRAMS
DICTIONARY
  GUIDES
BITTORRENT
NEWSGROUPS
EDONKEY
WINMX
DIRECTCONNECT
ARES
ADWARE/SPYWARE
GNUTELLA
SOULSEEK
IRC
MP2P
FASTTRACK
GRABIT
AGENT
XNEWS
WINRAR

CONTACT

# BitTorrent vs. Usenet

**January 9, 2007**
Thomas Mennecke

A+ A-



Since the inception of BitTorrent, file-sharing took on an element never seen before in the annals of Internet history. Millions of individuals flocked to their closest BitTorrent client and tracker, finally handing P2P technology a decisive victory in the online copyright wars. But that victory was just one battle in a much larger conflict; and one that still is raging to this day.

Today, a core of online file-sharers is beginning to question their loyalty to BitTorrent as the entity that is currently king of the P2P world slowly transforms into an authorized distribution medium. Increasingly, an old relic of the Internet has been rapidly developing into a mainstream and streamlined solution for the needs of millions online file-sharers. This medium is known as Usenet, or the Newsgroups, and holds the potential to derail the status quo of the file-sharing community.

**Download Speed – Decisive Usenet Advantage**

Those who've been part of the P2P community since the beginning will agree that just about anything is faster than the networks of old. If the end user was lucky, a 56K modem would top out at almost 6 KB/sec – and that was blazingly fast. A favorable moment on Napster would yield a 5 megabyte song in perhaps as many minutes – and life was good.

Then the broadband revolution kicked into high gear – fueled largely by a combination of falling prices and an insatiable demand for online entertainment. Suddenly everyone was downloading at speeds of at least 80 KB/sec, while higher end Cable users were blazing at over 1 MB/sec. Suddenly, entire compilations were downloaded in a matter of minutes and movies were now a realistic possibility.

To compensate for the movie demand, P2P networks began to rapidly evolve. This demand helped fuel the creation of eDonkey2000, Overnet, Kad, and of course BitTorrent. Within a short period of time, P2P networks had successfully adapted to the ever-growing demand for bandwidth.

A relatively minor player at the time, Usenet (or the Newsgroups) was still used by a good portion of the Internet community. The reason for its usage was the advantage of unmitigated speed. While P2P networks were adapting to the surge in demand for large files, Usenet already had the capability to accommodate this need. Unlike P2P technology which depends on peers for download reliability, Usenet only relies on the speed of the news server and the end user's bandwidth.

As bandwidth price has decreased and capacity increases, many are finding the old qualities of Usenet are more relevant today than ever before. When online movies first started appearing, they were typically the size of a CD – between 600 and 750 megabytes. Although advances in compression technology have yielded fantastic quality for such small files, the demand for considerably larger DVD sized files (anywhere up to 9.5 gigabytes) has reinvigorated the importance of Usenet for large file distribution. BitTorrent may be fast, but it's dependent on the upload ratio of the end user and the quality of swarm. A defect in any attribute of this connection could lead to considerable delays, and a download that takes days to complete.

As stated earlier, Usenet's speed is as fast as the end user's Internet connection speed. If the individual has a high quality 10 Megabit Cable connection, there's little in the way to stop this individual from maxing his or her connection and obtaining a massive file in less than an hour. As news breaks that HD DVD's encryption has been circumvented, and the anticipation for even more massive 30 gigabyte files builds, as it stands now Usenet is the only likely source that will be able to accommodate this imminent demand.

**File Availability – Usenet Advantage**

While the rest of the world debates whether DRM (Digital Rights Management) is the grandest solution or the epitome of evil, many file-sharers simply don't care one way or another. And why should they? The obvious availability of files online (formerly DRMed or not) clearly indicates for all practical purposes, DRM might as well not even exist. Thus, the question now becomes which network is the prime source for files.

This question is much easier to ask than it is to answer. Each network over time generates its own specialty: eDonkey2000 is well known for TV shows, Gnutella is favorable for a quick MP3, and BitTorrent is exceedingly well designed for large files. But where does most of this material come from?

The first movies and MP3s first appeared on Usenet before Napster ever existed. To this day, a vast majority of content from top site providers filters down to Usenet first, then trickles its way to the P2P community. This is the way online distribution works, and there's no indication that it will change any time soon.

BitTorrent does have an advantage when it comes to creative commons or public domain content. BitTorrent, Inc. has been working extensively to create a market for this type of material, and has dedicated a significant portion of energy to carve this niche into BitTorrent.com. Many individuals crave this type of content, and

**Uncensored Usenet Server**

200 Days Binary Retention, 99% Completion, Free Trial!

WWW.GIGANEWS.COM

Advertise on this site

BitTorrent definitely has an advantage over Usenet for distributing this genre of material.

In terms of overall file availability, Usenet has a clear advantage over BitTorrent. It should be noted however that Usenet content has a definite lifespan once it's uploaded. Content on Usenet is limited by the news server's retention – or the amount of time a files is kept on a news server. Because of the vast size of Usenet material, most news servers generally have 30 day retention – so material is limited by time. However this appears to be only a small inconvenience, as material is reposted after a certain amount of time.

Additionally, a growing amount of news servers are increasing their retention time, with some keeping content on their servers for up to 90 days. As hardware capacities increase and prices fall, retention should become less of a concern as well.

Conversely, BitTorrent is only limited by the amount of peers that are seeding a particular file. Theoretically, a file can exist indefinitely on BitTorrent, providing the seeding parties continue to exist. In this respect, BitTorrent has an advantage over Usenet.

Another aspect of file availability is the ability to provide a file on demand. As BitTorrent relies on the availability of peers, many find that a file will take considerably longer to obtain than Usenet. The exception to this is generally revolves around more popular files, as the increased number of peers will lead to a much faster download. However as this aspect of Usenet is only limited by retention, most desired files can be obtained on demand and with little delay.

**Population – Decisive BitTorrent Advantage**

It's rather clear that no one knows the specific population of the file-sharing community. Such a venture was much easier before the days of end-to-end encryption, decentralization, and other techniques used to disguise P2P traffic. Although the official position of BitTorrent, Inc. is against end-to-end encryption, most relevant BitTorrent clients use this technology with generally favorable results. Usenet providers such as Giganews also provide end-to-end encryption as well.

This leads to a quandary when trying to evaluate the file-sharing population. According to BigChampagne's studies, it's generally agreed that the P2P population excluding BitTorrent is approximately 9.5 million individuals at any given moment. By gauging the size of the DHT (Distributed Hash Table) network overlay that coexists with BitTorrent, it's generally calculated that BitTorrent has approximately 3-5 million individuals online. It should be noted this is a conservative measurement, as a measure of the DHT network overlay doesn't include every client and is not indicative of the entire community.

While gauging BitTorrent presents its own set of problems, Usenet is even more difficult to calculate. However it's clear that Usenet is a growing aspect of the file-sharing landscape, as evidenced by the popularity of indexing sites such as Newzbin and the growing discussion of such distribution within file-sharing forums. To give some insight into Usenet's population, UsenetServer.com calculates approximately 40,000 unique individuals are connected to their servers at any given moment. This number represents just one server among a sea of many.

**Technology - BitTorrent Advantage**

There are two categories Slyck is using for this article – "Decisive Advantage" and simply "Advantage." If this article was written three years ago, the subtopic for this portion would probably read "Decisive BitTorrent Advantage." However times have changed and Usenet is not longer the sleepy technological backwater it once was.

This is not to detract from the astounding technological breakthrough that BitTorrent represents. It is a highly efficient and well-engineered piece of technology that exceeds in the efficient transfer of large files. Let's examine this concept a bit further.

In this example, we will assume an individual has created a piece of musical work and several music videos. The cost of hosting these files on a dedicated server is rather expensive as the total compilation exceeds 1 gigabyte. The expense is rather variable, however even text-based website administrators know that hosting a high traffic site can cost many hundreds of dollars per month for a quality connection. Couple a high traffic site with the large bandwidth consumption of music files and videos, and the price may be simply too much for the amateur musician to cope with.

There is a solution, and BitTorrent provides the answer. Instead of taking on the bandwidth responsibility by him or herself, the amateur musician can instead easily set up a tracker – or upload a torrent file to any one of the many tracking sites available. Initially, the musician will have some bandwidth responsibility in terms of seeding the file onto the network. However this responsibility should wane once the file is spread into the wild and others take on such responsibilities. The musician only has to provide a miniscule torrent file – which only contains the metadata necessary for the end user to obtain the desired file.

In this respect, BitTorrent provides a superior technology for the end user to distribute information online. Usenet could theoretically be used as well, however this may not be practical as BitTorrent is better known, and as written below, easier to use.

**Simplicity – BitTorrent Advantage**

In the last section we discussed how Usenet was no longer the technological backwater it once was. As the popularity of Usenet has increased, so has its rate of development.

Back in the day, Usenet was used for the sole purpose of discussion. Much like community forums, people would gather under different topics and discuss anything from computers, autos, home improvement, and so on. Usenet was not designed to distribute large files; however a loophole was soon discovered and exploited.

This loophole is encoding files as text â€" thereby defeating the text-only attribute of Usenet. Most news servers limit the size of file segments as well - generally anything over 10,000 lines of text cannot be uploaded. This problem was resolved by breaking a large, say 600 megabyte file, into smaller 20 megabyte files (known as archives.)

However there was the potential for major problems, as file segments would either sometimes not make it to the news server or were perhaps corrupted. Either way, the result rendered the entire archive useless. This was resolved by the creation of PAR files. Par files accompany the uploaded archive, and act to repair any files damaged or missing. They have been heralded as one of Godâ€™s gifts to the Newsgroups and have largely resolved the problem of corrupt or otherwise compromised files.

Another more recent stride in Usenet technology is the concept of indexing sites. An idea borrowed from P2P, indexing sites provide a streamlined avenue to the desired file. With the inception of indexing sites, the end user no longer had to sift through endless newsgroups trying to find the desired file â€" a process that could take hours. Like P2P, itâ€™s a simple matter of searching or browsing for the desired file. This concept is facilitated by the use of NZB files, a Usenet technological achievement in its own right. Although radically different, the concept is analogous to torrent files or eDonkey2000 hash links. The NZB file contains all the pertinent information necessary for the client to find and download the required file â€" all without spending considerable time navigating the network.

While Usenet has made technological strides recently, BitTorrent is still an easier protocol to navigate. Much like P2P networks of old, all that is required for the BitTorrent user is to point, click, and watch the desired file trickle in.

Currently, itâ€™s not that easy with Usenet. Although the searching and downloading portion may be very similar, thereâ€™s still one more step that needs to be completed. As news servers limit the size of the file segments, the downloaded archive can be contain many dozens of files â€" typically in the RAR format. Once the archive is downloaded, the end user must then reassemble the archive. What may seem like a minor inconvenience to Internet veterans is a surprisingly insurmountable task for a decent portion of netizens, and perhaps is the last stumbling block to widespread Usenet adoption.

Usenet clients have become almost as simple as P2P clients; however BitTorrent still has a clear lead in terms of simplicity. It appeals readily to mainstream users and is more easily embraced by the general public.

**Privacy â€" Decisive Usenet Advantage**

A major concern for many file-sharers is security. With the IFPI (International Federation of the Phonographic Industry) promising to conduct 1,000 copyright enforcement actions per month, and the RIAA (Recording Industry Association of America) having already sued almost 20,000 individuals, retaining oneâ€™s privacy is an understandable concern.

To understand how people become a copyright enforcement statistic is to understand why Usenet has the undisputed advantage over BitTorrent â€" or any other P2P network. Virtually every instance an individual has been sued has been the result of sharing material online - otherwise known as uploading. BitTorrent depends on uploading for its very survival, Usenet does not.

Unlike P2P networking, Usenet does not encourage or otherwise recommend that its userbase upload any material. There are established responsibilities within the Usenet hierarchy â€" those who provide and those who download. This is the way Usenet has functioned since for itâ€™s nearly 30 year history, and shows no signs of deterioration. For now, as no one has been sued for merely downloading material, Usenet is far and away the most secure way to obtain information online.

It should also be noted that most Usenet clients and servers support end-to-end encryption, which adds an additional layer of security.

**Price â€" Decisive BitTorrent Advantage**

Usenet access can be a bit pricey for those on a shoe-string budget. News server access can run anywhere from $15.00 a month to more than $30.00 depending on the type of service. Additionally, an indexing service such as Newzbin.com generally runs about $2.00 for about 6 weeks of service. After all is said, the average Usenet citizen is likely spending around $20.00 per month for service.

For now, BitTorrent is absolutely free. There is no price tag attached to the clients, the trackers, the indexers or any other legitimate resource. As a free service, BitTorrent has a clear advantage over Usenet for those unable or unwilling to spend money. This typically appeals to teenagers, college students and recent graduates who have yet to accumulate disposable income.

**Conclusion â€" Decisive Usenet Victory**

Throughout the modern history of P2P, many networks have come and gone. Some networks achieve stunning success, like Napster, FastTrack, WinMX, AudioGalaxy, eDonkey2000, and BitTorrent. Thereâ€™s an old saying that no empire lasts forever, and neither does the holder of the P2P crown. As Usenet continues to evolve and its clear advantages delineate themselves to the mainstream public, itâ€™s very possible that in the near future, file-sharing may end up where it all beganâ€¦with Usenet.

454
diggs

**digg it**

**This story is filed in these Slyck News categories**
Newsgroups/Usenet :: Other
BitTorrent :: BitTorrent Community

You can discuss this article here - **61 replies**

The Best Video Clips on the Net
Algebra Help | Create Custom Google Maps
© 2001-2006 Slyck.com

# EXHIBIT J

Google Groups

# alt.music.mp3

[ Search this group ] [ Search Groups ]

Message from discussion Binary newsgroups, and file sharing
applications...

**Technobarbarian** View profile          More options Aug 6 2004, 11:50 pm

"Tim Smith" <reply_in_gr...@mouse-potato.com> wrote in message

news:LOQQc.10973$9Y6.7048@newsread1.news.pas.earthlink.net...

> On 2004-08-05, Technobarbarian <randomcanyon-
ztopz...@hotmail.com> wrote:
>>    There are several things wrong with your analysis: For the most part
>>    nobody "runs" newsgroups.

> Sorry, I phrased that badly.  I mean those who run news servers that
carry
> binary groups.

   Those people seem to be doing quite well with the current situation.
There seems to be quite a few business anxious to sell news service.
Competion is pushing retention up and prices down.

>> Who cares if it "wastes resources"? It works and the cost is
>> insignificant.

> The cost is not insignificant.  Although bandwidth costs over the last few
> years have come way down, a full newsfeed still costs a lot, and a lot of
> that cost is from binary groups.

   I get a full news feed with my internet service. Retention seems to be
something under 48 hours for binary groups. They limit my bandwidth, but
the
thing is more or less free and I'm getting everything I can handle. At most
my service costs me a few dollars a month out of the $40/month I pay for
broadband service. Storage costs me a lot more than the usenet
downloads
themselves and this is in a day and age when storage is running under
$1/gigabyte. People who want it can buy better service at very nominal
prices. (And because people are paying the cost of their own service you
don't see people whining about "leeches".) I don't see the problem.

> Usenet is based on a flood-fill distribution model, which just isn't very
> good when it comes to large files that most people aren't interested in.

>> What's your alternative for sharing copyrighted material? Eventually
>> someone will have a good answer for that question and people will
move
>> there. Until then newsgroups are likely to be the answer.

> FTP.  HTTP.  Various P2P systems.  These all work much better for
large
> binaries than usenet.  The best way to distribute a large binary if you
> have
> access to reasonable bandwidth would be to put it on a web server, and
> post
> the URL to usenet.  Or use BitTorrent and post a link to the tracker.

---

**Discussions**
+ new post

About this group
Subscribe to this group

This is a Usenet group - learn more

Sponsored Links

Verizon FiOS Internet
Pure Fiber Optic Speed to Your PC
with Verizon FiOS - Official Site.
www.Verizon.com/FiOS

HighSpeed Internet Access
Fast, Low-Cost Satellite Internet
Up To 28x Faster Than Dial-Up!
www.UsSatellite.com

Driveway - File Sharing
and Collaboration. Send large
photos, videos and music easily.
www.driveway.com

See your message here...

Related Pages

BT partners with Fon to create UK Wi-
Fi sharing network
Mobile Digest - Oct 5, 2007
In a surprising move, BT has partnered
with Spanish firm Fon, giving ...

Ikanos Develops Rapid Rate
Adaptation to Ensure IPTV
Connectivity ...
Converge Network Digest -
Oct 4, 2007
Ikanos Communications introduced a
Rapid Rate Adaptation (RRA) ...

Fon's shared Wi-Fi network goes
mainstream with BT
Washington Post - Oct 6, 2007
BT will let its broadband subscribers
share Wi-Fi with the public ...

Larry Magid's PCAnswer.com
Larry Magid's PCAnswer.com
www.pcanswer.com

Dyband - Intelligent IP Traffic
Management Solutions
developer of broadband access
management technology and
applications ...
www.dyband.net

PacketShaper/ISP Datasheet
www.packeteer.com

LOL, I'm going to post copyrighted material on a website and you think
my cost of bandwidth would be less than usenet? Even if it was slightly
cheaper than newsgroups the legal fees would quickly eat up any savings.
And
on newsgroups the person down loading the file pays their own costs.
Why
would I want to pay the cost of other people's downloads?

Usenet has several other advantages over P2P. Even with my
provider's
bandwidth throtle I get fairly quick and reliable downloads. Corrupt and
infected files are very rare. I don't have to know what I'm looking for in
advance, but can shop around looking at what's available. I don't have to
worry about problems caused by competing clients.

> Now, you might point out that doing this might expose you to liability if
> it is material you have no right to share, but that's not a legal problem,
> not a technical problem.  FTP, HTTP, etc. are technically much better
than
> usenet for binaries.  If someone is using usenet because they are afraid
> they will get caught if they use their webserver, that doesn't make
usenet
> *good* at handling binaries.

How "good" does it need to be? So ok, other methods are more
efficient,
by some but not all measurements, if I gain some advantages and the
cost is
minimal what do I care?

And the technical issues are minor in comparison to the legal issues. At
last count 3,500+ people have been the subject of RIAA lawsuits. It may
not
be elegant, but it works, I can download all day long with out worrying
about the RIAA and as long as I don't get caught _uploading_ copyrighted
material my server ain't gonna disconnect me because they're the ones
providing the service. If you've got a better _practical_ answer I'd love to
see it.

TB

Reply to author    Forward

**Create a group** - Google Groups - Google Home - Terms of Service - Privacy Policy
©2007 Google

# EXHIBIT K