**Welcome to Usenet.com!**





Free Music

› Home
› Why Usenet.com
› Members Area
› Privacy
› Corporate
› Software
› Speed Test
› Sign Up!

› FAQ
› Server Addresses
› Contact Us



### Everyone Loves Free Music These Days But Where Can You Get the Most of It?

Clearly, today Usenet is the best place for free music in the form of mp3s and avi files. It is the most comprehensive and most diverse resource for free music files in today's music world. All the true music maniacs know this place and frequent it on a daily basis to see what kind of new files have been posted by millions of other users around the world. If you're looking to download free music or if you are looking for the best information on music on the Internet today, Usenet is clearly the best choice for these needs of yours.

### What Kind of Music Genres Do the Usenet Newsgroups cover?

It is a safe bet to say that Usenet covers them all. From very popular music genres such as rap, pop, or rock, to some very obscure, alternative styles and genres, Usenet has all the free music you ever wanted. Don't be afraid to check out the hundreds of music newsgroups hosted in Usenet today and get the free music and the free music information you deserve. A good provider of Usenet free music is Usenet.com. They provide access to the best and widest selection of free music these days. Usenet is truly an unparalleled source of free music downloads that cannot be compared to file sharing programs and websites, such as KaZaa or AudioGalaxy. Usenet beats them all by far, judging by the amount of free music downloads it contains and the variety that you can expect. So, when looking for free music, you know where to go. Usenet.com is our favorite Usenet music provider so be sure to give them a try. Don't have the software you need to download free music? No problem, they provide it to all their members for free so you can literally start today without paying for anything but your Usenet access.



**Please Note:**
Usenet.com does not control the newsgroups on Usenet. We do not create the newsgroup or newsgroups on Usenet. Each newsgroup that is created is the sole responsibility of the person who created it. We do not control what people post to Usenet. Our servers are classified as a "transitory network." A newsgroup name in and of itself does not mean that what is posted to that group corresponds to the name of the newsgroup.

All essays copyrighted © 2005, Usenet.com

Copyright © 2005, Usenet.com View our disclaimer

# EXHIBIT L

**Welcome to Usenet.com!**



Usenet Censorship



› Home
› Why Usenet.com
› Members Area
› Privacy
› Corporate
› Software
› Speed Test
› Sign Up!

› FAQ
› Server Addresses
› Contact Us

Are you like the thousands of people on the Internet today who are concerned about privacy and frustrated by censorship? So was I and then I discovered Usenet. Usenet is a public domain network that is totally and completely unregulated by the government or any other agency. I am sure you have heard about the dozens of teens that have been sued recently for downloading or posting music files to one of the popular file sharing services such as KaZaa or LimeWire. The problem with such services is that they log your Internet activity and some even install hidden spyware on your computer and then sell your private information to the highest bidder. I, for one find this totally unacceptable. With Usenet you need have no such worries. You don't even have to install special software to access Usenet. In many cases, all you need is a web browser or a simple newsreader that is pre-installed on all Windows PCs. There are several Usenet providers, such as Usenet.com that offer total user privacy by turning off all logging options on their servers.

I love Usenet because of the privacy that it offers me but I also value the fact that it offers unrestricted access. Because it is an unregulated service, you do not have any net nanny webmaster determining what you can and cannot post or download. As long as what you are posting or downloading is legal in your area, you have nothing to worry about. With the exception of moderated newsgroups, any articles that you post are immediately uploaded to Usenet where they can be viewed in their unaltered format by millions of other users within a matter of minutes. When you download, what files you choose are 100% private. Privacy and freedom are the two fundamental elements that keep Usenet going strong and growing exponentially year after year.



Follow me to Usenet.com, the best Usenet service available!



Why Wait! Click Here To Join USENET.com 150 Days Retention East and West Coast High Speed Servers Over 125,000 Newsgroups

**Please Note:**

Usenet.com does not control the newsgroups on Usenet. We do not create the newsgroup or newsgroups on Usenet. Each newsgroup that is created is the sole responsibility of the person who created it. We do not control what people post to Usenet. Our servers are classified as a "transitory network." A newsgroup name in and of itself does not mean that what is posted to that group corresponds to the name of the newsgroup.

All essays copyrighted © 2005, Usenet.com

Copyright © 2005, Usenet.com View our disclaimer.

# EXHIBIT M

**Welcome to Usenet.com! Are you new to Usenet?**



**Frequently Asked Questions about Usenet and Newsgroups**



usenet.com

› Home
› Why Usenet.com?
› Members Area
› Secure Tunnel™
› Corporate
› Software
› Sign Up!
› Refer-A-Friend
› FAQ
› Server Addresses
› Speed Test
› Affiliates
› Tutorial
› What is SSL?
› Contact Us

## GENERAL NON-MEMBER QUESTIONS

**What kind of services do you provide?** Usenet.com is a top North American Usenet service provider, which offers high quality Usenet access at discount prices to customers from all over the world. You do not need to reside in North America to become a member of Usenet.com. To use our service, you need to have Internet access from an Internet Service Provider (ISP) of your choice. Whether you have Dial-up, Cable, DSL, MSN TV, or AOL, you can browse all the newsgroups you want with us. We do not provide actual Internet access to customers, however. What we do provide is access to more than 120,000 Usenet newsgroups to individual customers.

**What kind of plans and sign up options do you have?** We recently updated our plan and pricing structure to reflect the changing demands of our customers. We have a variety of monthly plans that can fit anyone's needs and budget. In addition to that, once you join, you can add additional bandwidth at any time by simply clicking one button. You don't have to wait till your new billing cycle starts to continue downloading. If you run out of bandwidth but want to keep going, you can. Go to the sign up page to check out our competitive rates and flexible plans and select an account that's right for you.

**What kind of payment options are available?** We have a variety of payment options to fit everyone's needs. If you wish to pay via credit card or online check, you can use our billing agent USAepay. Payment by online check requires a valid checking or savings account.

The third available method is Money Order payment, where you mail us your payment in the form of a money order or cashier's check and we activate your account. This method is perfect for international subscribers. A Usenet account must be purchased for a three or a six-month period when paying by money order. Personal checks are not accepted.

**What are your download limits?** A table with our current download limits and sign up options is available here. We reserve the right to update and modify these settings at any time. We offer no guarantee (written or implied) that these limits will remain permanent. Purchasing a yearly account does not "grandfather" you into any particular set of download limits, or other settings.

**Where are your servers located and what are the server addresses?** We have two server farms in the USA and one in Europe. They have been strategically placed in those locations for maximum user speed and convenience. All you need to know, however, are two convenient server access gateway addresses to connect to our servers: **News.Usenet.com** and **Euro.Usenet.com.** No need to remember the names of 20 different servers, you can now connect to all of them and get all the content via these two simple access points. In the Member's Area of our website we provide our members with real-time download numbers so they can keep track of their bandwidth at any time.

**Do you limit download speed?** No, we allow you to connect at whatever speed you are capable of. Your speed will be determined by such things as Internet traffic, your Internet

MEMBERS LOGIN

Username

Password

**Submit**

Forgot Your Password?

**SUPPORT HOURS**
Monday - Friday
8am - 7pm CST
Saturday & Sunday
9am - 3pm CST
**Phone:**
701-297-0131

connection speed, and your route to our servers.

**How long do messages stay on your servers?** Retention is not a constant variable. We are constantly increasing our retention rates and staying ahead of the competition.

**Can I use a newsreader to access your newsgroups?** Certainly. Newsreaders offer more features for downloading binary files than our Web Gateway does. The Web Gateway is more geared towards text-based newsgroups. We have detailed instructions on using the Web Gateway.

Of course, you can decode smaller binary files (such as pictures) on our website, but when it comes to larger files (videos, free software, or free games) newsreaders make the task go much faster. In addition, Usenet.com offers a free newsreader to our members. Click here to learn more about News Rover. You may also visit News Rover's official website. To download your free custom copy of News Rover, log into the Member's Area and click on the "Software" link.

**Do I have to use a newsreader to access your newsgroups?** No, you can log into our servers through the Web Gateway. We allow our members to use a newsreader or our convenient Web Gateway to make it easier to connect from different locations.

**Can I use my web browser to browse Usenet?** Absolutely! Our Web Gateway can be accessed through the Member's Area or directly from the web. The Web Gateway is great for browsing, reading and posting in text groups but if you wish to download binaries, a newsreader is the way to go. The Web Gateway, however, is recommended for beginning users and MSN TV users. For instructions on using the Web Gateway, click here. Don't want to invest in a newsreader? No problem, try our free customized News Rover which can be downloaded from the Member's Area once you join Usenet.com. News Rover is a great, fully-functional, easy to use application and we provide extensive instructions on how to use it to browse Usenet and download files.

**How do I purchase Secure-Tunnel's encryption package through Usenet.com?** Existing Usenet.com members can sign up for a regular-priced package at Secure-Tunnel's website.

**MEMBER ACCOUNT QUESTIONS**

**Why the switch to monthly plans?** Our new monthly plans provide you with the flexibility you want at prices you will like. We switched to monthly plans for our customer's convenience as they are easier to understand, use, and keep track of. We understand that some of our customers are used to the old daily limit plans and for that reason our existing customers can remain on the daily plans until it's time to renew their account. Daily plan account holders will be able to renew their accounts under one of the new plans only as the old plans will no longer be available. Members can log into the Member's Area of our website to find out more about the new plans and see how you can save money by signing up for one of the new monthly plans. We will also be sending out email communications with more details about the new plans and how existing members can go about getting on one of the monthly plans.

**What kind of features do the new plans have?** Usenet.com's new monthly plans are packed with exciting new features that we can't wait to have you try and benefit from. We've updated our Member's Area and added many new settings to help you track your downloading, account status, add bandwidth, learn about special offers you may be eligible for, and much more. Once you get a monthly membership, you will have access to all that!

**Some of the advantages you will get when you get a monthly membership:**
- ability to add as much bandwidth as you wish to your account at any time, 24x7 –

no more running out!
- access to detailed real-time bandwidth usage stats in our Member's Area
- no need to connect to 18 different servers - you can now enter Usenet via two simple server access gateways: **News.Usenet.com** and **Euro.Usenet.com**
- same great Usenet content but less hassle getting it, saving you time and bandwidth

These great features are not available with the daily limit plans so the sooner you make the switch, the sooner you will be able to take advantage of them.

**Where can I see my download limit?** Your download limit is the same as the plan you purchased. For example, if you purchased a 20GB monthly plan that means you have 20 gigabytes of available bandwidth that you can use to download the desired content from our news servers in one month from your sign up date. You can see your available download limit at any time when you log into the Member's Area of our website and click on "Server Information.

**How can I check my balance to see how much I've downloaded for the month and how much I have left?** Checking your balance is a piece of cake once you go to the Member's Area. The "Downloads" number in the control panel on the right of the page will show you everything you need to know about your account. "Downloads" includes the amount downloaded from both USA and Europe combined. Please submit a support request if you have any questions about your balance or account.

**I have a monthly plan but I've run out of bandwidth. How can I add bandwidth to my account?** Adding bandwidth to your account is extremely easy. Just log into the Member's Area and click on the "Add Bandwidth" button on the right. You will then need to select how much bandwidth you want to add and you'll be good to go.

**Does adding bandwidth take effect immediately?** Yes! No more waiting around. You can start downloading from Usenet as soon as a minute after you've added the additional bandwidth to your account. We've made it possible for you to seamlessly continue downloading, as if you never ran out.

**How do I find out if I'm eligible for any special offers or promotions?** Good question! You can do this by logging into the Member's Area and clicking on the "Messages Available" button within the control panel on the right. All special promotions, offers, loyalty rewards, or bonuses will be announced to you this way to avoid excessive email communication. You can check your messages at any time. The button will flash if you do have new messages that you have not read yet.

**When would my account be renewed?** Monthly accounts are automatically renewed at the end of your billing cycle, until you cancel. A billing cycle is not the same as a calendar month. Your billing cycle is one month long but it starts on the date you signed up and ends thirty days after that. You currently cannot renew your account earlier but can always add extra bandwidth if you've run out for the month.

**How do I upgrade my account?** Not getting enough bandwidth every month? If you often run out of bandwidth before the end of your billing cycle, it is probably a good idea to upgrade your account so you can have a bigger download limit. You can upgrade your account at any time by submitting a support request or by calling our customer service staff at 701-297-0131. Just let us know what account level you want to be at and we will provide you with instructions on upgrading your account. The plan change will take effect starting in your next billing period. Unfortunately, there is no easier way to automatically do this right now.

**How do I change my account information such as password or email address?** Both your password and your email address can be updated if you log into the Member's Area and visit the account administration page in the Member's Area. If you want to

change other details of your account such as your username or your level of membership, please submit a support request.

**How do I change my billing information?** Our billing agents are currently unable to update billing information. If you wish to update this information, you are required to cancel your account with us and sign up again. Sorry for any inconveniences.

**How do I cancel my account?** To cancel your account sign into the Member's Area using your username and your password, then go to the contact us link and select cancel your account here link. Please fill out the cancellation form and submit it. You will receive an email with a confirmation number from us. If you are being billed through the third party billing company CCBill please note that you also need to cancel your account with CCBill. After submitting your Usenet.com cancelation form for your service, you will will be brought to the CCBill Site to cancel your recurring billing. Please note that no refunds will be made and further billing will be discontinued starting with the next billing period.

## MEMBER SERVICE QUESTIONS

**What are the addresses of your news servers?** Usenet.com members can connect to our news servers using two convenient server access gateways. The first gateway provide you with access to our US server farms that host all newsgroup content, **News.Usenet.com**. Our second gateway provides access to our Europe servers, **Euro.Usenet.com**. You need to enter these server addresses in your newsreader of choice. If you are using the free News Rover we provide, you do not need to do that because they have been pre-entered into the downloadable version for you. When using the Web Gateway to connect to the servers, all you need to do is log into the Member's Area and go to "Server Information." You will then see two links to the two access gateways that you can connect to by clicking on the "Log In" link. Or you may directly access the gateway here.

**How can I open more than one stream or connection?** Some of the more popular newsreaders such as News Bin Pro and News Rover allow you to have more than one simultaneous connection. This will speed up your downloads by having more than one download going at a time. Some newsreaders will not allow you to open more than one stream. Outlook Express and Agent are two that allow only one stream at a time.

**How do I get my free customized copy of News Rover?** All you need to do is log into the Member's Area of Usenet.com, using your username and password and go to the "Software" link. You can download your free pre-configured News Rover right from that page. It only takes a few minutes to download and install News Rover and start downloading from the newsgroups.

**Where can I get instructions on how to download from your servers with a newsreader?** We provide help movies on how to set up several recommended newsreader applications in the Member's Area, under "Software." If you want to use News Rover, you don't need to set anything up. You can just start downloading right after installing it because our servers have been pre-configured for you. We also provide instructions on how to download from Usenet, using News Rover on the "Software" page. That page is your one-stop for all instructions on how to get a newsreader and download binaries in Usenet. If there is anything you don't understand or need help, please do not hesitate to contact our friendly support staff who can assist you with all sorts of problems, from account questions to technical issues related to our servers, downloading binaries, using a particular newsreader, etc. They are very well-trained and knowledgeable so we encourage you to use them anytime you can't figure something out on your own.

**I want to use the Web Gateway to browse Usenet and download small binary**

files. Where do I get instructions on using it?
We have an overview of the easy-to-use Web Gateway and instructions on using our service with it here. If you have any questions regarding the gateway after reviewing the instructions, please contact our support specialists. For instant access to the Web Gateway, click here.

**Does downloading headers use up my bandwidth?** No, it does not. We do not think you should have to pay for headers so we provide them to our members for free. There is no limit to how many headers you can download from Usenet.

**Why are some parts of a multi-part post not showing up?** The most common reason for missing binary posts is because they get filtered out before they reach us. We have multiple feeds from around the world, so we usually get a pretty complete feed. Some binary posts get canceled as spam or get canceled because they are too large to propagate through other servers. We do not guarantee the completeness of binary posts on our servers; however you should find that we have excellent completion.

**How do I add an existing newsgroup to your servers?** Submit a support request, including the name of the newsgroup you want added and your username. We will add newsgroups for our members only. We usually handle these requests within 24 hours of your request.

**How can I create a new newsgroup?** We can add any newsgroup to the alt.* hierarchy. If you want a new newsgroup created, just send us the name of the new newsgroup and your username. Any new newsgroup outside of the alt.* hierarchy needs to go through the Big-8 Management Board. For more information, please visit http://www.big-8.org.

**How do I report abuse?** You may report newsgroup and Usenet abuse issues to abuse@usenet.com. Please include the name of the group and the article ID when reporting abuse. We will do our best to remove the offending posts as soon as possible.

**Have any other questions that were not answered on this page?**
**Non-members:** Please submit a pre-sale inquiry here.
**Members:** Please submit a support request or call technical support at 701-297-0131.

Copyright © 2005, Usenet.com All Rights Reserved Disclaimer. Privacy Policy. DMCA. Code of Conduct.

# EXHIBIT N

Case 1:07-cv-08822-HB-THK     Document 1-7     Filed 10/12/2007     Page 11 of 23

**Welcome to Usenet.com!**



Newsgroup Retention



› Home
› Why Usenet.com
› Members Area
› Privacy
› Corporate
› Software
› Speed Test
› Sign Up!

› FAQ
› Server Addresses
› Contact Us

What is newsgroup retention? Simply put, retention is the act of retaining articles on news servers. At Usenet.com retention is one of the reasons why Usenet is doing so well is because they have such a high retention rate for their newsgroups. And what helps them with the high retention is that Usenet.com has dedicated servers for particular newsgroups like having an Mp3 server that is just for mp3s, an Images server that is just for pictures, and a Multimedia server that contains just movies. There are a few others but those listed above are just a few examples. Now you'll see the same newsgroup on another server but the articles won't go as far back as if you were on the dedicated server. For example if you were in a 1990 mp3 newsgroup on a full feed server like Cache, the articles may only be a few thousand. But if you jumped over to Mp3-east or Mp3-west, you'll see several hundred thousand articles in that same newsgroup. It is important to point out that retention will vary from newsgroup to newsgroup. It depends mainly on popularity of the newsgroup – very popular groups have really high retention that could go up to 30 days back. If the popularity is low, it may just be a few days. But across the board, the normal retention time is six to ten days before the articles are removed for new articles to take their place.


Follow me to Usenet.com, the best Usenet service available!

**Please Note:**

Usenet.com does not control the newsgroups on Usenet. We do not create the newsgroup or newsgroups on Usenet. Each newsgroup that is created is the sole responsibility of the person who created it. We do not control what people post to usenet. Our servers are classified as a "transitory network." A newsgroup name in and of itself does not mean that what is posted to that group corresponds to the name of the newsgroup.


Why Wait! Click Here To Join USENET.com 150 Days Retention East and West Coast High Speed Servers Over 125,000 Newsgroups

All essays copyrighted © 2005, Usenet.com

Copyright © 2005, Usenet.com View our disclaimer.

# EXHIBIT O

Premalegal 1:07-cv-08822-HB-THK Access Document-7 Access Filed 10/12/2007 cure Page 13 of 1

**Welcome to Usenet.com - The #1 Usenet Newsgroups Service Provider on the Internet!**



Join us today - we have the perfect monthly download plan for you!



Choose a plan and pay with your credit card *(other payment options below)*     Summer Pricing ends 8/31/07

As a member, you get a FREE custom **News Rover** and FREE access to our **Web Gateway**

### Pricing & Plans

**MONTHLY PLANS** Our new monthly plans are tailored to your needs with a variety of levels: 2 gigabytes, 10 gigabytes, 20 gigabytes, and an Unlimited account.

**DOWNLOAD LEVELS** The base download levels give you a base limit for downloading each month - and these limits renew every 30 days! Purchase an Unlimited account and you'll you get a never-ending stream of downloads that you can use across all 120,000+ groups!

**NEED MORE?** You can always add more bandwidth to your account from the Member's Area! You can increase your limit for the current month with a few clicks of the mouse! Our account tools located in the Member's Area make it easy to track how much you've downloaded and when it's time to get more bandwidth!

You can TRUST that with **Usenet.com** you are SAFE & PROTECTED!

  

Choose the billing agent you want to use:

All members can get additional bandwidth from the Member's Area at any time. Not sure what fits you best? We can help you choose the plan that suits you most.

### Select Your 10 Connection Monthly Plan

**Sign Up For 2GB @ $4.95**
Instant Access!

**Sign Up For 10GB @ $7.95**
Instant Access!

**Sign Up For 20GB @ $11.95**
Instant Access!

**Unlimited @ $18.95**
Instant Access!

○ USAepay (default option)

### Other Payment Options:
› Would you rather pay using online check?
› Click here if you want to mail in your payment.
› International users can use another payment option.

Copyright © 2005, Usenet.com All Rights Reserved. Disclaimer. Privacy Policy

# EXHIBIT P

**Welcome to Usenet.com! Are you new to usenet?**






Privacy

› Home
› Why Usenet.com?
› Members Area
› Secure Tunnel™
› Corporate
› Software
› Sign Up!
› Refer-A-Friend
› FAQ
› Server Addresses
› Speed Test
› Affiliates
› Tutorial
› What is SSL?
› Contact Us

usenet.com

## Usenet.com Privacy Policy

This Privacy Policy is designed to inform you how Usenet.com, Inc. ("we", "our" or "us") collects, uses and safeguards information you provide in connection with your use of the Usenet.com service, including without limitation this website (the "Service"). Your use of the Service constitutes your consent to the collection and use of your information as described in this Privacy Policy. **If you do not accept the terms of this Privacy Policy, do not use the Service.**

Due to changes to the Service, changes in the law, and the changing nature of technology, our information gathering and sharing practices may change from time to time, and we reserve the right to modify this Privacy Policy, in whole or in part, at any time without notice to you. We encourage you to review this Privacy Policy regularly in your use of the Service to ensure you are aware of our current practices. Any use of the Service by you following the date on which we implement changes to this Privacy Policy shall constitute your acceptance of all such changes.

### What information do we collect?

Visitors to this website have the option of becoming a subscriber to the Service by completing and submitting an online registration form. To complete a registration form, you will be required to select a user name and password, and to provide certain personally identifiable information, including without limitation your name, address, telephone number, e-mail address, credit card number and other relevant information (all such information, "User Information"). Submitting a registration form is strictly voluntary but is required in order for you to subscribe to the Service. When you submit this information, you are sharing this information with us and our affiliates. You acknowledge that we may utilize, your billing information may be collected on our behalf by, third parties in connection with the processing of your account fees.

We may give you the opportunity to participate in sweepstakes or contests from time to time. Information we collect in connection with these sweepstakes and contests may include contact information and survey questions. Contact information provided in connection with a sweepstakes or contest may be used to notify winners, and we may use survey information to develop future promotions, service improvements, and/or new services.

We maintain a log of posts to newsgroups through the Service by each Service user. Also, we may from time to time maintain a log of certain information concerning the network profile of Service users, including without limitation users' IP addresses (a computer's numerical Internet address) and the type of web browsers used to access the Service, in anonymous, "aggregate" form (in other words, we do not associate this information with a specific subscriber, and you remain anonymous).

We do not process financial information. We do, however, use seperate billing agents, USAepay and CCBill; please review their respective privacy policies for more information.

MEMBERS LOGIN

Username

Password

[ Submit ]

Forget your Password?

Except as described in this Privacy Policy, we do not collect any personally identifiable information through the Service without your knowledge and consent.

**How do we use information we collect?**
We do not share your User Information with other companies (except with companies providing any portion of the Service on our behalf and then only as necessary for those companies to provide their services). We may use your information to answer a customer service or billing question or other inquiry from you regarding the Service or your account subscription, and for its own internal business purposes. We may use logged information (whether anonymous or linked to you) for its own internal business purposes only, including without limitation to help diagnose problems with our servers and for system administration.

We may disclose your personally identifiable information in any of the following circumstances: (1) in response to a subpoena, search warrant, court order, or other legal process, or as may otherwise be required by applicable law or regulation; (2) to protect and defend our rights or property or those of our affiliates or others; or (3) as we, in its sole discretion, believe is appropriate under exigent circumstances in response to a perceived significant threat to the personal safety or property of any subscriber to the Service or any other person.

In addition, as our subscriber database is our business asset, in the event we are reorganized or is sold to or merged with another company, you consent to the sale, assignment, or transfer of your personally identifiable information to a purchaser of all or substantially all of our business assets, or to our subsidiary or affiliate, as appropriate.

Except as described above, we will not disclose, sell, rent, or otherwise provide your personally identifiable information to any third party without your consent.

**How do we protect the security of the information you provide?**
We take what we believe to be reasonable precautions and have implemented managerial and technical procedures to try to protect the security of your User Information. We strive to maintain the reliability, accuracy, completeness and currency of User Information provided by Service subscribers and to protect their privacy and security. Although we cannot guarantee against any loss, misuse, unauthorized disclosure, alteration or destruction of data, we try to prevent such unfortunate occurrences.

**Do we use cookies?**
" Cookies" are small pieces of information that are stored by your web browser on your computer's hard drive. We use cookies only to log "inbound links" to this website (e.g., through an online advertisement, through a link in a search engine result, through a link on a web page, etc.). We do not use cookies to capture any personally identifying information about you.

**What's our relationship with other websites you can access through the Service?**
This website, and newsgroup postings accessible through the Service, may contain links to other Internet websites, products, and/or services ("Third Party Services") which provide you with convenient access to publicly available information that you may find of interest. If you use a link to go from the Service to a Third Party Service, this Privacy Policy will no longer apply. Your use of a Third Party Service will be subject to the rules and policies of that Third Party Service, and you are encouraged to read over those rules and policies. Your use of Third Party Services is at your own risk.

**How You Can Access Or Correct Your Information**
You can access all your personally identifiable information that we collect online and maintain by logging into the Members Area and visiting the account administration page. If you wish to change other details of your account, such as your username or factual

errors, please submit a support request. To protect your privacy and security, we will also take reasonable steps to verify your indentity before granting access or making corrections.

**What other information should you know about your privacy?**
The Children's Online Privacy Protection Act ("COPPA") prohibits certain commercial practices related to gathering, storing, and disclosing personal information about children under the age of 13 who use the Internet. We will not knowingly or intentionally collect personal information about children under the age of 13 without prior parental consent. We cannot prohibit minors from using the Service if they supply a valid username and password issued to another person (e.g., a parent or friend). We must rely on parents, guardians and those responsible for supervision of children to monitor the Internet activities of children under the age of 13. Each time you submit personally identifiable information about yourself or your family through the Service, you are representing to us that your are 18 years of age or older.

All electronic communication services such as ours are required to comply with the "mandatory reporting" requirements of 42 U.S.C. § 13032(b), which requires such services to report any apparent child pornography to the National Center for Missing and Exploited Children. In the event we are required to make a report, it will include all information regarding the apparent child pornography it believes may be of importance. We will strictly comply with this reporting requirement.

**BBB Online Privacy Program**
Your privacy is important to us. By participating in the Council of Better Business Bureau's BBBOnLine Privacy Program we have made a commitment to meet the program's strict requirements regarding how we treat your information and have it verified by BBBOnLine. Further information about this program is available at www.bbbonline.org

All BBBOnLine Privacy Program participants are required to work with the program's dispute resolution process. The Privacy Program will only accept complaints regarding the misuse of personally identifiable information by a website operator. For more information about the Privacy Program dispute resolution process visit www.bbbonline.org/privacy/dr.asp

**How can you contact us with questions on this privacy policy?**
If you have any questions about this Privacy Policy, please e-mail us at privacy@usenet.com.

Copyright © 2004 Usenet.com, Inc. All rights reserved.
Rev. 121106

Copyright © 2005, Usenet.com All Rights Reserved. Disclaimer. Privacy Policy. DMCA. Code of Conduct.

# EXHIBIT Q

**Welcome to Usenet.com! Are you new to usenet?**



usenet.com

Usenet.com Code of Conduct



> Home
> Why Usenet.com?
> Members Area
> Secure Tunnel™
> Corporate
> Software
> Sign Up!
> Refer-A-Friend
> FAQ
> Server Addresses
> Speed Test
> Affiliates
> Tutorial
> What is SSL?
> Contact Us

## Usenet.com Code of Conduct.

As a member of Usenet.com's online service (the "Service") you agree to uphold this Code of Conduct, and are liable for your activities and content you publish. Usenet membership is limited to individuals 18 years of age (21 where required) or older.

### Prohibited Uses

Violations of this Code of Conduct, our **Terms of Use**, or our **Copyright Policy** may result in the termination of membership privileges and access to Usenet.com's service or deletion of content without notice.

As a member of Usenet.com, you may not participate in prohibited activities, which include but are not limited to:

MEMBERS LOGIN

Username

Password

**Submit**

a.  Use of the Service in violation of any applicable local, state, national or international law, regulation, rule or ordinance;

b.  Use of the Service in violation of generally accepted principles of Usenet etiquette and/or community standards;

c.  Uploading, posting, disseminating, using, or otherwise making available through the Service any content that is unlawful, illegal, harmful, threatening, abusive, harassing, tortious, defamatory, vulgar, obscene, libelous, invasive of another's privacy, subject to any restrictions on disclosure, or Content that could otherwise be considered to be objectionable;

d.  Uploading, downloading, posting, disseminating, using, accessing, or otherwise making available any content involving child pornography;

e.  Impersonating or using the identity of another person or organization, or falsely stating or otherwise misrepresenting your affiliation with a person or organization;

f.  Engaging in any activities or manipulating identifying material to misrepresent the origin or nature of any content;

g.  Uploading, posting, using, or otherwise making available any materials, items, information or content that infringes or otherwise violates the copyright, trademark, or other proprietary rights of any third party;

h.  Uploading, posting, using or otherwise making available any unsolicited or unauthorized advertising or promotional materials, including without limitation, "junk mail," "spam," "chain letters," "pyramid schemes," or any other form of solicitation;

i.  Attempting to "flood" a newsgroup with posts;

j.  Harassing or annoying, threatening or provoking confrontation with, or causing to fear for his or her personal safety any other user of the Service, any Usenet user, or any third party;

k.  Uploading or posting content to a newsgroup that does not belong in that newsgroup or is otherwise "off-topic" for that newsgroup;

l.  Uploading, posting, using or otherwise making available any content that contains software viruses or any other corrupt computer code, files or programs that impair the use of any computer software or hardware or telecommunications equipment;

m.  Interfering with or otherwise limiting the use of the Service by other users;

n.  Collecting, compiling, storing, uploading, posting, using or otherwise making available, personal information about other users of the Service and/or any other third party;

o.  Using the Service for commercial purposes, including but not limited to feeding a news server or news caching server;

p.  Providing inaccurate or fraudulent personal or billing information to Usenet.com in connection with your use of the Service; or

q.  Attempting to bypass any security and/or access features or functionality of the Service.

**Termination and Cancellation** Usenet.com at its sole discretion, reserves the right to review and remove any user-published content at will, without notice and to terminate the membership of participants that are deemed objectionable.

**Rights and Responsibilities** We strongly discourage our members from publishing information or content that others could use to harm you or the Service.
Usenet.com is not responsible for the content published or activities its members partake in. The decision to publish, view, or engage all content is yours and we advise you to use your best judgement.

Usenet.com reserves the right to amend or change this Code of Conduct at any time without notice, and encourage you to regularly review these guidelines to ensure utmost compliance.

Copyright © 2005, Usenet.com All Rights Reserved Disclaimer. Privacy Policy. DMCA.

# EXHIBIT R

**Welcome to Usenet.com! Are you new to usenet?**



usenet.com

Copyright Policy



> Home
> Why Usenet.com?
> Members Area
> Secure Tunnel™
> Corporate
> Software
> Sign Up!
> Refer-A-Friend
> FAQ
> Server Addresses
> Speed Test
> Affiliates
> Tutorial
> What is SSL?
> Contact Us

**Usenet.com Copyright Policy.**

Usenet.com does not control the newsgroups on Usenet. We do not post content in the newsgroups or create their names. Each newsgroup and each post that are created are the sole responsibility of those who created them. We do not control what people post to the Usenet newsgroups. Our servers are classified as a "transitory network." A newsgroup name in and of itself does not mean that what is posted to that group corresponds to the name of the newsgroup.

Usenet.com's terms and conditions prohibit the posting, distribution, or reproduction in any way any copyrighted material, trademarks, or other proprietary information without obtaining the prior written consent of the owner of such proprietary rights. It is the policy of Usenet.com, and Usenet.com reserves the right, to remove or disable access to infringing material, to notify the relevant Member that it has removed or disabled access to the material, and to terminate Membership privileges of any Member who infringes copyright, upon the verified submission of an assertion of infringement by a copyright holder or their authorized representative.

Without limiting the foregoing, if you believe that your work has been copied in a way that constitutes copyright infringement, or that your intellectual property rights have been otherwise violated, please provide Usenet.com's copyright agent with the following information:

   a.  an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright or other intellectual property interest that is allegedly infringed;

   b.  an identification of the copyrighted work or other intellectual property interest that you claim has been infringed (e.g. "My copyrighted work entitled ABC has been infringed");

   c.  an identification of the material you claim is an infringement (e.g. "The message number [#] and/or attachment [filename] infringes my work entitled [title]"), along with enough detail about its location that we may find the allegedly infringing work on the Usenet.com service or through the Usenet.com products or services;

   d.  your address, telephone number, and email address;

   e.  a statement by you that you have a good faith belief that the claimed infringement is not authorized by the copyright (or intellectual property) owner, its agent, or the law;

   f.  a statement by you, made under penalty of perjury, that the above information in your notice to Usenet's copyright agent is accurate and that you are the copyright or intellectual property owner or authorized to act on the copyright or intellectual

MEMBERS LOGIN

Username

Password

**Submit**

property owner's behalf.

Please note: Alleged infringing activity upon which Usenet.com may take action is and shall be limited to those materials posted or newsgroups created or administered by Usenet.com subscribers only.

Usenet.com's agent for notice of claims of copyright or other intellectual property infringement can be reached as follows:

       By mail:    Usenet.com, Inc.
                 c/o National Registered Agents, Inc. of NV
                 1000 East Williams Street, Suite 204
                 Carson City, NV 89701
                 ATTN: Copyright Infringement

       By email:   copyright_agent@usenet.com

Copyright © 2005, Usenet.com All Rights Reserved Disclaimer.Privacy Policy. DMCA. Code of Conduct.