JUDGE BAER                    COPY

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC, <br><br> Plaintiffs, <br><br> v. <br><br> USENET.COM, Inc. <br><br> Defendant. | 07 CIV 8822 <br><br> PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT <br><br> OCT 12 2007 |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs submit the following statement identifying their parent corporations and any publicly held corporation owning 10% or more of their stock.

1. Plaintiff Arista Records LLC is owned by Plaintiff BMG Music, which is not publicly traded.

2. The parent corporation of Plaintiffs Atlantic Recording Corporation, Elektra Entertainment Group, Inc., and Warner Bros. Records Inc., is Warner Music Group Corp., which is publicly traded in the United States.

3. Plaintiff BMG Music is owned by Plaintiff SONY BMG MUSIC ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.

4. The parent corporation of Plaintiffs Capitol Records, Inc., Caroline Records, Inc., and Virgin Records America, Inc., is EMI Group Limited, which is not publicly traded.

5. The ultimate parent corporation of Plaintiffs Interscope Records and UMG Recordings, Inc., is Vivendi S.A., a publicly held French company.

6. Plaintiff LaFace Records LLC is owned by SONY BMG MUSIC ENTERTAINMENT, whose ultimate parents are Bertelsmann AG, which is not publicly traded, and Sony Corporation, which is publicly traded in the United States.

7. Plaintiff Maverick Recording Company is a joint venture between SR/MDM Venture Inc., whose ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S., and Maverick Records LLC, which is not publicly traded.

8. Plaintiff SONY BMG MUSIC ENTERTAINMENT is a general partnership owned by USCO Holdings Inc., BeSo Holding LLC, Arista Holdings, Inc. and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

9. Plaintiff Zomba Recording LLC is a subsidiary of SONY BMG MUSIC ENTERTAINMENT, whose ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Respectfully submitted,

By: _____
Andrew H. Bart
Iris E. Bennett
Luke C. Platzer
JENNER & BLOCK LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC 20005
tel. (202) 639-6000
fax (202) 639-6066

Kenneth L. Doroshow
Karyn A. Temple
RECORDING INDUSTRY
  ASSOCIATION OF AMERICA
1025 F Street, NW
10th Floor
Washington, DC 20004
tel. (202) 775-0101
fax (202) 775-7253

DATED: October 12, 2007