AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

ARISTA RECORDS LLC, et al.

**SUMMONS IN A CIVIL ACTION**

V.

USENET.COM, INC.

CASE NUMBER: **07 CIV 8822**

TO: (Name and address of Defendant)

USENET.COM, INC.
c/o National Registered
Agents Inc. of Nevada
1000 East William Street, 204
Carson City, NV  89701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew H. Bart, Esq.
Jenner & Block, LLP
919 Third Avenue, 37th Floor
New York, New York  10022
(212) 891-1600
(212) 909-0805 - Facsimile

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

_____    10/12/2007
CLERK                               DATE

_____
(By) DEPUTY CLERK

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10/15/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Kristen I. Thurburu | Field Agent / Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served USENET.com, INC., by serving Denise Perry, an employee of National Registered Agents Inc. of Nevada, the Registered Agent for USENET.com, Inc.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/16/07
_____
Date

_Kristen M. Thurburu_
Signature of Server

P.O. Box 11293, Reno, NV 89510
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.