AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

ARISTA RECORDS LLC, et al.

V.

USENET.COM, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CIV 8822

TO: (Name and address of Defendant)

USENET.COM, INC.
Lesa Kraft, President or Kimberly Reynolds, Director
4614 Amber Valley Parkway
Fargo, ND 58104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew H. Bart, Esq.
Jenner & Block, LLP
919 Third Avenue, 37th Floor
New York, New York 10022
(212) 891-1600
(212) 909-0805 - Facsimile

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                                    10/12/2007

CLERK                                                                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10/17/07    8:22 AM |
| NAME OF SERVER (PRINT) MARK A. MAZAHERI | TITLE OWNER, ABSOLUTE SERVICE Co. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Unable to locate registered agent, director, officer or managing agent after three attempts. I believe they are avoiding service of process. Documents left with MARY WARNER, the only person in office.

### STATEMENT OF SERVICE FEES

| TRAVEL —0— | SERVICES $194.80 | TOTAL $9.00 $194.80 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/17/07
             Date                       Signature of Server

1100 N. 19 Ave, FARGO, ND
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.