SDNY CM/ECF Version 3.0.5 - Docket Report
Case 1:07-cv-08822-HB-THK   Document 5-2   Filed 11/05/2007   Page 1 of 4
Page 1 of 4

ECF

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-08822-HB

Arista Records LLC et al v. Usenet.com, Inc.
Assigned to: Judge Harold Baer
Cause: 17:101 Copyright Infringement

Date Filed: 10/12/2007
Jury Demand: None
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**
**Arista Records LLC**　　　　represented by **Andrew H. Bart**
Jenner & Block LLP
601 Thirteenth Strret, North West
Suite 1200 South
Washington, DC 20005
(202) 639-6000
Fax: (202) 639-6066
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Atlantic Recording Corporation**　　　　represented by **Andrew H. Bart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**BMG Music**　　　　represented by **Andrew H. Bart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Capitol Records, Inc.**　　　　represented by **Andrew H. Bart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Caroline Records, Inc.**　　　　represented by **Andrew H. Bart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Elektra Entertainment Group Inc.**　　　　represented by **Andrew H. Bart**

                                                  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Interscope Records**                          represented by  **Andrew H. Bart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Laface Records LLC**                          represented by  **Andrew H. Bart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Maverick Recording Company**                  represented by  **Andrew H. Bart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Sony BMG Music Entertainment**                represented by  **Andrew H. Bart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**UMG Recordings, Inc.**                        represented by  **Andrew H. Bart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Virgin Records America, Inc.**                represented by  **Andrew H. Bart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Warner Bros. Records, Inc.**                  represented by  **Andrew H. Bart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Zomba Recording LLC**                         represented by  **Andrew H. Bart**
(See above for address)

*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Usenet.com, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/12/2007 | 1 | COMPLAINT FOR DAMAGES AND FOR DECLARATORY AND INJUNCTIVE RELIEF against Usenet.com, Inc.. (Filing Fee $ 350.00, Receipt Number 629429)Document filed by Caroline Records, Inc., Elektra Entertainment Group Inc., Interscope Records, Laface Records LLC, Maverick Recording Company, Sony BMG Music Entertainment, UMG Recordings, Inc., Virgin Records America, Inc., Warner Bros. Records, Inc., Zomba Recording LLC, Arista Records LLC, Atlantic Recording Corporation, BMG Music, Capitol Records, Inc. (jco) Additional attachment(s) added on 10/18/2007 (Becerra, Maribel). (Entered: 10/17/2007) |
| 10/12/2007 |   | SUMMONS ISSUED as to Usenet.com, Inc. (jco) (Entered: 10/17/2007) |
| 10/12/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Caroline Records, Inc., Elektra Entertainment Group Inc., Interscope Records, Laface Records LLC, Maverick Recording Company, Sony BMG Music Entertainment, UMG Recordings, Inc., Virgin Records America, Inc., Warner Bros. Records, Inc., Zomba Recording LLC, Arista Records LLC, Atlantic Recording Corporation, BMG Music, Capitol Records, Inc. (jco) Additional attachment(s) added on 10/18/2007 (Becerra, Maribel). (Entered: 10/17/2007) |
| 10/12/2007 |   | Magistrate Judge Theodore H. Katz is so designated. (jco) (Entered: 10/17/2007) |
| 10/12/2007 |   | Case Designated ECF. (jco) (Entered: 10/17/2007) |
| 10/12/2007 |   | Mailed notice to Register of Copyrights to report the filing of this action. (jco) (Entered: 10/17/2007) |
| 10/22/2007 | 3 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. Usenet.com, Inc. served on 10/15/2007, answer due 11/5/2007. Service was accepted by Denise Perry, Registered Agent. Document filed by Caroline Records, Inc.; Elektra Entertainment Group Inc.; Interscope Records; Laface Records LLC; Maverick Recording Company; Sony BMG Music Entertainment; UMG Recordings, Inc.; Virgin Records America, Inc.; Warner Bros. Records, Inc.; Zomba Recording LLC; Arista Records LLC; Atlantic Recording Corporation; BMG Music; Capitol Records, Inc.. (Bart, Andrew) (Entered: 10/22/2007) |

| | | |
|---|---|---|
| 10/22/2007 | 4 | AFFIDAVIT OF SERVICE of Summons and Complaint,,. Service was accepted by Mary Warner. Document filed by Caroline Records, Inc., Elektra Entertainment Group Inc., Interscope Records, Laface Records LLC, Maverick Recording Company, Sony BMG Music Entertainment, UMG Recordings, Inc., Virgin Records America, Inc., Warner Bros. Records, Inc., Zomba Recording LLC, Arista Records LLC, Atlantic Recording Corporation, BMG Music, Capitol Records, Inc.. (Bart, Andrew) (Entered: 10/22/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/05/2007 12:54:31 | | | |
| PACER Login: | pc0027 | Client Code: | 010356/0001-csb |
| Description: | Docket Report | Search Criteria: | 1:07-cv-08822-HB |
| Billable Pages: | 2 | Cost: | 0.16 |