UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOV 5 2007

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITAL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>USENET.COM, INC.,<br><br>Defendants. | Civil Action No. 07-CIV-8822(HB)<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

WHEREAS, the parties agree that the deadline for defendant Usenet.com, Inc. to move, answer or otherwise respond to the Complaint is November 5, 2007; and

WHEREAS, Defendant seeks an extension to move, answer or otherwise respond, to which Plaintiffs consent; and

WHEREAS, this is the first such extension.

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned counsel for all parties that the time for the Defendant to move, answer or otherwise respond to the Complaint is extended through and including December 5, 2007.

1201456v2

**IT IS FURTHER STIPULATED AND AGREED** that the execution of this stipulation shall not be deemed a waiver of Defendant's right to assert as an affirmative defense based on the alleged lack of personal jurisdiction of the Court over the Defendant.

Dated: November 5, 2007

By: *Andrew H. Bart* w/permission
Andrew H. Bart
Iris E. Bennett
Luke C. Platzer
JENNER & BLOCK LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC 20005
Tel. (202) 639-6000
Fax (202) 639-6066

By: *Lauren E. Handler* w/permission
Lauren E. Handler (LH 6908)
PORZIO, BROMBERG &
NEWMAN, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997
Tel. (973) 889-4326
Fax (973) 538-5146
*Attorneys for Defendants*

Kenneth L. Doroshow
Karyn A. Temple
Recording Industry Association of America
1025 F Street, NW, 10th Floor
Washington, DC 20004
(202) 775-0101
(202) 775-7253 (fax)
*Attorneys for Plaintiffs*

IT IS SO ORDERED:

DATED: 11/5/07

_____
Hon. Harold Baer, Jr.
UNITED STATES DISTRICT COURT

1201456v2