UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/07

ARISTA RECORDS LLC; ATLANTIC
RECORDING CORPORATION; BMG
MUSIC; CAPITAL RECORDS, INC.;
CAROLINE RECORDS, INC.; ELEKTRA
ENTERTAINMENT GROUP, INC.;
INTERSCOPE RECORDS; LAFACE
RECORDS LLC; MAVERICK RECORDING
COMPANY; SONY BMG MUSIC
ENTERTAINMENT; UMG RECORDINGS,
INC.; VIRGIN RECORDS AMERICA, INC.;
WARNER BROS. RECORDS INC.; and
ZOMBA RECORDING LLC,

Plaintiffs,

vs.

USENET.COM, INC.,

Defendants.

**Civil Action No. 07-CIV-8822(HB)**

**ORDER GRANTING PRO HAC VICE
ADMISSION TO CHARLES S. BAKER,
ESQ. AND JOSEPH D. COHEN, ESQ.**

This matter having been opened to the Court by Porzio, Bromberg & Newman, P.C.,

attorneys for Defendant Usenet.com, Inc. on applications for the admission *pro hac vice* of

Charles S. Baker, Esq. and Joseph D. Cohen, Esq. of the law firm of Porter & Hedges, L.L.P.,

1000 Main Street, 36th Floor, Houston, Texas, and

The Court having considered that application, and for other good cause shown,

It is on this 29 day of _____, 2007,

ORDERED that for the purposes of the above-captioned matter, Charles S. Baker and

Joseph D. Cohen are hereby admitted to the Bar of the United States District Court for the

Southern District of New York *pro hac vice*.

IT IS FURTHER ORDERED that a copy of this Order shall be served upon all counsel

within __3__ days from the date of receipt by the movant.

Hon. Harold Baer, Jr.   , U.S.D.J.

Application for Pro Hac Vice
GRANTED. The Clerk is
instructed to close this motion.

SO ORDERED.

Hon. Harold Baer, Jr., U.S.D.J.
Date: 1/2 4/07

2