UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITAL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>USENET.COM, INC.,<br><br>    Defendants. | Civil Action No. 07-CIV-8822(HB)<br><br>**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE** |

    PLEASE TAKE NOTICE that, upon the Affidavit of Lauren E. Handler, submitted herewith, the undersigned respectfully moves this Court for an Order pursuant to Rule 1.3(c) of the Local Rules of this Court, admitting Charles S. Baker and Joseph D. Cohen <u>pro hac vice</u> to the Bar of this Court for the purpose of representing Defendant Usenet.com, Inc. in the above-captioned proceeding.

Dated: November _26_, 2007.
    Morristown, NJ

Respectfully submitted,

Of counsel:

Charles S. Baker
Joseph D. Cohen
PORTER & HEDGES, LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6000 (Telephone)
(713) 228-1331 (Facsimile)
cbaker@porterhedges.com
jcohen@porterhedges.com

_____
Lauren E. Handler
SDNY (LEH 6908)
PORZIO, BROMBERG & NEWMAN, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997
(973) 889-4326 (Telephone)
(973) 538-5146 (Facsimile)
lehandler@pbn.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITAL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC,<br><br>        Plaintiffs,<br><br>vs.<br><br>USENET.COM, INC.,<br><br>        Defendants. | Civil Action No. 07-CIV-8822(HB)<br><br>**AFFIDAVIT OF LAUREN E. HANDLER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

STATE OF NEW JERSEY   )
                                          SS.
COUNTY OF MORRIS    )

      Lauren E. Handler, being duly sworn, deposes and says:

      1.    I am a partner with the firm of Porzio, Bromberg & Newman, P.C., attorneys for Defendant Usenet.com, Inc. in the above-captioned proceeding and a member in good standing of the Bar of this Court since 1984. I make this Affidavit In Support of the Motion, pursuant to Rule 1.3(c) of the Local Rules of this Court, for admission of Charles S. Baker and Joseph D. Cohen to the Bar of this Court pro hac vice.

2.      Mr. Baker is a partner with the firm of Porter & Hedges, L.L.P., attorneys for Defendant Usenet.com, Inc. in the above-captioned proceeding. He is a member in good standing of the Bar of the State of Texas. Mr. Baker is also admitted to practice in the United States Supreme Court, the United States Court of Appeals for the Ninth and Fifth Circuit, the United States District Court for the Southern District of Texas, the United States District Court for the Northern District of Texas, the United States District Court for the Eastern District of Texas and the United States District Court for the Western District of Texas. Attached hereto as Exhibit 1 is a certificate from the State Bar of Texas stating that Mr. Baker is a member in good standing of the Bar of the State of Texas. Mr. Baker is familiar with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Rules of this Court.

3.      Mr. Cohen is a partner with the firm of Porter & Hedges, L.L.P., attorneys for Defendant Usenet.com, Inc. in the above-captioned proceeding. He is a member in good standing of the Bar of the State of Texas. Mr. Cohen is also admitted to practice in the United States Court of Appeals for the Fifth Circuit, the United States District Court for the Southern District of Texas, the United States District Court for the Northern District of Texas, the United States District Court for the Eastern District of Texas and the United States District Court for the Western District of Texas. Attached hereto as Exhibit 1 is a certificate from the State Bar of Texas stating that Mr. Cohen is a member in good standing of the Bar of the State of Texas. Mr. Cohen is familiar with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Rules of this Court.

3.  Accordingly, I respectfully request that Charles S. Baker and Joseph D. Cohen be admitted to the Bar of this Court pro hac vice for the purposes of representing Defendant Usenet.com, Inc. in the above-captioned proceeding.

*[signature]*
Lauren E. Handler

Sworn to before me this 26 day of
November, 2007

*[signature: Phylene T. Garbasz]*
Notary Public
My commission expires:

PHYLENE T. GARBASZ
A Notary Public of New Jersey
My Commission Expires October 10, 2009

1215641v1                          3

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

November 06, 2007

RE:   **Mr. Charles S. Baker**
       State Bar Number - **01566200**

To Whom it May Concern:

This is to certify that Mr. Charles S. Baker was licensed to practice law in Texas on November 08, 1985 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

John A. Neal
Chief Disciplinary Counsel

JN/dl



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222

# STATE BAR OF TEXAS



Office of The Chief Disciplinary Counsel

November 06, 2007

RE: **Mr. Joseph David Cohen**
State Bar Number - **04508369**

To Whom it May Concern:

This is to certify that Mr. Joseph David Cohen was licensed to practice law in Texas on November 01, 1991 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

John A. Neal
Chief Disciplinary Counsel

JN/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITAL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> USENET.COM, INC., <br><br> Defendants. | Civil Action No. 07-CIV-8822(HB) <br><br> ORDER GRANTING PRO HAC VICE ADMISSION TO CHARLES S. BAKER, ESQ. AND JOSEPH D. COHEN, ESQ. |

This matter having been opened to the Court by Porzio, Bromberg & Newman, P.C., attorneys for Defendant Usenet.com, Inc. on applications for the admission *pro hac vice* of Charles S. Baker, Esq. and Joseph D. Cohen, Esq. of the law firm of Porter & Hedges, L.L.P., 1000 Main Street, 36th Floor, Houston, Texas, and

The Court having considered that application, and for other good cause shown,

It is on this _____ day of _____, 2007,

ORDERED that for the purposes of the above-captioned matter, Charles S. Baker and Joseph D. Cohen are hereby admitted to the Bar of the United States District Court for the Southern District of New York *pro hac vice*.

STATE OF NEW YORK        )
                                            SS.:
COUNTY OF NEW YORK  )

Suzanne Hammill being duly sworn, deposes and says that she is not a party to the within action, is over 21 years of age and resides in New York, New York.

That on this 27th day of November, 2007, deponent caused a true and correct copy of the Notice of Motion for Admission Pro Hac Vice of Charles S. Baker and Joseph D. Cohen, Affidavit of Lauren E. Handler In Support of Motion for Pro Hac Vice Admission, Proposed Order Granting Pro Hac Vice Admission to Charles S. Baker and Joseph D. Cohen to be served by first class mail, postage prepaid, upon the following counsel of record:

Andrew H. Bart
Iris E. Bennett
Luke C. Platzer
JENNER & BLOCK, LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC 20005

Kenneth L. Doroshow
Karyn A. Temple
RECORDING INDUSTRY ASSOCIATION
    OF AMERICA
1025 F Street, NW
10th Floor
Washington, DC 20004

*Attorneys for Plaintiffs*

SUZANNE HAMMILL

Sworn to before me this
27th day of November, 2007.

Notary Public

**MUNNIKHUYSEN, HEIDI
NOTARY PUBLIC, NEW YORK STATE
Registration No. 01MU6174964
Qualified in New York County
Commission Expires 10/01/2011**

1215735v1