UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITAL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> USENET.COM, INC., <br><br> Defendant. | **Civil Action No. 07-CIV-8822(HB)** <br><br> **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT** |

Defendant, USENET.COM, INC., hereby discloses pursuant to Federal Rule of Civil Procedure 7.1 that:

USENET.COM, INC. does not have a parent corporation, and no publicly held corporation owns 10% or more of their stock.

1224679v1

Dated: December 5, 2007.

Respectfully submitted,

Of Counsel:

Lauren E. Handler (LH 6908)
PORZIO, BROMBERG &
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997
Tel. (973) 889-4326
Fax (973) 538-5146
*Attorneys for Defendants*

By: _____/s/_____
Charles S. Baker (CB1365)
John R. Hawkins
PORTER & HEDGES, LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6000 (Telephone)
(713) 228-1331 (Facsimile)
cbaker@porterhedges.com
jcohen@porterhedges.com
shellinger@porterhedges.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing pleading was served by means of the Court's ECF system on this 5th day of December, 2007.

Andrew H. Bart
Iris E. Bennett
Luke C. Platzer
Jenner & Block LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC 20005
Telephone: 202.639.6000
Facsimile: 202.639.6066
Email: abart@jenner.com
ibennett@jenner.com
lplatzer@jenner.com

Kenneth L. Doroshow
Karyn A. Temple
Recording Industry Association of America
1025 F Street, NW, 10th Floor
Washington, DC 20004
Telephone: (202) 775-0101
Facsimile: (202) 775-7253
Email: KDoroshow@RIAA.Com

_____/s/_____
Charles S. Baker

1224679v1