UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08

ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC., VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC. and ZOMBA RECORDING LLC,

                Plaintiffs,

v.

USENET.COM, INC.,

                Defendants.

**ORDER GRANTING PRO HAC VICE ADMISSION TO JOHN R. HAWKINS**

CIVIL ACTION NO. 07 CV. 8822 (HB)

This matter having been opened to the Court by Porzio, Bromberg & Newman, P.C., attorneys for Defendant Usenet.com, Inc., on application for the admission *pro hac vice* of John R. Hawkins, Esq. of the law firm of Porter & Hedges, L.L.P., 1000 Main Street, 36th Floor, Houston, Texas, and

The Court having considered that application, and for other good cause shown,

It is on this _15th_ day of _January_, 2008,

ORDERED that for the purposes of the above-captioned matter, John R. Hawkins is hereby admitted to the Bar of the United States District Court for the Southern District of New York *pro hac vice*.

1174484

IT IS FURTHER ORDERED that a copy of this Order shall be served upon all counsel within ___10___ days from the date of receipt by the movant.

                                                               _____
                                                              Hon. Harold Baer, Jr., U.S.D.J.

Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.

SO ORDERED.

Hon. Harold Baer, Jr., U.S.D.J.
Date: 1/15/08

1174484