UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITAL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>USENET.COM, INC.,<br><br>Defendants. | Civil Action No. 07-CIV-8822(HB)<br><br>NOTICE OF MOTION FOR ADMISSION PRO HAC VICE |

PLEASE TAKE NOTICE that, upon the Affidavit of Lauren E. Handler, submitted herewith, the undersigned respectfully moves this Court for an Order pursuant to Rule 1.3(c) of the Local Rules of this Court, admitting John R. Hawkins pro hac vice to the Bar of this Court for the purpose of representing Defendant Usenet.com, Inc. in the above-captioned proceeding.

Dated: January 7, 2008.
Morristown, NJ

Respectfully submitted,

Of counsel:

Charles S. Baker
Joseph D. Cohen
PORTER & HEDGES, LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6000 (Telephone)
(713) 228-1331 (Facsimile)
cbaker@porterhedges.com
jcohen@porterhedges.com

_____
Lauren E. Handler
SDNY (LEH 6908)
PORZIO, BROMBERG & NEWMAN, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997
(973) 889-4326 (Telephone)
(973) 538-5146 (Facsimile)
lehandler@pbn.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITAL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>USENET.COM, INC.,<br><br>Defendants. | Civil Action No. 07-CIV-8822(HB)<br><br>AFFIDAVIT OF LAUREN E. HANDLER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE |

STATE OF NEW JERSEY  )
                     SS.
COUNTY OF MORRIS     )

Lauren E. Handler, being duly sworn, deposes and says:

1.    I am a partner with the firm of Porzio, Bromberg & Newman, P.C., attorneys for Defendant Usenet.com, Inc. in the above-captioned proceeding and a member in good standing of the Bar of this Court since 1984. I make this Affidavit In Support of the Motion, pursuant to Rule 1.3(c) of the Local Rules of this Court, for admission of John R. Hawkins to the Bar of this Court pro hac vice.

2.  Mr. Hawkins is a partner with the firm of Porter & Hedges, L.L.P., attorneys for Defendant Usenet.com, Inc. in the above-captioned proceeding. He is a member in good standing of the Bar of the State of Texas. Mr. Hawkins is also admitted to practice in the Fifth Circuit, the United States District Court for the District of Colorado, the United States District Court for the Southern District of Texas, the United States District Court for the Northern District of Texas, and the United States District Court for the Western District of Texas. Attached hereto as Exhibit 1 is a certificate from the State Bar of Texas stating that Mr. Hawkins is a member in good standing of the Bar of the State of Texas. Mr. Hawkins is familiar with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Rules of this Court.

2.  Accordingly, I respectfully request that John R. Hawkins be admitted to the Bar of this Court pro hac vice for the purposes of representing Defendant Usenet.com, Inc. in the above-captioned proceeding.

_____
Lauren E. Handler

Sworn to before me this 7 day of January, 2008

_____
Notary Public
My commission expires

PHYLENE T. GARBASZ
A Notary Public of New Jersey
My Commission Expires October 10, 2009

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

December 17, 2007

RE:    **Mr. John R. Hawkins**
        State Bar Number - **09249150**

To Whom it May Concern:

This is to certify that Mr. John R. Hawkins was licensed to practice law in Texas on May 01, 1992 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

John A. Neal
Chief Disciplinary Counsel

JN/dh



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC., VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC. and ZOMBA RECORDING LLC,<br>　　　　　　　　　　　Plaintiffs,<br>　　　v.<br>USENET.COM, INC.,<br>　　　　　　　　　　　Defendants. | **ORDER GRANTING PRO HAC VICE ADMISSION TO JOHN R. HAWKINS**<br><br>CIVIL ACTION NO. 07 CV. 8822 (HB) |

This matter having been opened to the Court by Porzio, Bromberg & Newman, P.C., attorneys for Defendant Usenet.com, Inc., on application for the admission *pro hac vice* of John R. Hawkins, Esq. of the law firm of Porter & Hedges, L.L.P., 1000 Main Street, 36th Floor, Houston, Texas, and

The Court having considered that application, and for other good cause shown,

It is on this _____ day of _____, 2008,

ORDERED that for the purposes of the above-captioned matter, John R. Hawkins is hereby admitted to the Bar of the United States District Court for the Southern District of New York *pro hac vice*.

IT IS FURTHER ORDERED that a copy of this Order shall be served upon all counsel within _____ days from the date of receipt by the movant.

_____, U.S.D.J.

STATE OF NEW YORK      )
                       SS.:
COUNTY OF NEW YORK     )

W.V. Haynes, being duly sworn, deposes and says that she is not a party to the within action, is over 21 years of age and resides in Brooklyn, New York.

That on this 8th day of January, 2008, deponent caused a true and correct copy of the Notice of Motion for Admission Pro Hac Vice of John R. Hawkins to be served by first class mail, postage prepaid, upon the following counsel of record:

| | |
|---|---|
| Andrew H. Bart | Kenneth L. Doroshow |
| Iris E. Bennett | Karyn A. Temple |
| Luke C. Platzer | RECORDING INDUSTRY ASSOCIATION |
| JENNER & BLOCK, LLP | OF AMERICA |
| 601 Thirteenth Street, NW | 1025 F Street, NW |
| Suite 1200 South | 10th Floor |
| Washington, DC 20005 | Washington, DC 20004 |

*Attorneys for Plaintiffs*

_____
W.V. Haynes

Sworn to before me this
8th day of January, 2008.

_____
Notary Public

**MUNNIKHUYSEN, HEIDI
NOTARY PUBLIC, NEW YORK STATE
Registration No. 01MU6174964
Qualified in New York County
Commission Expires 10/01/2011**

1174466