AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

Arista Records LLC, et al.,
    v.
Usenet.com, Inc.

**APPEARANCE**

Case Number: 1:07-CV-08822-HB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs Arista Records LLC; Atlantic Recording Corporation; BMG Music; Capital Records, Inc.; Caroline Records, Inc.; Elektra Entertainment Group, Inc.; Interscope Records; LaFace Records LLC; Maverick Recording Company; Sony BMG Music Entertainment; UMG Recordings, Inc.; Virgin Records America, Inc.; Warner Bros. Records Inc.; Zomba Recording LLC

I certify that I am admitted to practice in this court.

2/18/2008
Date

Signature

Steven B. Fabrizio       SF 8639
Print Name               Bar Number

601 Thirteenth Street, N.W., Suite 1200 South
Address

Washington        DC        20005
City              State     Zip Code

(202) 639-6000       (202) 639-6066
Phone Number         Fax Number

## **CERTIFICATE OF SERVICE**

  This is to certify that the foregoing pleading was filed by means of the Court's ECF system on February 18, 2008. Accordingly, all counsel of record should receive a notice of this filing from the ECF system. Lead counsel, listed below, will also receive a courtesy copy via email.

                        _____/s/_____
                            Steven B. Fabrizio

To:

Charles S. Baker
John R. Hawkins
Joseph D. Cohen
PORTER & HEDGES, LLP
Reliant Energy Plaza
1000 Main Street, 36th Floor
Houston, TX 77002
cbaker@porterhedges.com
jhawkins@porterhedges.com
jcohen@porterhedges.com

Lauren E. Handler
PORZIO, BROMBERG, & NEWMAN, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997
lehandler@pbn.com