

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

RECEIVED
MAR 2008
[illegible]
U.S. DISTRICT JUDGE
S.D.N.Y.

**JENNER & BLOCK**

Jenner & Block LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC 20005-3823
Tel 202 639-6000
www.jenner.com

Chicago
Dallas
New York
Washington, DC

March 17, 2008

Steven B. Fabrizio
Tel 202-639-6040
Fax 202-639-6066
sfabrizio@jenner.com

**VIA FACSIMILE (212) 805-7901**

Honorable Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street
Chambers 2230
New York, NY 10007

    Re:    *Arista Records LLC et al. v. Usenet.com, Inc.*, 07 CV 8822 (HB)

Dear Judge Baer:

    Defendant's counsel is out of town and unable to write the Court directly. With the consent of defendant's counsel, plaintiffs write to inform the Court that, pursuant to the attached stipulation, defendant hereby withdraws its pending "Motion to Dismiss, or in the Alternative to Transfer this action to the District of North Dakota" (Docket Nos. 11 and 12) ("Defendant's Motion"), and has consented to personal jurisdiction and venue for the purposes of this action in the Southern District of New York. Accordingly, the parties jointly request that the Court vacate the briefing schedule for Defendant's Motion initially ordered by the Court during the January 3, 2008 hearing (Docket No. 17), and subsequently extended by Order of the Court dated February 22, 2008 (Docket No. 20).

    We very much appreciate your Honor's time and consideration in this matter.

Respectfully submitted,

Steven B. Fabrizio
*Counsel for Plaintiffs*

Attachment

cc: Counsel for Defendant

[Handwritten note by Judge:] The PTSO posits Dec 15, 08 I will vacate the hearing + revert to the [illegible] PTSO on 1/3/08 [illegible]

Harold Baer, Jr., U.S.D.J.
3/24/08

Endorsement:

    The PTSO posits December 15, 2008 for motions. I will vacate the January 3, 2008 hearing and revert to the PTSO as subscribed to by you on January 3, 2008.