

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08

RECEIVED
APR 14 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITAL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC, | Civil Action No.  07-CIV-8822(HB) |
| Plaintiffs, | STIPULATION SETTING TIME TO ANSWER COMPLAINT |
| vs. | |
| USENET.COM, INC., | |
| Defendants. | |

WHEREAS, the parties previously agreed that the deadline for Defendant Usenet.com, Inc. to move, answer or otherwise respond to the Complaint would be December 5, 2007;

WHEREAS, Defendant Usenet.com, Inc. filed its Motion to Dismiss for Lack of Personal Jurisdiction, or Alternatively, to Transfer (Docket Nos. 11 & 12) ("Motion to Transfer") on December 5, 2007, in lieu of filing an answer;

WHEREAS, on March 24, 2008, the Court signed the parties' stipulation dismissing the Motion to Transfer (Docket No. 21);

1304772v1 .

WHEREAS, Plaintiffs and Defendant agreed in their Rule 26(f) conference that Defendant Usenet.com, Inc. would file its answer to the Complaint on or before April 24, 2008.

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned counsel for all parties that Defendant shall answer the Complaint on or before April 24, 2008.

Dated: April 11, 2008

By: _____
Gianni P. Servodidio
JENNER & BLOCK LLP
919 Third Avenue
37th Floor
New York NY 10022
Tel (212) 891-1620
Fax (212) 909-0837

*Attorneys for Plaintiffs*

By: _____ *by permission JRH*
Charles. S. Baker
PORTER & HEDGES, LLP
1000 Main Street
36th Floor
Houston, Texas
Tel. (713) 226-6000
Fax (713) 226-0275

*Attorneys for Defendant*

IT IS SO ORDERED:

DATED: _____

_____
Hon. Harold Baer, Jr.
UNITED STATES DISTRICT COURT

1304772v1