ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



RECEIVED
APR 25 2008
DA~~~~~ ~AER
U.S. DISTRICT JUDGE
S.D.N.Y.

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITAL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; SONY BMG MUSIC ENTERTAINMENT, UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC, <br><br>Plaintiffs, <br><br>vs. <br><br>USENET.COM, INC., <br><br>Defendants. | Civil Action No. 07-CIV-8822(HB) <br><br><br><br>AMENDED STIPULATION SETTING TIME TO ANSWER COMPLAINT |

WHEREAS, the parties previously agreed that the deadline for Defendant Usenet.com, Inc. to move, answer or otherwise respond to the Complaint would be December 5, 2007;

WHEREAS, Defendant Usenet.com, Inc. filed its Motion to Dismiss for Lack of Personal Jurisdiction, or Alternatively, to Transfer (Docket Nos. 11 & 12) ("Motion to Transfer") on December 5, 2007, in lieu of filing an answer;

WHEREAS, on March 24, 2008, the Court signed the parties' stipulation dismissing the Motion to Transfer (Docket No. 21);

1322609v1

WHEREAS, on April 14, 2008, the Court signed the parties' Stipulation Setting Time to Answer Complaint on or before April 24, 2008 (Docket 23);

WHEREAS, Plaintiffs and Defendant subsequently agreed to an extension such that Defendant must answer the Complaint on or before May 8, 2008.

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned counsel for all parties that Defendant shall answer the Complaint on or before May 8, 2008.

[Handwritten note: NB this (not last) adjournment - PTSO remains in effect so while I will sign you have a year to get your act together because we will be trying this in April 09]

Dated: April 28, 2008

By: /s/ Gianni P. Servodidio
Gianni P. Servodidio
JENNER & BLOCK LLP
919 Third Avenue
37th Floor
New York NY 10022
Tel (212) 891-1620
Fax (212) 909-0837

*Attorneys for Plaintiffs*

By: /s/ Charles S. Baker   by permission JRH
Charles S. Baker
PORTER & HEDGES, LLP
1000 Main Street
36th Floor
Houston, Texas
Tel. (713) 226-6000
Fax (713) 226-0275

*Attorneys for Defendant*

IT IS SO ORDERED;
DATED: April 28, 08

/s/ Harold Baer, Jr.
Hon. Harold Baer, Jr.
UNITED STATES DISTRICT COURT

1322609v1

Endorsement:

The PTSO remains in effect so while I will sign this (not first) adjournment - you have a year to get your act together because we will be trying this in April 2009.