UMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

RECEIVED
MAY 2 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC, <br><br>Plaintiffs, <br><br>v. <br><br>USENET.COM, <br><br>Defendants. | Case No. 07-civ-8822 (HB) |

### STIPULATION SETTING TIME TO ANSWER OR OTHERWISE RESPOND TO COUNTERCLAIMS

WHEREAS, the deadline for Plaintiffs to move, answer or otherwise respond to Defendant's counterclaims would be May 28, 2008;

WHEREAS, the parties have agreed to extend the deadline for Plaintiffs to move, answer, or otherwise respond to the counterclaims to June 4, 2008;

WHEREAS, the requested extension will not affect the dates set by the Court's pre-trial scheduling order;

42694.1

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for all parties that Plaintiffs shall move, answer, or otherwise respond to the Complaint on or before June 4, 2008.

Dated: May 27, 2008

By: _____
Gianni P. Servodidio
JENNER & BLOCK LLP
919 Third Avenue
37th Floor
New York, NY 10022
Tel. (212) 891-1620
Fax (212) 909-0837

*Attorney for Plaintiffs*

By: Charles Baker (w/permission)
Charles S. Baker
PORTER & HEDGES, LLP
1000 Main Street
36th Floor
Houston, TX
Tel. (713) 226-6000
Fax (713) 226-0275

*Attorney for Defendant*

IT IS SO ORDERED:

Dated: May 28, 08

_____
Hon. Harold Baer, Jr.
UNITED STATES DISTRICT COURT

2

42694 1