UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC, <br><br> Plaintiffs, <br><br> v. <br><br> USENET.COM, <br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 07-civ-8822 (HB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' MOTION TO STRIKE OR, IN THE ALTERNATIVE, TO DISMISS COUNTERCLAIMS

Pursuant to Fed. R. Civ. P. 12(f), 12(b)(6), and 12(b)(1), Plaintiffs Arista Records, *et al.* ("Plaintiffs") respectfully move to strike, or in the alternative to dismiss, the counterclaims asserted against them by Defendant Usenet.com, Inc. ("Defendant").  This motion is supported by the attached memorandum of law.

Dated: June 4, 2008
New York, NY

                                       __/s/ Gianni P. Servodidio_____

                                       Steven B. Fabrizio (SF-8639)
                                       Luke C. Platzer (LP-0734)
                                       JENNER & BLOCK LLP
                                       1099 New York Avenue, N.W.
                                       Suite 900
                                       Washington, DC  20001-4412
                                       Telephone (202) 639-6000
                                       Facsimile (202) 639-6066

                                       *-and-*

                                       Gianni P. Servodidio (GS-0713)
                                       JENNER & BLOCK LLP
                                       919 Third Avenue
                                       37th Floor
                                       New York, NY 10022
                                       Telephone (212) 891-1690
                                       Facsimile (212) 891-1699

                                       *Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served a true and correct copy of the foregoing Plaintiffs' Motion to Strike or, in the Alternative, to Dismiss Counterclaims, on the following Counsel for Defendant, by Electronic Mail and the Court's ECF Filing System:

Charles S. Baker
Joseph D. Cohen
John R. Hawkins
PORTER & HEDGES, LLP
1000 Main Street
36th Floor
Houston, TX 77002
cbaker@porterhedges.com
jcohen@porterhedges.com
jrhawkins@porterhedges.com

Lauren E. Handler
PORZIO, BROMBERG & NEWMAN, PC
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962-1997
lehandler@pbnlaw.com

Date: June 4, 2008                    ___/s/ Gianni P. Servodidio_____
                                       Gianni P. Servodidio