UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Arista Records LLC, et al.

                            Plaintiff,

             -against-

                                          07 CIVIL  8822  ( HB  )

Usenet.com
                         Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____

☒ *Attorney*

    ☒  I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: SF-8639

    ☐  I am a Pro Hac Vice attorney

    ☐  I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:*    1099 New York Avenue, NW, Suite 900, Washington, DC 20001

☐ *Telephone Number:*    202-639-6000

☐ *Fax Number:*    202-661-4823

☐ *E-Mail Address:*    sfabrizio@jenner.com

Dated: _____