DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

RECEIVED
JUN 2008
US DISTRICT JUDGE
S.D.N.Y

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITAL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> USENET.COM, INC., <br><br> Defendants. | Civil Action No. 07-CIV-8822(HB) <br><br> STIPULATION SETTING TIME TO RESPOND TO PLAINTIFFS' MOTION TO DISMISS |

WHEREAS, Plaintiffs filed their Memorandum of Law in Support of Motion to Strike or, in the Alternative, to Dismiss Counterclaims ("Motion") on June 4, 2008 (Docket No. 28);

WHEREAS, Defendant Usenet.com, Inc.'s response to Plaintiffs' Motion is due on or before June 18, 2008;

WHEREAS, Plaintiffs and Defendant have agreed to an extension such that Defendant must respond to Plaintiffs' Motion on or before June 25, 2008.

1359065v1

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for all parties, subject to the approval of the Court, that Defendant shall respond to Plaintiffs' Motion on or before June 25, 2008.

Dated: June 16, 2008

By: _____
Gianni P. Servodidio
JENNER & BLOCK LLP
919 Third Avenue
37th Floor
New York NY 10022
Tel (212) 891-1620
Fax (212) 909-0837

*Attorneys for Plaintiffs*

By: _____
Charles S. Baker
PORTER & HEDGES, LLP
1000 Main Street
36th Floor
Houston, Texas
Tel. (713) 226-6000
Fax (713) 226-0275

*Attorneys for Defendant*

IT IS SO ORDERED:

DATED: _June 20, 08_    _____
Hon. Harold Baer, Jr.
UNITED STATES DISTRICT COURT

1359065v1