UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>USENET.COM, Inc.<br><br>    Defendant. | USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #<br>DATE FILED: 7/1-08<br><br>No. 1:07-cv-8822<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS' COUNSEL**<br><br>**FILED ELECTRONICALLY** |

PLEASE TAKE NOTICE that Andrew H. Bart hereby withdraws as counsel of record for Plaintiffs Arista Records LLC, et al. in the above-captioned case. Steven B. Fabrizio and Gianni P. Servodidio will continue to serve as counsel for Arista Records LLC, et al.

Respectfully submitted,

/s/ Steven B. Fabrizio

| | |
|---|---|
| Steven B. Fabrizio, Esq.<br>JENNER & BLOCK LLP<br>601 Thirteenth Street, N.W.<br>Suite 1200 South<br>Washington, DC 20005<br>Phone: (202) 639-6000<br>Fax: (202) 639-6066<br><br>Dated: March 17, 2008<br><br>Date: July 1, 2008 | Gianni P. Servodidio, Esq<br>JENNER & BLOCK LLP<br>919 Third Avenue, 37th Floor<br>New York, NY 10022<br>Phone: (212) 891-1699<br>Fax: (212) 891-1699<br><br>_[signature]_<br><br>Harold J. Baer, U.S.D.J. |