UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Arista Records LLC, et al.
Plaintiff,

-v-

Usenet.com, Inc.,
Defendant.

-----------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 8822 (HB)(TK)

Theodore Katz

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☒ Specific Non-Dispositive Motion/Dispute:*
   Discovery/evidentiary issues raised by plaintiffs' 7/8/08 letter and defendant's response.

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: Aug. 5, 2008

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
   Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
   Particular Motion: _____

☐ All such motions: _____

Please note that the trial month of April 2009 as reflected in the Scheduling Order may not be changed. I require at least 60 days prior to trial to decide dispositive motions.

*Do not check if already referred for general pretrial.

Dated: July 11, 2008

SO ORDERED:
[signature]
United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08
```