# EXHIBIT A

| Plaintiff | Artist | Infringing Recording | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | Ace of Base | Cruel Summer | Cruel Summer | 189-302 |
| Arista Records LLC | Ace of Base | Always Have, Always Will | Cruel Summer | 189-302 |
| Arista Records LLC | Ace of Base | All that She Wants | The Sign | 169-749 |
| Arista Records LLC | Ace of Base | The Sign | The Sign | 169-749 |
| Arista Records LLC | Ace of Base | Wheel of Fortune | The Sign | 169-749 |
| Arista Records LLC | Ace Of Base | Don't Turn Around | The Sign | 169-749 |
| Arista Records LLC | Air Supply | All Out Of Love | Lost In Love | 38-070 |
| Arista Records LLC | Air Supply | Lost in Love | Lost In Love | 38-070 |
| Arista Records LLC | Air Supply | Come What May | Now And Forever | 37-592 |
| Arista Records LLC | Air Supply | Don't Be Afraid | Now And Forever | 37-592 |
| Arista Records LLC | Air Supply | Now And Forever | Now And Forever | 37-592 |
| Arista Records LLC | Air Supply | One Step Closer | Now And Forever | 37-592 |
| Arista Records LLC | Air Supply | She Never Heard Me Call | Now And Forever | 37-592 |
| Arista Records LLC | Air Supply | Taking the Chance | Now And Forever | 37-592 |
| Arista Records LLC | Air Supply | Two Less Lonely People in the World | Now And Forever | 37-592 |
| Arista Records LLC | Air Supply | What Kind of Girl | Now And Forever | 37-592 |
| Arista Records LLC | Air Supply | Young Love | Now And Forever | 37-592 |
| Arista Records LLC | Air Supply | Even the Nights Are Better | Now And Forever | 37-592 |
| Arista Records LLC | Alan Jackson | Don't Rock The Jukebox | Don't Rock the Jukebox | 138-302 |
| Arista Records LLC | Alan Jackson | Midnight In Montgomery | Don't Rock the Jukebox | 138-302 |
| Arista Records LLC | Alan Jackson | Working Class Hero | Don't Rock the Jukebox | 138-302 |

| | | | |
|---|---|---|---|
| Arista Records LLC | Alan Jackson | Here In The Real World | Here in the Real World | 120-465 |
| Arista Records LLC | Alan Jackson | I'd Love You All Over Again | Here in the Real World | 120-465 |
| Arista Records LLC | Alan Jackson | Wanted | Here in the Real World | 120-465 |
| Arista Records LLC | Alan Jackson | I Don't Need the Booze (To Get a Buzz On) | Lot About Livin' (And a Little 'bout Love) | 147-716 |
| Arista Records LLC | Alan Jackson | Tall, Tall Trees | The Greatest Hits Collection | 216-936 |
| Arista Records LLC | Alan Jackson | It Must Be Love | Under The Influence | 303-828 |
| Arista Records LLC | Alan Jackson | Meat And Potato Man | When Somebody Loves You | 289-367 |
| Arista Records LLC | Alan Jackson | Thank God for the Radio | Who I Am | 202-090 |
| Arista Records LLC | Annie Lennox | Why | Diva | 145-693 |
| Arista Records LLC | Avril Lavigne | Anything but Ordinary | Let Go | 312-786 |
| Arista Records LLC | Avril Lavigne | Complicated | Let Go | 312-786 |
| Arista Records LLC | Avril Lavigne | Losing Grip | Let Go | 312-786 |
| Arista Records LLC | Avril Lavigne | Mobile | Let Go | 312-786 |
| Arista Records LLC | Avril Lavigne | Naked | Let Go | 312-786 |
| Arista Records LLC | Avril Lavigne | Sk8er Boi | Let Go | 312-786 |
| Arista Records LLC | Avril Lavigne | Too Much To Ask | Let Go | 312-786 |
| Arista Records LLC | Avril Lavigne | Unwanted | Let Go | 312-786 |
| Arista Records LLC | Brad Paisley | Wrapped Around | Part II | 298-930 |
| Arista Records LLC | Brooks & Dunn | Boot Scootin' Boogie | Brand New Man | 140-290 |
| Arista Records LLC | Deborah Cox | Just Be Good to Me | Deborah Cox | 216-905 |
| Arista Records LLC | Deborah Cox | Who Do U Love | Deborah Cox | 216-905 |
| Arista Records LLC | Dido | Do You Have a Little Time | Life for Rent | 340-392 |

| | | | | |
|---|---|---|---|---|
| Arista Records LLC | Dido | White Flag | Life for Rent | 340-392 |
| Arista Records LLC | Dido | Sand in My Shoes | Life for Rent | 340-392 |
| Arista Records LLC | Dido | Here With Me | No Angel | 289-904 |
| Arista Records LLC | Dido | My Lover's Gone | No Angel | 289-904 |
| Arista Records LLC | Dido | Thank You | No Angel | 289-904 |
| Arista Records LLC | Kelis | Trick Me | Tasty | 353-969 |
| Arista Records LLC | Kelis | Rolling Through The Hood | Tasty | 353-969 |
| Arista Records LLC | Kelis | Sugar Honey Iced Tea | Tasty | 353-969 |
| Arista Records LLC | Kenny G | Songbird | Duotones | 79-028 |
| Arista Records LLC | Kenny G | Champagne | Duotones | 79-028 |
| Arista Records LLC | Milli Vanilli | Girl You Know It's True | Girl You Know It's True (single) | 94-898 |
| Arista Records LLC | Monica | For You I Will | The Boy is Mine | 263-982 |
| Arista Records LLC | OutKast | Return Of The G | Aquemini | 264-092 |
| Arista Records LLC | Pink | Don't Let Me Get Me | Don't Let Me Get Me (single) | 309-896 |
| Arista Records LLC | Pink | 18 Wheeler | M!ssundaztood | 326-672 |
| Arista Records LLC | Pink | Dear Diary | M!ssundaztood | 326-672 |
| Arista Records LLC | Pink | Get the Party Started | M!ssundaztood | 326-672 |
| Arista Records LLC | Pink | Just Like a Pill | M!ssundaztood | 326-672 |
| Arista Records LLC | Santana | Corazon Espinado | Supernatural | 289-833 |
| Arista Records LLC | Santana | Maria Maria | Supernatural | 289-833 |
| Arista Records LLC | Thompson Twins | Hold Me Now | Into the Gap | 52-747 |
| Arista Records LLC | Thompson Twins | We Are Detective | Side Kicks | 41-952 |

| | | | | |
|---|---|---|---|---|
| Arista Records LLC | TLC | Hey Hey Hey Hey | 3D | 321-502 |
| Arista Records LLC | TLC | In Your Arms Tonight | 3D | 321-502 |
| Arista Records LLC | Whitney Houston | My Name Is Not Susan | I'm Your Baby Tonight | 137-024 |
| Arista Records LLC | Whitney Houston | My Love Is Your Love | My Love Is Your Love | 298-453 |
| Arista Records LLC | Whitney Houston | So Emotional | Whitney | 89-966 |
| Arista Records LLC | Whitney Houston | Love Will Save The Day | Whitney | 89-966 |
| Arista Records LLC | Whitney Houston | Where Do Broken Hearts Go | Whitney | 89-966 |
| Arista Records LLC | Whitney Houston | I Wanna Dance With Somebody | Whitney | 89-966 |
| Arista Records LLC | Whitney Houston | Greatest Love of All | Whitney Houston | 60-716 |
| Arista Records LLC | Whitney Houston | How Will I Know | Whitney Houston | 60-716 |
| Arista Records LLC | Whitney Houston | Saving All My Love For You | Whitney Houston | 60-716 |
| Arista Records LLC | Whitney Houston | You Give Good Love | Whitney Houston | 60-716 |
| Arista Records LLC | Whitney Houston | One Moment In Time | Whitney The Greatest Hits | 284-891 |
| Atlantic Recording Corporation | All-4-One | I Swear | All-4-One | 188-210 |
| Atlantic Recording Corporation | Alphaville | Forever Young | Forever Young | 57-138 |
| Atlantic Recording Corporation | Alphaville | Big In Japan | Forever Young | 57-138 |
| Atlantic Recording Corporation | Alphaville | Sounds Like A Melody | Forever Young | 57-138 |
| Atlantic Recording Corporation | Alphaville | A Victory Of Love | Forever Young | 57-138 |
| Atlantic Recording Corporation | Anita Baker | The Look Of Love | Rhythm Of Love | 199-187 |
| Atlantic Recording Corporation | B.J. Thomas | Home Where I Belong | Precious Memories | 183-162 |
| Atlantic Recording Corporation | Bad Company | No Smoke Without Fire | Dangerous Age | 94-325 |
| Atlantic Recording Corporation | Brandy And Monica | The Boy Is Mine | The Boy Is Mine (single) | 256-110 |

| | | | Hints, Allegations and Things Left Unsaid | |
|---|---|---|---|---|
| Atlantic Recording Corporation | Collective Soul | Shine | Hints, Allegations and Things Left Unsaid | 187-499 |
| Atlantic Recording Corporation | Craig David | 7 Days | Born To Do It | 303-747 |
| Atlantic Recording Corporation | Craig David | Fill Me In | Born To Do It | 303-747 |
| Atlantic Recording Corporation | Craig David | Key To My Heart | Born To Do It | 303-747 |
| Atlantic Recording Corporation | Craig David | Once In A Lifetime | Born To Do It | 303-747 |
| Atlantic Recording Corporation | Craig David | Time To Party | Born To Do It | 303-747 |
| Atlantic Recording Corporation | Craig David | You Know What | Born To Do It | 303-747 |
| Atlantic Recording Corporation | Debelah Morgan | Dance With Me | Dance With Me | 303-745 |
| Atlantic Recording Corporation | Foreigner | Say You Will | Inside Information | 87-335 |
| Atlantic Recording Corporation | Foreigner | Down on Love | Agent Provocateur | 61-316 |
| Atlantic Recording Corporation | Foreigner | That Was Yesterday | Agent Provocateur | 61-316 |
| Atlantic Recording Corporation | Foreigner | Waiting For A Girl Like You | Foreigner 4 | 27-769 |
| Atlantic Recording Corporation | Foreigner | I Want to Know What Love Is | I Want to Know What Love Is (single) | 58-550 |
| Atlantic Recording Corporation | Genesis | Man On The Corner | Abacab | 29-675 |
| Atlantic Recording Corporation | Genesis | Abacab | Abacab | 29-675 |
| Atlantic Recording Corporation | Genesis | Me And Sarah Jane | Abacab | 29-675 |
| Atlantic Recording Corporation | Genesis | Keep It Dark | Abacab | 29-675 |
| Atlantic Recording Corporation | Genesis | Another Record | Abacab | 29-675 |
| Atlantic Recording Corporation | Genesis | Many Too Many | And Then There Were Three | 2-105 |
| Atlantic Recording Corporation | Genesis | There Must Be Some Other Way | Calling All Stations | 239-424 |
| Atlantic Recording Corporation | Genesis | Calling All Stations | Calling All Stations | 239-424 |
| Atlantic Recording Corporation | Genesis | Follow You, Follow Me | Follow You, Follow Me (single) | 650 |

| Atlantic Recording Corporation | Genesis | Illegal Alien | Genesis | 49-248 |
|---|---|---|---|---|
| Atlantic Recording Corporation | Genesis | Just A Job to Do | Genesis | 49-248 |
| Atlantic Recording Corporation | Genesis | Silver Rainbow | Genesis | 49-248 |
| Atlantic Recording Corporation | Genesis | Taking It All Too Hard | Genesis | 49-248 |
| Atlantic Recording Corporation | Genesis | That's All | Genesis | 49-248 |
| Atlantic Recording Corporation | Genesis | Tonight, Tonight, Tonight | Invisible Touch | 73-982 |
| Atlantic Recording Corporation | Genesis | In Too Deep | Invisible Touch | 73-982 |
| Atlantic Recording Corporation | Genesis | Throwing It All Away | Invisible Touch | 73-982 |
| Atlantic Recording Corporation | Genesis | Land Of Confusion | Invisible Touch | 73-982 |
| Atlantic Recording Corporation | Genesis | Invisible Touch | Invisible Touch (single) | 73-871 |
| Atlantic Recording Corporation | Genesis | It's Gonna Get Better | Mama (single) | 47-558 |
| Atlantic Recording Corporation | Genesis | Mama | Mama (single) | 47-558 |
| Atlantic Recording Corporation | Genesis | Hold on My Heart | We Can't Dance | 172-581 |
| Atlantic Recording Corporation | Genesis | I Can't Dance | We Can't Dance | 172-581 |
| Atlantic Recording Corporation | Genesis | Jesus He Knows Me | We Can't Dance | 172-581 |
| Atlantic Recording Corporation | Genesis | No Son of Mine | We Can't Dance | 172-581 |
| Atlantic Recording Corporation | Genesis | Tell Me Why | We Can't Dance | 172-581 |
| Atlantic Recording Corporation | INXS | Need You Tonight | Kick | 85-232 |
| Atlantic Recording Corporation | INXS | Never Tear Us Apart | Kick | 85-232 |
| Atlantic Recording Corporation | INXS | New Sensation | Kick | 85-232 |
| Atlantic Recording Corporation | INXS | Devil Inside | Kick | 85-232 |
| Atlantic Recording Corporation | INXS | What You Need | Listen Like Thieves | 66-559 |

| Atlantic Recording Corporation | INXS | Listen Like Thieves | Listen Like Thieves | 66-559 |
|---|---|---|---|---|
| Atlantic Recording Corporation | INXS | The Gift | The Gift (single) | 178-308 |
| Atlantic Recording Corporation | INXS | Baby Don't Cry | Welcome To Wherever You Are | 152-091 |
| Atlantic Recording Corporation | INXS | Heaven Sent | Welcome To Wherever You Are | 152-091 |
| Atlantic Recording Corporation | INXS | Taste It | Welcome To Wherever You Are | 152-091 |
| Atlantic Recording Corporation | INXS | Beautiful Girl | Welcome To Wherever You Are | 152-091 |
| Atlantic Recording Corporation | Jewel | Who Will Save Your Soul | Pieces of You | 198-481 |
| Atlantic Recording Corporation | Jewel | You Were Meant for Me | Pieces of You | 198-481 |
| Atlantic Recording Corporation | Kid Rock | Cold and Empty | Kid Rock | 352-774 |
| Atlantic Recording Corporation | Meat Loaf | Special Girl | Blind Before I Stop | 73-035 |
| Atlantic Recording Corporation | Nu Shooz | I Can't Wait | I Can't Wait (single) | 69-093 |
| Atlantic Recording Corporation | Phil Collins | Can't Turn Back the Years | Both Sides | 178-619 |
| Atlantic Recording Corporation | Phil Collins | Everyday | Both Sides | 178-619 |
| Atlantic Recording Corporation | Phil Collins | Please Come Out Tonight | Both Sides | 178-619 |
| Atlantic Recording Corporation | Phil Collins | I Wish It Would Rain Down | But Seriously | 110-770 |
| Atlantic Recording Corporation | Phil Collins | The Time They Are A-Changin' | Dance Into The Light | 230-126 |
| Atlantic Recording Corporation | Phil Collins | In the Air Tonight | Face Value | 24-682 |
| Atlantic Recording Corporation | Phil Collins | This Must Be Love | Face Value | 24-682 |
| Atlantic Recording Corporation | Phil Collins | Another Day In Paradise | But Seriously | 110-770 |
| Atlantic Recording Corporation | Sean Paul | Get Busy | Dutty Rock | 352-634 |
| Atlantic Recording Corporation | Sister Sledge | Frankie | We Are Family | 6-182 |
| Atlantic Recording Corporation | Stone Temple Pilots | Sour Girl | No. 4 | 269-455 |

| | | | |
|---|---|---|---|
| Atlantic Recording Corporation | The Corrs | Time Enough For Tears | Borrowed Heaven | 368-714 |
| Atlantic Recording Corporation | The Darkness | Love is Only a Feeling | Permission to Land | 343-473 |
| Atlantic Recording Corporation | Yes | Leave It | 90125 | 50-617 |
| Atlantic Recording Corporation | Yes | Our Song | 90125 | 50-617 |
| Atlantic Recording Corporation | Yes | Big Generator | Big Generator | 84-592 |
| Atlantic Recording Corporation | Yes | Holy Lamb | Love Will Find a Way (single) | 84-690 |
| Atlantic Recording Corporation | Yes | Owner of a Lonely Heart | Owner of a Lonely Heart (single) | 50-667 |
| Atlantic Recording Corporation | Chic | Le Freak | C'est Chic | 4-546 |
| Atlantic Recording Corporation | Chic | Good Times | Risque | 13-540 |
| BMG Music | Alan Jackson | It's Five O'Clock Somewhere | Greatest Hits Volume II | 340-026 |
| BMG Music | Alan Jackson | Remember When | Greatest Hits Volume II | 340-026 |
| BMG Music | Alan Jackson | A Woman's Love | High Mileage | 295-185 |
| BMG Music | Alan Jackson | Gone Crazy | High Mileage | 295-185 |
| BMG Music | Asleep At The Wheel | Boot Scootin' Boogie | Keepin' Me Up Nights | 120-913 |
| BMG Music | Avril Lavigne | Fall to Pieces | Under My Skin | 332-312 |
| BMG Music | Avril Lavigne | My Happy Ending | Under My Skin | 332-312 |
| BMG Music | Avril Lavigne | Take Me Away | Under My Skin | 332-312 |
| BMG Music | Bonnie Tyler | It's A Heartache | It's A Heartache | 16-541 |
| BMG Music | Brad Paisley | Mud on the Tires | Mud on the Tires | 336-114 |
| BMG Music | Brad Paisley | That's Love | Mud on the Tires | 336-114 |
| BMG Music | Brad Paisley | I'll Take You Back | Time Well Wasted | 366-007 |
| BMG Music | Brad Paisley | The World | Time Well Wasted | 366-007 |

| | | | | |
|---|---|---|---|---|
| BMG Music | Brad Paisley | Waitin' On A Woman | Time Well Wasted | 366-007 |
| BMG Music | Brooks & Dunn | Building Bridges | Hillbilly Deluxe | 366-005 |
| BMG Music | Christina Aguilera | Beautiful | Stripped | 326-219 |
| BMG Music | Christina Aguilera | The Voice Within | Stripped | 326-219 |
| BMG Music | Clay Aiken | When You Say You Love Me | Measure of a Man | 342-295 |
| BMG Music | Dave Matthews Band | Grace is Gone | Busted Stuff | 321-902 |
| BMG Music | Dave Matthews Band | You Never Know | Busted Stuff | 321-902 |
| BMG Music | Dave Matthews Band | American Baby | Stand Up | 385-935 |
| BMG Music | Earl Thomas Conley | Fire and Smoke | Fire & Smoke | 34-242 |
| BMG Music | Earl Thomas Conley | Silent Treatment | Fire & Smoke | 34-242 |
| BMG Music | Jamie Foxx | DJ Play A Love Song | Unpredictable | 374-820 |
| BMG Music | John Denver | Thank God I'm a Country Boy | Back Home Again | 46-358 |
| BMG Music | Juan Gabriel | Inocente Pobre Amigo | Por Los Siglos | 303-951 |
| BMG Music | Juan Gabriel | Querida | Por Los Siglos | 303-951 |
| BMG Music | Juan Gabriel | Se Me Olvido Otra Vez | Por Los Siglos | 303-951 |
| BMG Music | Juan Gabriel | Siempre En Mi Mente | Por Los Siglos | 303-951 |
| BMG Music | Juan Gabriel | La Diferencia | Por Los Siglos | 303-951 |
| BMG Music | Kelly Clarkson | Because Of You | Breakaway | 352-147 |
| BMG Music | Kenny Chesney | You Had Me From Hello | Everywhere We Go | 263-302 |
| BMG Music | Kenny Chesney | On the Coast Of Somewhere Beautiful | No Shoes, No Shirt, No Problem | 308-547 |
| BMG Music | Kenny Chesney | The Road And The Radio | The Road and the Radio | 383-449 |
| BMG Music | Kenny Chesney | Old Blue Chair | When The Sun Goes Down | 341-104 |

| | | | | |
|---|---|---|---|---|
| BMG Music | Kenny Chesney | Outta Here | When The Sun Goes Down | 341-104 |
| BMG Music | Kenny Chesney | When the Sun Goes Down | When The Sun Goes Down | 341-104 |
| BMG Music | Kenny Rogers | I Will Always Love You | Eyes That See In The Dark | 49-409 |
| BMG Music | Kenny Rogers | This Woman | Eyes That See In The Dark | 49-409 |
| BMG Music | Martina McBride | Independence Day | The Way That I Am | 171-963 |
| BMG Music | Martina McBride | Life #9 | The Way That I Am | 171-963 |
| BMG Music | Martina McBride | Strangers | The Way That I Am | 171-963 |
| BMG Music | Martina McBride | Wild Angels | Wild Angels | 215-554 |
| BMG Music | Rick Astley | Never Gonna Give You Up | Whenever You Need Somebody | 89-479 |
| BMG Music | Rick Astley | Whenever You Need Somebody | Whenever You Need Somebody | 89-479 |
| BMG Music | Rick Astley | Together Forever | Whenever You Need Somebody | 89-479 |
| BMG Music | The Strokes | Reptilia | Room on Fire | 342-282 |
| BMG Music | ZZ Top | She's Just Killing Me | Rhythmeen | 227-743 |
| BMG Music | ZZ Top | Hey Mr. Millionaire | XXX | 273-998 |
| BMG Music | Lonestar | What About Now | Lonely Grill | 187-003 |
| BMG Music | Lorrie Morgan | Except For Monday | Something in Red | 128-457 |
| BMG Music | Alabama | Dixieland Delight | Closer You Get | 49-145 |
| BMG Music | Alabama | The Closer You Get | Closer You Get | 49-145 |
| BMG Music | Alabama | My Girl | Dancin' on the Boulevard | 233-935 |
| BMG Music | Alabama | Is The Magic Still There | Dancin' on the Boulevard | 233-935 |
| BMG Music | Alabama | Close Enough To Perfect | Mountain Music | 45-289 |
| BMG Music | Alabama | Mountain Music | Mountain Music | 45-289 |

| BMG Music | Alabama | Roll On (Eighteen Wheeler) | Roll On | 52-706 |
|---|---|---|---|---|
| BMG Music | Alicia Keys | Fallin' | Songs in A Minor | 299-410 |
| BMG Music | Andy Griggs | You Made Me That Way | You Won't Ever Be Lonely | 264-271 |
| BMG Music | Andy Griggs | You Won't Ever Be Lonely | You Won't Ever Be Lonely | 264-271 |
| BMG Music | Brooks & Dunn | Missing You | Tight Rope | 303-837 |
| BMG Music | Busta Rhymes | As I Come Back | Genesis | 312-547 |
| BMG Music | Busta Rhymes | Bounce (Let Me See Ya Throw It) | Genesis | 312-547 |
| BMG Music | Busta Rhymes | Match the Name with the Voice | Genesis | 312-547 |
| BMG Music | Busta Rhymes | We Got What You Want | Genesis | 312-547 |
| BMG Music | Christina Aguilera | Genie in a Bottle | Christina Aguilera | 274-004 |
| BMG Music | Christina Aguilera | What a Girl Wants | Christina Aguilera | 274-004 |
| BMG Music | Clint Black | When I Said I Do | D' Lectrified | 270-778 |
| BMG Music | Clint Black | Like The Rain | Greatest Hits | 227-957 |
| BMG Music | Clint Black | No Time To Kill | No Time to Kill | 168-535 |
| BMG Music | Clint Black | Half The Man | No Time to Kill | 168-535 |
| BMG Music | Clint Black | That Something In My Life | Nothin' But the Taillights | 236-258 |
| BMG Music | Clint Black | Something That We Do | Nothin' But the Taillights | 236-258 |
| BMG Music | Clint Black | You Know It All | Nothin' But the Taillights | 236-258 |
| BMG Music | Clint Black | One Emotion | One Emotion | 200-112 |
| BMG Music | Clint Black | You Made Me Feel | One Emotion | 200-112 |
| BMG Music | Dave Matthews Band | Crash Into Me | Crash | 212-572 |
| BMG Music | Dave Matthews Band | The Space Between | Everyday | 300-313 |

| | | | | |
|---|---|---|---|---|
| BMG Music | Eurythmics | Missionary Man | Revenge | 76-501 |
| BMG Music | Eurythmics | Thorn In My Side | Revenge | 76-501 |
| BMG Music | Eurythmics | When Tomorrow Comes | Revenge | 76-501 |
| BMG Music | Eurythmics | Sweet Dreams (Are Made Of This) | Sweet Dreams (Are Made of This) | 46-186 |
| BMG Music | Eurythmics | Love Is A Stranger | Sweet Dreams (Are Made of This) | 46-186 |
| BMG Music | Eurythmics | Here Comes the Rain Again | Touch | 52-363 |
| BMG Music | Eurythmics | Right By Your Side | Touch | 52-363 |
| BMG Music | George Winston | Joy | December | 42-427 |
| BMG Music | Jim Brickman | Picture This | My Romance: An Evening With Jim Brickman | 214-659 |
| BMG Music | Lonestar | You Walked In | Crazy Nights | 235-837 |
| BMG Music | Lou Bega | I Got A Girl | A Little Bit Of Mambo | 286-646 |
| BMG Music | Lou Bega | Mambo No. 5 (A Little Bit Of....) | A Little Bit Of Mambo | 286-646 |
| BMG Music | Martina McBride | There You Are | Emotion | 269-161 |
| BMG Music | Martina McBride | I Love You | Emotion | 269-161 |
| BMG Music | Martina McBride | Whatever You Say | Evolution | 240-332 |
| BMG Music | Martina McBride | Wrong Again | Evolution | 240-332 |
| BMG Music | Sara Evans | Born To Fly | Born To Fly | 291-176 |
| Capitol Records, Inc. | Arrested Development | People Everyday | 3 years 5 months & 2 days | 143-502 |
| Capitol Records, Inc. | Arrested Development | In The Sunshine | Zingalamaduni | 190-978 |
| Capitol Records, Inc. | Billy Idol | White Wedding | Billy Idol | 39-673 |
| Capitol Records, Inc. | Billy Idol | Cradle of Love | Charmed Life | 115-717 |
| Capitol Records, Inc. | Billy Idol | Hot in the City | Hot in the City (single) | 39-672 |

| | | | | |
|---|---|---|---|---|
| Capitol Records, Inc. | Billy Idol | Eyes Without a Face | Rebel Yell | 52-131 |
| Capitol Records, Inc. | Billy Idol | Flesh for Fantasy | Rebel Yell | 52-131 |
| Capitol Records, Inc. | Billy Idol | Catch My Fall | Rebel Yell | 52-131 |
| Capitol Records, Inc. | Blind Melon | Soup | Nico | 336-269 |
| Capitol Records, Inc. | Blondie | Hanging on the telephone | Parallel Lines | 4-090 |
| Capitol Records, Inc. | Blondie | Heart of Glass | Parallel Lines | 4-090 |
| Capitol Records, Inc. | Blondie | One Way Or Another | Parallel Lines | 4-090 |
| Capitol Records, Inc. | Blondie | Sunday Girl | Parallel Lines | 4-090 |
| Capitol Records, Inc. | Blondie | Fade Away and Radiate | Parallel Lines | 4-090 |
| Capitol Records, Inc. | Bob Seger | Against the Wind | Against The Wind | 17-910 |
| Capitol Records, Inc. | Bobby McFerrin | Don't Worry, Be Happy | Simple Pleasures | 97-575 |
| Capitol Records, Inc. | Bonnie Raitt | Love Letter | Nick of Time | 102-443 |
| Capitol Records, Inc. | Bonnie Raitt | Thing Called Love | Nick of Time | 102-443 |
| Capitol Records, Inc. | Cassandra Wilson | Time After Time | Traveling Miles | 268-443 |
| Capitol Records, Inc. | Charlie Daniels | Gone for Real | Same Ol' Me | 213-502 |
| Capitol Records, Inc. | Chris LeDoux | Billy the Kid | Haywire | 196-222 |
| Capitol Records, Inc. | Coldplay | A Whisper | A Rush of Blood to the Head | 322-958 |
| Capitol Records, Inc. | Coldplay | God Put a Smile Upon Your Face | A Rush of Blood to the Head | 322-958 |
| Capitol Records, Inc. | Coldplay | Green Eyes | A Rush of Blood to the Head | 322-958 |
| Capitol Records, Inc. | Coldplay | In My Place | A Rush of Blood to the Head | 322-958 |
| Capitol Records, Inc. | Coldplay | Warning Sign | A Rush of Blood to the Head | 322-958 |
| Capitol Records, Inc. | Coldplay | A Rush of Blood to the Head | A Rush of Blood to the Head | 322-958 |

| | | | |
|---|---|---|---|
| Capitol Records, Inc. | Coldplay | Don't Panic | Parachutes | 328-762 |
| Capitol Records, Inc. | Coldplay | A Message | X&Y | 376-828 |
| Capitol Records, Inc. | Coldplay | Fix You | X&Y | 376-828 |
| Capitol Records, Inc. | Coldplay | Speed Of Sound | X&Y | 376-828 |
| Capitol Records, Inc. | Coldplay | Square One | X&Y | 376-828 |
| Capitol Records, Inc. | Coldplay | Swallowed In The Sea | X&Y | 376-828 |
| Capitol Records, Inc. | Coldplay | Twisted Logic | X&Y | 376-828 |
| Capitol Records, Inc. | Coldplay | White Shadows | X&Y | 376-828 |
| Capitol Records, Inc. | Crowded House | Don't Dream It's Over | Crowded House | 78-743 |
| Capitol Records, Inc. | Crowded House | Something So Strong | Crowded House | 78-743 |
| Capitol Records, Inc. | Crowded House | Can't Carry On | Crowded House | 78-743 |
| Capitol Records, Inc. | Crowded House | I Walk Away | Crowded House | 78-743 |
| Capitol Records, Inc. | Crowded House | Mean to Me | Crowded House | 78-743 |
| Capitol Records, Inc. | Crowded House | Now We're Getting Somewhere | Crowded House | 78-743 |
| Capitol Records, Inc. | Crowded House | That's What I Call Love | Crowded House | 78-743 |
| Capitol Records, Inc. | Crowded House | Tombstone | Crowded House | 78-743 |
| Capitol Records, Inc. | Crystal Gayle | Never Ending Song of Love | Ain't Gonna Worry | 119-431 |
| Capitol Records, Inc. | David Bowie | Modern Love | Let's Dance | 47-053 |
| Capitol Records, Inc. | David Bowie | China Girl | Let's Dance | 47-053 |
| Capitol Records, Inc. | David Bowie | Let's Dance | Let's Dance (single) | 43-560 |
| Capitol Records, Inc. | Deana Carter | Strawberry Wine | Did I Shave My Legs For This? | 229-757 |
| Capitol Records, Inc. | Dr. Hook | Sharing the Night Together | Sharing The Night Together (single) | 12-312 |

| | | | | |
|---|---|---|---|---|
| Capitol Records, Inc. | Duran Duran | Wild Boys | Arena | 58-461 |
| Capitol Records, Inc. | Duran Duran | Girls on Film | Duran Duran | 32-401 |
| Capitol Records, Inc. | Duran Duran | Come Undone | Duran Duran [The Wedding Album] | 278-777 |
| Capitol Records, Inc. | Duran Duran | Ordinary World | Duran Duran [The Wedding Album] | 278-777 |
| Capitol Records, Inc. | Duran Duran | Breath After Breath | Duran Duran [The Wedding Album] | 278-777 |
| Capitol Records, Inc. | Duran Duran | None of the Above | Duran Duran [The Wedding Album] | 278-777 |
| Capitol Records, Inc. | Duran Duran | To Whom It May Concern | Duran Duran [The Wedding Album] | 278-777 |
| Capitol Records, Inc. | Duran Duran | Too Much Information | Duran Duran [The Wedding Album] | 278-777 |
| Capitol Records, Inc. | Duran Duran | My Own Way | My Own Way (single) | 38-443 |
| Capitol Records, Inc. | Duran Duran | Notorious | Notorious | 81-387 |
| Capitol Records, Inc. | Duran Duran | Rio | Rio | 38-444 |
| Capitol Records, Inc. | Duran Duran | Save a Prayer | Rio | 38-444 |
| Capitol Records, Inc. | Duran Duran | Hungry Like the Wolf | Rio | 38-444 |
| Capitol Records, Inc. | Duran Duran | Lonely in Your Nightmare | Rio | 38-444 |
| Capitol Records, Inc. | Duran Duran | Hold Back the Rain | Rio | 38-444 |
| Capitol Records, Inc. | Duran Duran | Last Chance on the Stairway | Rio | 38-444 |
| Capitol Records, Inc. | Duran Duran | New Moon on Monday | Seven and the Ragged Tiger | 53-971 |
| Capitol Records, Inc. | Duran Duran | Union of the Snake | Union of the Snake (single) | 53-987 |
| Capitol Records, Inc. | Everclear | Santa Monica | Sparkle And Fade | 279-015 |
| Capitol Records, Inc. | Geri Halliwell | Mi Chico Latino | Schizophonic | 268-997 |
| Capitol Records, Inc. | Joe Cocker | Fever | One Night Of Sin | 107-804 |
| Capitol Records, Inc. | Joe Cocker | Unchain My Heart | Unchain My Heart | 92-644 |

| | | | | SRu 539-917 |
|---|---|---|---|---|
| Capitol Records, Inc. | Joss Stone | You Had Me | Mind Body & Soul | |
| Capitol Records, Inc. | Joss Stone | Fell in Love With a Boy | The Soul Sessions | 343-788 |
| Capitol Records, Inc. | Keith Urban | Days Go By | Be Here | 353-271 |
| Capitol Records, Inc. | Keith Urban | Who Wouldn't Wanna Be Me | Golden Road | 323-344 |
| Capitol Records, Inc. | Keith Urban | But for the Grace of God | Keith Urban | 273-265 |
| Capitol Records, Inc. | Kenny Rogers | Coward of the County | Kenny | 12-147 |
| Capitol Records, Inc. | Kenny Rogers | You Decorated My Life | Kenny | 12-147 |
| Capitol Records, Inc. | Kim Wilde | Kids In America | Kim Wilde | 33-474 |
| Capitol Records, Inc. | Kim Wilde | Chequered Love | Kim Wilde | 33-474 |
| Capitol Records, Inc. | Kylie Minogue | Can't Get You Out of My Head | Fever | 322-960 |
| Capitol Records, Inc. | Kylie Minogue | Love at First Sight | Fever | 322-960 |
| Capitol Records, Inc. | Kylie Minogue | Come into My World | Fever | 322-960 |
| Capitol Records, Inc. | Kylie Minogue | In Your Eyes | Fever | 322-960 |
| Capitol Records, Inc. | Marc Almond | Tears Run Rings | The Stars We Are | 99-805 |
| Capitol Records, Inc. | MC Hammer | U Can't Touch This | Please Hammer, Don't Hurt 'Em | 133-683 |
| Capitol Records, Inc. | MC Hammer | Pray | Please Hammer, Don't Hurt 'Em | 133-683 |
| Capitol Records, Inc. | Megadeth | Countdown to Extinction | Countdown to Extinction | 175-385 |
| Capitol Records, Inc. | Megadeth | Foreclosure of a Dream | Countdown to Extinction | 175-385 |
| Capitol Records, Inc. | Megadeth | This Was My Life | Countdown to Extinction | 175-385 |
| Capitol Records, Inc. | Megadeth | Wake Up Dead | Peace Sells...But Who's Buying? | 81-043 |
| Capitol Records, Inc. | Megadeth | Poison Was the Cure | Rust in Peace | 125-168 |
| Capitol Records, Inc. | Megadeth | Anarchy in the U.K | So Far, So Good...So What! | 93-267 |

| | | | | |
|---|---|---|---|---|
| Capitol Records, Inc. | Megadeth | In My Darkest Hour | So Far, So Good...So What! | 93-267 |
| Capitol Records, Inc. | Megadeth | Set the World Afire | So Far, So Good...So What! | 93-267 |
| Capitol Records, Inc. | Megadeth | A Tout Le Monde | Youthanasia | 258-062 |
| Capitol Records, Inc. | Megadeth | I Thought I Knew it All | Youthanasia | 258-062 |
| Capitol Records, Inc. | Megadeth | Train of Consequences | Youthanasia | 258-062 |
| Capitol Records, Inc. | Meredith Brooks | Bitch | Blurring the Edges | 181-390 |
| Capitol Records, Inc. | Norah Jones | Cold Cold Heart | Come Away With Me | 320-120 |
| Capitol Records, Inc. | Norah Jones | Come Away with Me | Come Away With Me | 320-120 |
| Capitol Records, Inc. | Norah Jones | I've Got to See You Again | Come Away With Me | 320-120 |
| Capitol Records, Inc. | Norah Jones | The Long Day Is Over | Come Away With Me | 320-120 |
| Capitol Records, Inc. | Norah Jones | The Long Way Home | Feels Like Home | 350-540 |
| Capitol Records, Inc. | Pet Shop Boys | Rent | Actually | 93-012 |
| Capitol Records, Inc. | Pet Shop Boys | It's a Sin | Actually | 93-012 |
| Capitol Records, Inc. | Pet Shop Boys | Always on My Mind | Always on My Mind (single) | 97-564 |
| Capitol Records, Inc. | Pet Shop Boys | So Hard | Behavior | 125-170 |
| Capitol Records, Inc. | Pet Shop Boys | Go West | Very | 183-668 |
| Capitol Records, Inc. | Pink Floyd | Eclipse | Dark Side Of The Moon | N5354 |
| Capitol Records, Inc. | Poison | Valley of Lost Souls | Flesh and Blood | 119-355 |
| Capitol Records, Inc. | Poison | Let It Play | Flesh and Blood | 119-355 |
| Capitol Records, Inc. | Poison | Life Goes On | Flesh and Blood | 119-355 |
| Capitol Records, Inc. | Poison | Come Hell or High Water | Flesh and Blood | 119-355 |
| Capitol Records, Inc. | Poison | Ball and Chain | Flesh and Blood | 119-355 |

| Capitol Records, Inc. | Poison | Life Loves a Tragedy | Flesh and Blood | 119-355 |
|---|---|---|---|---|
| Capitol Records, Inc. | Poison | Poor Boy Blues | Flesh and Blood | 119-355 |
| Capitol Records, Inc. | Poison | Unskinny Bop | Flesh and Blood | 119-355 |
| Capitol Records, Inc. | Poison | Lay Your Body Down | Greatest Hits 1986-1996 | 264-470 |
| Capitol Records, Inc. | Poison | Sexual Thing | Greatest Hits 1986-1996 | 264-470 |
| Capitol Records, Inc. | Poison | Talk Dirty to Me | Look What the Cat Dragged In | 82-349 |
| Capitol Records, Inc. | Poison | Play Dirty | Look What the Cat Dragged In | 82-349 |
| Capitol Records, Inc. | Poison | Want Some, Need Some | Look What the Cat Dragged In | 82-349 |
| Capitol Records, Inc. | Poison | Blame It On You | Look What the Cat Dragged In | 82-349 |
| Capitol Records, Inc. | Poison | Look What the Cat Dragged In | Look What the Cat Dragged In | 82-349 |
| Capitol Records, Inc. | Poison | Cry Tough | Look What the Cat Dragged In | 82-349 |
| Capitol Records, Inc. | Poison | I Want Action | Look What the Cat Dragged In | 82-349 |
| Capitol Records, Inc. | Poison | I Won't Forget You | Look What the Cat Dragged In | 82-349 |
| Capitol Records, Inc. | Poison | Nothin' But a Good Time | Open Up & Say....Ahh! | 93-741 |
| Capitol Records, Inc. | Poison | Your Mama Don't Dance | Open Up & Say....Ahh! | 93-741 |
| Capitol Records, Inc. | Poison | Every rose has its thorn | Open Up & Say....Ahh! | 93-741 |
| Capitol Records, Inc. | Poison | Love on the Rocks | Open Up & Say....Ahh! | 93-741 |
| Capitol Records, Inc. | Poison | Back to the Rocking Horse | Open Up & Say....Ahh! | 93-741 |
| Capitol Records, Inc. | Poison | Good Love | Open Up & Say....Ahh! | 93-741 |
| Capitol Records, Inc. | Poison | Tearin' Down the Walls | Open Up & Say....Ahh! | 93-741 |
| Capitol Records, Inc. | Poison | Look But You Can't Touch | Open Up & Say....Ahh! | 93-741 |
| Capitol Records, Inc. | Poison | Fallen Angel | Open Up & Say....Ahh! | 93-741 |

| Capitol Records, Inc. | R.E.M. | Can't Get There From Here | Fables Of The Reconstruction | 64-180 |
|---|---|---|---|---|
| Capitol Records, Inc. | R.E.M. | Driver 8 | Fables Of The Reconstruction | 64-180 |
| Capitol Records, Inc. | R.E.M. | The One I Love | The One I Love (single) | 85-402 |
| Capitol Records, Inc. | Radiohead | I Might Be Wrong | Amnesiac | 299-390 |
| Capitol Records, Inc. | Radiohead | Climbing up the Walls | OK Computer | 330-613 |
| Capitol Records, Inc. | Radiohead | Exit Music (For a Film) | OK Computer | 330-613 |
| Capitol Records, Inc. | Radiohead | Karma Police | OK Computer | 330-613 |
| Capitol Records, Inc. | Radiohead | Stop Whispering | Pablo Honey | 190-976 |
| Capitol Records, Inc. | Radiohead | Thinking About You | Pablo Honey | 190-976 |
| Capitol Records, Inc. | Radiohead | Anyone Can Play Guitar | Pablo Honey | 190-976 |
| Capitol Records, Inc. | Radiohead | Prove Yourself | Pablo Honey | 190-976 |
| Capitol Records, Inc. | Radiohead | Blow Out | Pablo Honey | 190-976 |
| Capitol Records, Inc. | Radiohead | High and Dry | The Bends | 280-260 |
| Capitol Records, Inc. | Radiohead | Street Spirit (Fade Out) | The Bends | 280-260 |
| Capitol Records, Inc. | Red Hot Chili Peppers | Stone Cold Bush | Mother's Milk | 107-737 |
| Capitol Records, Inc. | Richard Marx | Right Here Waiting | Repeat Offender | 103-712 |
| Capitol Records, Inc. | Robbie Williams | Let Me Entertain You | Life Thru a Lens | 333-209 |
| Capitol Records, Inc. | Robbie Williams | Supreme | Sing When You're Winning | 297-254 |
| Capitol Records, Inc. | Sarah Brightman | Hijo de la Luna | La Luna | 297-098 |
| Capitol Records, Inc. | Sarah Brightman | Figlio Perduto | La Luna | 297-098 |
| Capitol Records, Inc. | Sheena Easton | We've Got Tonight | Best Kept Secret | 49-182 |
| Capitol Records, Inc. | Sheena Easton | Morning Train (Nine to Five) | Nine to Five (single) | 41-526 |

| | | | | |
|---|---|---|---|---|
| Capitol Records, Inc. | Sheena Easton | Telefone (Long Distance Love Affair) | Telefone (Long Distance Love Affair) | 47-017 |
| Capitol Records, Inc. | Sinead O'Connor | Nothing Compares 2 U | I Do not want What I haven't Got | 114-910 |
| Capitol Records, Inc. | Steve Miller Band | Jet Airliner | Book of Dreams | N42553 |
| Capitol Records, Inc. | Steve Miller Band | Swingtown | Book of Dreams | N42553 |
| Capitol Records, Inc. | Steve Wariner | I'm Already Taken | Two Teardrops | 179-284 |
| Capitol Records, Inc. | Technotronic | Pump Up The Jam | Pump Up The Jam | 111-258 |
| Capitol Records, Inc. | Technotronic | Get Up (Before the Night Is Over) | Pump Up The Jam | 111-258 |
| Capitol Records, Inc. | Tina Turner | The Best | Foreign Affair | 107-731 |
| Capitol Records, Inc. | Tina Turner | I Don't Wanna Lose You | Foreign Affair | 107-731 |
| Capitol Records, Inc. | Tina Turner | I Can't Stand the Rain | Private Dancer | 58-022 |
| Capitol Records, Inc. | Tina Turner | Show Some Respect | Private Dancer | 58-022 |
| Capitol Records, Inc. | Tina Turner | Let's Stay Together | Private Dancer | 58-022 |
| Capitol Records, Inc. | Tina Turner | What's Love Got to Do With It | What's Love Got to Do With It (single) | 56-746 |
| Capitol Records, Inc. | Vanilla Ice | Ice Ice Baby | To The Extreme | 125-259 |
| Caroline Records, Inc. | Air | Kelly Watch the Stars | Moon Safari | 295-787 |
| Caroline Records, Inc. | Air | Le Voyage de Penelope | Moon Safari | 295-787 |
| Caroline Records, Inc. | Air | You Make It Easy | Moon Safari | 295-787 |
| Caroline Records, Inc. | Air | All I Need | Moon Safari | 295-787 |
| Elektra Entertainment Group Inc. | Bjork | All is Full of Love | Homogenic | 245-199 |
| Elektra Entertainment Group Inc. | Bjork | Possibly Maybe | Telegram | 235-219 |
| Elektra Entertainment Group Inc. | Busta Rhymes | Put Your Hands Where My Eyes Could See | When Disaster Strikes | 258-724 |
| Elektra Entertainment Group Inc. | Busta Rhymes | Outro (Preparation for the Final World Front) | When Disaster Strikes | 258-724 |

| Label | Artist | Song | Album | Number |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Busta Rhymes | Just Give It to Me Raw | Extinction Level Event (The Final World Front) | 269-647 |
| Elektra Entertainment Group Inc. | Das Efx | Straight Out the Sewer | Dead Serious | 140-245 |
| Elektra Entertainment Group Inc. | Deee Lite | Somebody | Dewdrops in the Garden | 193-759 |
| Elektra Entertainment Group Inc. | Deee Lite | Groove Is In the Heart | World Clique | 125-227 |
| Elektra Entertainment Group Inc. | Eagles | Life in the Fast Lane | Hotel California | N38950 |
| Elektra Entertainment Group Inc. | Eagles | Take It to the Limit | One of These Nights | N28687 |
| Elektra Entertainment Group Inc. | Eagles | After the Thrill Is Gone | One of These Nights | N28687 |
| Elektra Entertainment Group Inc. | Eagles | The Long Run | The Long Run | 13-182 |
| Elektra Entertainment Group Inc. | En Vogue | Don't Let Go (Love) | EV3 | 188-664 |
| Elektra Entertainment Group Inc. | En Vogue | Damn I Wanna Be Your Lover | EV3 | 188-664 |
| Elektra Entertainment Group Inc. | En Vogue | Too Gone, Too Long | EV3 | 188-664 |
| Elektra Entertainment Group Inc. | En Vogue | You're All I Need | EV3 | 188-664 |
| Elektra Entertainment Group Inc. | En Vogue | Let it Flow | EV3 | 188-664 |
| Elektra Entertainment Group Inc. | En Vogue | Sitting by Heaven's Door | EV3 | 188-664 |
| Elektra Entertainment Group Inc. | En Vogue | Love Makes You Do Thangs | EV3 | 188-664 |
| Elektra Entertainment Group Inc. | En Vogue | What a Diff'rence a Day Makes | EV3 | 188-664 |
| Elektra Entertainment Group Inc. | En Vogue | Eyes of a Child | EV3 | 188-664 |
| Elektra Entertainment Group Inc. | En Vogue | Does Anybody Hear Me | EV3 | 188-664 |
| Elektra Entertainment Group Inc. | Jackson Browne | In the Shape of a Heart | Lives In The Balance | 69-519 |
| Elektra Entertainment Group Inc. | Keith Sweat | I Want Her | I Want Her (single) | 85-227 |
| Elektra Entertainment Group Inc. | Linda Ronstadt | Don't Know Much | Cry Like A Rainstorm, Howl Like The Wind | 110-754 |
| Elektra Entertainment Group Inc. | MC Lyte | Fuck That Motherfucking Bullshit | Ain't No Other | 168-042 |

| | | | | |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | MC Lyte | Have U Ever | Bad As I Wanna B | 225-726 |
| Elektra Entertainment Group Inc. | MC Lyte | Cold Rock a Party | Bad As I Wanna B | 225-726 |
| Elektra Entertainment Group Inc. | MC Lyte | TRG (The Rap Game) | Bad As I Wanna B | 225-726 |
| Elektra Entertainment Group Inc. | Missy Elliott | The Rain (Supa Dupa Fly) | Supa Dupa Fly | 245-232 |
| Elektra Entertainment Group Inc. | The Cars | Strap Me In | Door to Door | 83-981 |
| Elektra Entertainment Group Inc. | The Cars | Drive | Heartbeat City | 52-759 |
| Elektra Entertainment Group Inc. | The Cars | You Are the Girl | You Are the Girl (single) | 83-709 |
| Elektra Entertainment Group Inc. | The Cure | Friday I'm in Love | Wish | 148-543 |
| Elektra Entertainment Group Inc. | The Cure | The Perfect Girl | Kiss Me, Kiss Me, Kiss Me | 82-714 |
| Elektra Entertainment Group Inc. | Tracy Chapman | All That You Have Is Your Soul | Cross Roads | 110-722 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Be Careful Of My Heart | Cross Roads | 110-722 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Bridges | Cross Roads | 110-722 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Freedom Now | Cross Roads | 110-722 |
| Elektra Entertainment Group Inc. | Tracy Chapman | A Hundred Years | Cross Roads | 110-722 |
| Elektra Entertainment Group Inc. | Tracy Chapman | This Time | Cross Roads | 110-722 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Material World | Cross Roads | 110-722 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Crossroads | Cross Roads (single) | 119-283 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Born to Fight | Cross Roads (single) | 119-283 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Fast Car | Fast Car (single) | 90-386 |
| Interscope Records | Blackstreet & Mya Feat. Mase & Blinky Blink | Take Me There | Finally | 283-741 |
| Interscope Records | Eminem | Say Goodbye Hollywood | Eminem Show | 317-924 |
| Interscope Records | Eminem | Say What You Say | Eminem Show | 317-924 |

| | | | | |
|---|---|---|---|---|
| Interscope Records | Eminem | Sing for the Moment | Eminem Show | 317-924 |
| Interscope Records | Eminem | Square Dance | Eminem Show | 317-924 |
| Interscope Records | Eminem | When the Music Stops | Eminem Show | 317-924 |
| Interscope Records | Eminem | White America | Eminem Show | 317-924 |
| Interscope Records | Eminem | Without Me | Eminem Show | 317-924 |
| Interscope Records | Eminem | Cleanin Out My Closet | Eminem Show | 317-924 |
| Interscope Records | Eminem | Ass Like That | Encore | 364-769 |
| Interscope Records | Eminem | The Real Slim Shady | The Real Slim Shady (single) | 293-541 |
| Interscope Records | Limp Bizkit | Rollin' | Chocolate Starfish And The Hot Dog Flavored Water | 214-636 |
| Interscope Records | Limp Bizkit | Behind Blue Eyes | Results May Vary | 346-261 |
| Interscope Records | Mya | Case Of The Ex | Fear Of Flying | 279-309 |
| Interscope Records | No Doubt | Just A Girl | Tragic Kingdom | 206-724 |
| Interscope Records | Brian Setzer Orchestra | You're the Boss | The Dirty Boogie | 256-074 |
| LaFace Records LLC | OutKast | Two Dope Boyz (In A Cadillac) | Atliens | 233-296 |
| LaFace Records LLC | Outkast | Ms. Jackson | Stankonia | 306-741 |
| LaFace Records LLC | TLC | Kick Your Game | CrazySexyCool | 198-743 |
| LaFace Records LLC | TLC | Red Light Special | CrazySexyCool | 198-743 |
| LaFace Records LLC | TLC | Dear Lie | Fanmail | 298-454 |
| LaFace Records LLC | TLC | No Scrubs | Fanmail | 298-454 |
| LaFace Records LLC | TLC | Silly Ho | Fanmail | 298-454 |
| LaFace Records LLC | TLC | Hat 2 da Back | Ooooooohhh...on the TLC Tip | 143-726 |
| LaFace Records LLC | TLC | What About Your Friends | Ooooooohhh...on the TLC Tip | 143-726 |

| | | | | |
|---|---|---|---|---|
| LaFace Records LLC | Usher | U Got It Bad | 8701 | 307-207 |
| LaFace Records LLC | Usher | U Remind Me | 8701 | 307-207 |
| Maverick Recording Company | Alanis Morissette | Ironic | Jagged Little Pill | 213-545 |
| Maverick Recording Company | Alanis Morissette | You Oughta Know | Jagged Little Pill | 213-545 |
| Maverick Recording Company | Alanis Morissette | So-Called Chaos | So-Called Chaos | 356-595 |
| Maverick Recording Company | Deftones | My Own Summer | Around The Fur | 244-493 |
| SONY BMG MUSIC ENTERTAINMENT | Accept | Balls to the Wall | Balls to the Wall (single) | 53-582 |
| SONY BMG MUSIC ENTERTAINMENT | Aerosmith | Baby, Please Don't Go | Honkin' on Bobo | 353-219 |
| SONY BMG MUSIC ENTERTAINMENT | Aerosmith | Back Back Train | Honkin' on Bobo | 353-219 |
| SONY BMG MUSIC ENTERTAINMENT | Aerosmith | I'm Ready | Honkin' on Bobo | 353-219 |
| SONY BMG MUSIC ENTERTAINMENT | Aerosmith | Jesus Is on the Main Line | Honkin' on Bobo | 353-219 |
| SONY BMG MUSIC ENTERTAINMENT | Aerosmith | Road Runner | Honkin' on Bobo | 353-219 |
| SONY BMG MUSIC ENTERTAINMENT | Aerosmith | Stop Messin' Around | Honkin' on Bobo | 353-219 |
| SONY BMG MUSIC ENTERTAINMENT | Aerosmith | Ain't That A Bitch | Nine Lives | 246-031 |
| SONY BMG MUSIC ENTERTAINMENT | Aerosmith | Kiss Your Past Good-Bye | Nine Lives | 246-031 |
| SONY BMG MUSIC ENTERTAINMENT | Aerosmith | Nine Lives | Nine Lives | 246-031 |
| SONY BMG MUSIC ENTERTAINMENT | Alice Cooper | Poison | Trash | 107-959 |
| SONY BMG MUSIC ENTERTAINMENT | Audioslave | I Am the Highway | Audioslave | 322-103 |
| SONY BMG MUSIC ENTERTAINMENT | Audioslave | Shadow on the Sun | Audioslave | 322-103 |
| SONY BMG MUSIC ENTERTAINMENT | Audioslave | Show Me How to Live | Audioslave | 322-103 |
| SONY BMG MUSIC ENTERTAINMENT | Beyonce | Be With You | Dangerously in Love | 342-236 |
| SONY BMG MUSIC ENTERTAINMENT | Beyonce | Crazy in Love | Dangerously in Love | 342-236 |

| | | | | |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Beyonce | Hip Hop Star | Dangerously in Love | 342-236 |
| SONY BMG MUSIC ENTERTAINMENT | Beyonce | Naughty Girl | Dangerously in Love | 342-236 |
| SONY BMG MUSIC ENTERTAINMENT | Beyonce | The Closer I Get to You | Dangerously in Love | 342-236 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | Honesty | 52nd Street | 4-681 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | My Life | 52nd Street | 4-681 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | Innocent Man | An Innocent Man | 47-532 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | Piano Man | Piano Man | N12214 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | The River Of Dreams | River Of Dreams | 185-184 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | We Didn't Start The Fire | Storm Front | 109-420 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | Baby Grand | The Bridge | 77-612 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | Goodnight Saigon | The Nylon Curtain | 40-031 |
| SONY BMG MUSIC ENTERTAINMENT | Blue Oyster Cult | Burnin' For You | Fire of Unknown Origin | 29-371 |
| SONY BMG MUSIC ENTERTAINMENT | Bob Dylan | Love Henry | World Gone Wrong | 183-671 |
| SONY BMG MUSIC ENTERTAINMENT | Bonnie Tyler | Total Eclipse of the Heart | Faster than the Speed of Night | 50-641 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Bobby Jean | Born In The U.S.A. | 55-647 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Born In The U.S.A. | Born In The U.S.A. | 55-647 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Cover Me | Born In The U.S.A. | 55-647 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Dancing In The Dark | Born In The U.S.A. | 55-647 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Darlington County | Born In The U.S.A. | 55-647 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Downbound Train | Born In The U.S.A. | 55-647 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Glory Days | Born In The U.S.A. | 55-647 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | I'm Goin' Down | Born In The U.S.A. | 55-647 |

| | | | | |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | I'm On Fire | Born In The U.S.A. | 55-647 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | My Hometown | Born In The U.S.A. | 55-647 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | No Surrender | Born In The U.S.A. | 55-647 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Working On The Highway | Born In The U.S.A. | 55-647 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Secret Garden | Greatest Hits | 198-948 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Streets of Philadelphia | Greatest Hits | 198-948 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Human Touch | Human Touch | 152-008 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | The River | The River | 25-235 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Brilliant Disguise | Tunnel of Love | 87-116 |
| SONY BMG MUSIC ENTERTAINMENT | Cake | Comfort Eagle | Comfort Eagle | 301-625 |
| SONY BMG MUSIC ENTERTAINMENT | Cake | Commissioning A Symphony In C | Comfort Eagle | 301-625 |
| SONY BMG MUSIC ENTERTAINMENT | Cake | Long Line Of Cars | Comfort Eagle | 301-625 |
| SONY BMG MUSIC ENTERTAINMENT | Cam'ron | What Means The World To You | S.D.E. | 269-850 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | I'm Alive | A New Day Has Come | 311-366 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | A New Day Has Come | A New Day Has Come | 311-366 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | Declaration Of Love | Falling Into You | 224-159 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| SONY BMG MUSIC ENTERTAINMENT | Cheap Trick | World's Greatest Lover | All Shook Up | 24-267 |
| SONY BMG MUSIC ENTERTAINMENT | Cheap Trick | Voices | Dream Police | 13-648 |
| SONY BMG MUSIC ENTERTAINMENT | Cheap Trick | Way of the World | Dream Police | 13-648 |
| SONY BMG MUSIC ENTERTAINMENT | Cheap Trick | Dream Police | Dream Police (single) | 13-448 |
| SONY BMG MUSIC ENTERTAINMENT | Cheap Trick | The Flame | Lap Of Luxury | 92-100 |