| Label | Artist | Song | Album | Number |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Collin Raye | Little Red Rodeo | The Best of Collin Raye: Direct Hits | 243-637 |
| SONY BMG MUSIC ENTERTAINMENT | Cyndi Lauper | Time After Time | She's So Unusual | 50-827 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Survivor | Survivor | 289-199 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Cowboy Take Me Away | Fly | 275-086 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | If I Fall You're Going Down With Me | Fly | 275-086 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | I Believe in Love | Home | 314-722 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Long Time Gone | Home | 314-722 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Wide Open Spaces | Wide Open Spaces | 252-000 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | There's Your Trouble | Wide Open Spaces | 252-000 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | I Can Love You Better | Wide Open Spaces | 252-000 |
| SONY BMG MUSIC ENTERTAINMENT | Ednita Nazario | Vengada | Apasionada | 376-746 |
| SONY BMG MUSIC ENTERTAINMENT | Electric Light Orchestra | Don't Bring Me Down | Discovery | 12-943 |
| SONY BMG MUSIC ENTERTAINMENT | Europe | The Final Countdown | The Final Countdown | 76-395 |
| SONY BMG MUSIC ENTERTAINMENT | George Michael | Kissing A Fool | Faith | 92-432 |
| SONY BMG MUSIC ENTERTAINMENT | George Michael | Faith | Faith | 92-432 |
| SONY BMG MUSIC ENTERTAINMENT | George Michael | One More Try | Faith | 92-432 |
| SONY BMG MUSIC ENTERTAINMENT | George Michael | Praying For Time | Listen Without Prejudice. Vol. 1 | 133-600 |
| SONY BMG MUSIC ENTERTAINMENT | George Michael | Father Figure | Faith | 92-432 |
| SONY BMG MUSIC ENTERTAINMENT | Ginuwine | In Those Jeans | The Senior | 331-436 |
| SONY BMG MUSIC ENTERTAINMENT | Gloria Estefan | Don't Wanna Lose You | Cuts Both Ways | 107-742 |
| SONY BMG MUSIC ENTERTAINMENT | Gloria Estefan | Everlasting Love | Hold Me, Thrill Me, Kiss Me | 201-780 |
| SONY BMG MUSIC ENTERTAINMENT | Gloria Estefan | Coming Out of the Dark | Into The Light | 208-812 |

| Company | Artist | Song | Album | Number |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Gloria Estefan | Can't Stay Away From You | Let It Loose | 83-468 |
| SONY BMG MUSIC ENTERTAINMENT | Gloria Estefan | Rhythm is Gonna Get You | Let It Loose | 83-468 |
| SONY BMG MUSIC ENTERTAINMENT | Gregory Abbott | Shake You Down | Shake You Down | 71-785 |
| SONY BMG MUSIC ENTERTAINMENT | Indigo Girls | Closer to Fine | Indigo Girls | 101-524 |
| SONY BMG MUSIC ENTERTAINMENT | James Taylor | Copperline | New Moon Shine | 135-070 |
| SONY BMG MUSIC ENTERTAINMENT | James Taylor | Down in the Hole | New Moon Shine | 135-070 |
| SONY BMG MUSIC ENTERTAINMENT | James Taylor | Everybody Loves To Cha Cha Cha | New Moon Shine | 135-070 |
| SONY BMG MUSIC ENTERTAINMENT | James Taylor | Like Everyone She Knows | New Moon Shine | 135-070 |
| SONY BMG MUSIC ENTERTAINMENT | James Taylor | Native Son | New Moon Shine | 135-070 |
| SONY BMG MUSIC ENTERTAINMENT | James Taylor | Oh Brother | New Moon Shine | 135-070 |
| SONY BMG MUSIC ENTERTAINMENT | James Taylor | One More Go Round | New Moon Shine | 135-070 |
| SONY BMG MUSIC ENTERTAINMENT | James Taylor | Shed a Little Light | New Moon Shine | 135-070 |
| SONY BMG MUSIC ENTERTAINMENT | James Taylor | The Frozen Man | New Moon Shine | 135-070 |
| SONY BMG MUSIC ENTERTAINMENT | James Taylor | Everyday | That's Why I'm Here | 68-536 |
| SONY BMG MUSIC ENTERTAINMENT | James Taylor | Going Around One More Time | That's Why I'm Here | 68-536 |
| SONY BMG MUSIC ENTERTAINMENT | James Taylor | The Man Who Shot Liberty Valance | That's Why I'm Here | 68-536 |
| SONY BMG MUSIC ENTERTAINMENT | James Taylor | Turn Away | That's Why I'm Here | 68-536 |
| SONY BMG MUSIC ENTERTAINMENT | James Taylor | Limousine Driver | That's Why I'm Here | 68-536 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | Ain't it Funny | J. Lo | 293-297 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | Love Don't Cost a Thing | J. Lo | 293-297 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | Walking on Sunshine | J. Lo | 293-297 |
| SONY BMG MUSIC ENTERTAINMENT | Jessica Simpson | With You | In This Skin | 378-700 |

| Label | Artist | | | Number |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Jessica Simpson | I Wanna Love You Forever | Sweet Kisses | 276-117 |
| SONY BMG MUSIC ENTERTAINMENT | Johnny Kemp | Just Got Paid | Secrets of Flying | 92-433 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Open Arms | Escape | 30-088 |
| SONY BMG MUSIC ENTERTAINMENT | Judas Priest | Some Heads Are Gonna Roll | Defenders Of The Faith | 54-055 |
| SONY BMG MUSIC ENTERTAINMENT | Judas Priest | All Guns Blazing | Painkiller | 134-817 |
| SONY BMG MUSIC ENTERTAINMENT | Judas Priest | Leather Rebel | Painkiller | 134-817 |
| SONY BMG MUSIC ENTERTAINMENT | Kansas | Dust In The Wind | Point Of Know Return | N46813 |
| SONY BMG MUSIC ENTERTAINMENT | Kelly Rowland | Everytime You Walk Out That Door | Simply Deep | 309-147 |
| SONY BMG MUSIC ENTERTAINMENT | Kelly Rowland | Train on a Track | Simply Deep | 309-147 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Freak on a Leash | Follow the Leader | 263-749 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Falling Away from Me | Issues | 276-133 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | A.D.I.D.A.S. | Life Is Peachy | 230-571 |
| SONY BMG MUSIC ENTERTAINMENT | Lauryn Hill | Can't take my eyes off of you | The Miseducation of Lauryn Hill | 254-183 |
| SONY BMG MUSIC ENTERTAINMENT | Lauryn Hill | Everything Is Everything | The Miseducation Of Lauryn Hill | 254-183 |
| SONY BMG MUSIC ENTERTAINMENT | Macy Gray | I Try | On How Life Is | 267-460 |
| SONY BMG MUSIC ENTERTAINMENT | Mandy Moore | I Wanna Be With You | I Wanna Be With You | 305-059 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Vision Of Love | Mariah Carey | 118-408 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Without You | Music Box | 178-631 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Thank God I Found You | Rainbow | 276-595 |
| SONY BMG MUSIC ENTERTAINMENT | Marvin Gaye | Sexual Healing | Sexual Healing (single) | 38-850 |
| SONY BMG MUSIC ENTERTAINMENT | Mary Chapin Carpenter | Passionate Kisses | Come On Come On | 145-470 |
| SONY BMG MUSIC ENTERTAINMENT | Mary Chapin Carpenter | I Feel Lucky | Come On Come On | 145-470 |

| Label | Artist | Song | Album | Code |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | For Lovers Only | Now | 302-599 |
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | Temporary Nite | Now | 302-599 |
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | This Woman's Work | Now | 302-599 |
| SONY BMG MUSIC ENTERTAINMENT | Meat Loaf | Two Out Of Three Ain't Bad | Bat Out of Hell | N46849 |
| SONY BMG MUSIC ENTERTAINMENT | Men At Work | Be Good Johnny | Business As Usual | 35-328 |
| SONY BMG MUSIC ENTERTAINMENT | Men At Work | Down Under | Business As Usual | 35-328 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Bolton | When A Man Loves A Woman | Time, Love & Tenderness | 132-494 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Bad | Bad | 84-256 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | The Way You Make Me Feel | Bad | 84-256 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Dirty Diana | Bad | 84-256 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Man in the Mirror | Bad | 84-256 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Remember The Time | Dangerous | 178-165 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Rock With You | Off The Wall | 11-120 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Beat It | Thriller | 41-965 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Billie Jean | Thriller | 41-965 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Human Nature | Thriller | 41-965 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | P.Y.T. (Pretty Young Thing) | Thriller | 41-965 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Thriller | Thriller | 41-965 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | She's Electric | (What's The Story) Morning Glory | 289-141 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Bring It On Down | Definitely Maybe | 206-408 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Up In The Sky | Definitely Maybe | 206-408 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Roll With It | Definitely Maybe | 206-408 |

| | | | |
|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Keep The Dream Alive | Don't Believe The Truth | 377-549 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | A Bell Will Ring | Don't Believe The Truth | 377-549 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Let There Be Love | Don't Believe The Truth | 377-549 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Love Like A Bomb | Don't Believe The Truth | 377-549 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Mucky Fingers | Don't Believe The Truth | 377-549 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Part Of The Queue | Don't Believe The Truth | 377-549 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | The Importance Of Being Idle | Don't Believe The Truth | 377-549 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | The Meaning Of Soul | Don't Believe The Truth | 377-549 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Turn Up The Sun | Don't Believe The Truth | 377-549 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Born On A Different Cloud | Heathen Chemistry | 317-091 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Stop Crying Your Heart Out | Heathen Chemistry | 317-091 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Go Let It Out | Standing On The Shoulder Of Giants | 289-132 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | I Can See A Liar | Standing On The Shoulder Of Giants | 289-132 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Put Your Money Where Yer Mouth Is | Standing On The Shoulder Of Giants | 289-132 |
| SONY BMG MUSIC ENTERTAINMENT | Ozzy Osbourne | Bark at the Moon | Bark At The Moon | 53-824 |
| SONY BMG MUSIC ENTERTAINMENT | Ozzy Osbourne | Waiting for Darkness | Bark At The Moon | 53-824 |
| SONY BMG MUSIC ENTERTAINMENT | Rage Against The Machine | Guerrilla Radio | Battle Of Los Angeles | 276-602 |
| SONY BMG MUSIC ENTERTAINMENT | Rage Against The Machine | Sleep Now In The Fire | Battle Of Los Angeles | 276-602 |
| SONY BMG MUSIC ENTERTAINMENT | Rage Against the Machine | Killing in the Name | Rage Against the Machine | 152-061 |
| SONY BMG MUSIC ENTERTAINMENT | REO Speedwagon | Keep on Loving You | Hi Infidelity | 24-298 |
| SONY BMG MUSIC ENTERTAINMENT | REO Speedwagon | Don't Let Him Go | Hi Infidelity | 24-298 |
| SONY BMG MUSIC ENTERTAINMENT | Ricky Martin | Livin' la Vida Loca | Ricky Martin | 278-159 |

| SONY BMG MUSIC ENTERTAINMENT | Ricky Martin | Maria | Ricky Martin | 278-159 |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Sarah Connor | French Kissing | Sarah Connor | 351-303 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | I Knew I Loved You | Affirmation | 276-120 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | Crash And Burn | Affirmation | 276-120 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | Las De La Intuicion | Fijacion Oral Vol. 1 | 372-418 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | Underneath Your Clothes | Laundry Service | 306-496 |
| SONY BMG MUSIC ENTERTAINMENT | System Of A Down | Revenga | Mezmerize | 372-792 |
| SONY BMG MUSIC ENTERTAINMENT | System Of A Down | Violent Pornography | Mezmerize | 372-792 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | A.D.D. | Steal This Album! | 309-129 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Bubbles | Steal This Album! | 309-129 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Ego Brain | Steal This Album! | 309-129 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Highway Song | Steal This Album! | 309-129 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | I-E-A-I-A-I-O | Steal This Album! | 309-129 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Innervision | Steal This Album! | 309-129 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Mr. Jack | Steal This Album! | 309-129 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Pictures | Steal This Album! | 309-129 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Roulette | Steal This Album! | 309-129 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Streamline | Steal This Album! | 309-129 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Thetawaves | Steal This Album! | 309-129 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Aerials | Toxicity | 301-897 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Atwa | Toxicity | 301-897 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Chop Suey! | Toxicity | 301-897 |

| | | | | |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Deer Dance | Toxicity | 301-897 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Forest | Toxicity | 301-897 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Jet Pilot | Toxicity | 301-897 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Needles | Toxicity | 301-897 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Prison Song | Toxicity | 301-897 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Psycho | Toxicity | 301-897 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Science | Toxicity | 301-897 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Toxicity | Toxicity | 301-897 |
| SONY BMG MUSIC ENTERTAINMENT | Terence Trent D'Arby | Sign Your Name | Introducing The Hardline According To Terence Trent D'Arby | 86-918 |
| SONY BMG MUSIC ENTERTAINMENT | The Manhattans | Kiss and Say Goodbye | The Manhattans | 55-771 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Drops Of Jupiter | Drops Of Jupiter | 293-024 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Get to Me | My Private Nation | 334-243 |
| SONY BMG MUSIC ENTERTAINMENT | Wham | Wake Me Up Before You Go-Go | Make It Big | 68-616 |
| SONY BMG MUSIC ENTERTAINMENT | Wham | Last Christmas | Music From The Edge Of Heaven | 71-701 |
| SONY BMG MUSIC ENTERTAINMENT | Wheatus | Teenage Dirtbag | Wheatus | 286-488 |
| SONY BMG MUSIC ENTERTAINMENT | Will Smith | Men in Black | Big Willie Style | 249-123 |
| SONY BMG MUSIC ENTERTAINMENT | Wyclef Jean | Guantanamera | Wyclef Jean Presents The Carnival Featuring Refugee Allstars | 251-493 |
| SONY BMG MUSIC ENTERTAINMENT | Wyclef Jean | Gone Till November | Wyclef Jean Presents The Carnival Featuring Refugee Allstars | 251-493 |
| UMG Recordings, Inc. | 10 Years | Waking Up | The Autumn Effect | 376-935 |
| UMG Recordings, Inc. | 10 Years | Wasteland | The Autumn Effect | 376-935 |
| UMG Recordings, Inc. | 3 Doors Down | Here Without You | Away from the Sun | 347-346 |
| UMG Recordings, Inc. | 3 Doors Down | Let Me Go | Seventeen Days | 368-870 |

| UMG Recordings, Inc. | 3 Doors Down | Be Like That | The Better Life | 277-407 |
| UMG Recordings, Inc. | 3 Doors Down | By My Side | The Better Life | 277-407 |
| UMG Recordings, Inc. | 3 Doors Down | Duck and Run | The Better Life | 277-407 |
| UMG Recordings, Inc. | 3 Doors Down | Life Of My Own | The Better Life | 277-407 |
| UMG Recordings, Inc. | 3 Doors Down | So I Need You | The Better Life | 277-407 |
| UMG Recordings, Inc. | 3 Doors Down | Better Life | The Better Life | 277-407 |
| UMG Recordings, Inc. | 3 Doors Down | Down Poison | The Better Life | 277-407 |
| UMG Recordings, Inc. | 3 Doors Down | Not Enough | The Better Life | 277-407 |
| UMG Recordings, Inc. | 98 Degrees | Give Me Just One Night (Una Noche) | Give Me Just One Night (Una Noche) (single) | 269-912 |
| UMG Recordings, Inc. | Abba | Mamma Mia | Abba | N26084 |
| UMG Recordings, Inc. | Abba | S.O.S. | Abba | N26084 |
| UMG Recordings, Inc. | Abba | Knowing Me, Knowing You | Arrival | N38737 |
| UMG Recordings, Inc. | Abba | Lay All Your Love On Me | Super Trouper | 24-153 |
| UMG Recordings, Inc. | Abba | Super Trouper | Super Trouper | 24-153 |
| UMG Recordings, Inc. | Abba | The Winner Takes It All | The Winner Takes It All | 54-688 |
| UMG Recordings, Inc. | Abba | I Have A Dream | Voulez-Vous | 10-318 |
| UMG Recordings, Inc. | Abba | Voulez-Vous | Voulez-Vous | 10-318 |
| UMG Recordings, Inc. | Aerosmith | Let the Music Do the Talking | Done With Mirrors | 68-108 |
| UMG Recordings, Inc. | Aerosmith | Dude (Looks Like A Lady) | Dude (Looks Like A Lady) (single) | 87-670 |
| UMG Recordings, Inc. | Aerosmith | Livin' on the Edge | Livin' on the Edge (single) | 152-755 |
| UMG Recordings, Inc. | Aerosmith | Girl Keeps Coming Apart | Permanent Vacation | 85-369 |
| UMG Recordings, Inc. | Aerosmith | Permanent Vacation | Permanent Vacation | 85-369 |

| UMG Recordings, Inc. | Aerosmith | Rag Doll | Permanent Vacation | 85-369 |
|---|---|---|---|---|
| UMG Recordings, Inc. | Aerosmith | F.I.N.E. | Pump | 114-548 |
| UMG Recordings, Inc. | Aerosmith | Monkey On My Back | Pump | 114-548 |
| UMG Recordings, Inc. | Aerosmith | My Girl | Pump | 114-548 |
| UMG Recordings, Inc. | Aerosmith | What It Takes | Pump | 114-548 |
| UMG Recordings, Inc. | Aerosmith | Young Lust | Pump | 114-548 |
| UMG Recordings, Inc. | Akon | Show Out | Trouble | 361-456 |
| UMG Recordings, Inc. | Akon | Trouble Nobody | Trouble | 361-456 |
| UMG Recordings, Inc. | Aqua | Cartoon Heroes | Aquarius | 284-437 |
| UMG Recordings, Inc. | Aqua | Barbie Girl | Barbie Girl (single) | 240-665 |
| UMG Recordings, Inc. | Asleep At The Wheel | Across the Alley from the Alamo | Asleep At The Wheel | 79-443 |
| UMG Recordings, Inc. | Audioslave | Out Of Exile | Out Of Exile | 373-489 |
| UMG Recordings, Inc. | Audioslave | The Worm | Out Of Exile | 373-489 |
| UMG Recordings, Inc. | Audioslave | Your Time Has Come | Out Of Exile | 373-489 |
| UMG Recordings, Inc. | Audioslave | Be Yourself | Out Of Exile | 373-489 |
| UMG Recordings, Inc. | Baby Bash | Early in the Morning | Tha Smokin' Nephew | 341-628 |
| UMG Recordings, Inc. | Baby Bash | Sexy Eyes (Da Da Da) | Tha Smokin' Nephew | 341-628 |
| UMG Recordings, Inc. | Berlin | Take My Breath Away | Count Three and Pray | 72-521 |
| UMG Recordings, Inc. | Billie Myers | Kiss The Rain | Kiss The Rain (single) | 245-335 |
| UMG Recordings, Inc. | Blink-182 | The Rock Show | Take Off Your Pants And Jacket | 301-317 |
| UMG Recordings, Inc. | Blink-182 | Everytime I Look For You | Take Off Your Pants And Jacket | 301-317 |
| UMG Recordings, Inc. | Bloodhound Gang | The Bad Touch | Hooray For Boobies | 278-185 |

| UMG Recordings, Inc. | Bob Marley | Easy Skanking | Kaya | 1-122 |
|---|---|---|---|---|
| UMG Recordings, Inc. | Bob Marley | Rat Race | Rebel Music | 73-307 |
| UMG Recordings, Inc. | Bob Marley | Slave Driver | Rebel Music | 73-307 |
| UMG Recordings, Inc. | Bon Jovi | It's My Life | Crush | 281-803 |
| UMG Recordings, Inc. | Bon Jovi | Who Says You Can't Go Home | Have a Nice Day | 382-027 |
| UMG Recordings, Inc. | Bon Jovi | Livin' on a Prayer | Slippery When Wet | 71-794 |
| UMG Recordings, Inc. | Bon Jovi | You Give Love a Bad Name | Slippery When Wet | 71-794 |
| UMG Recordings, Inc. | Bon Jovi | Never Say Goodbye | Slippery When Wet | 71-794 |
| UMG Recordings, Inc. | Bon Jovi | Wanted Dead Or Alive | Slippery When Wet | 71-794 |
| UMG Recordings, Inc. | Boston | Walk On | Walk On | 190-431 |
| UMG Recordings, Inc. | Boston | Walk on (Some More) | Walk On | 190-431 |
| UMG Recordings, Inc. | Boyzone | No Matter What | Where We Belong | 181-155 |
| UMG Recordings, Inc. | Bryan Adams | Please Forgive Me | So Far So Good | 206-509 |
| UMG Recordings, Inc. | Chamillionaire | Grown and Sexy | The Sound of Revenge | 381-901 |
| UMG Recordings, Inc. | Chamillionaire | In the Trunk | The Sound of Revenge | 381-901 |
| UMG Recordings, Inc. | Chamillionaire | Radio Interruption | The Sound of Revenge | 381-901 |
| UMG Recordings, Inc. | Chamillionaire | Void in My Life | The Sound of Revenge | 381-901 |
| UMG Recordings, Inc. | Chamillionaire | The Sound of Revenge (Intro) | The Sound of Revenge | 381-901 |
| UMG Recordings, Inc. | Cher | Train of Thought | Half Breed | 79-301 |
| UMG Recordings, Inc. | Christina Milian | Miss You Like Crazy | It's About Time | 355-949 |
| UMG Recordings, Inc. | Christina Milian | Whatever U Want | It's About Time | 355-949 |
| UMG Recordings, Inc. | Common | Chi-City | Be | 377-106 |

| | | | |
|---|---|---|---|
| UMG Recordings, Inc. | Common | The Food | Be | 377-106 |
| UMG Recordings, Inc. | Common | They Say | Be | 377-106 |
| UMG Recordings, Inc. | Common | Love is.... | Be | 377-106 |
| UMG Recordings, Inc. | Common | Real People | Be | 377-106 |
| UMG Recordings, Inc. | Common | I Got a Right Ta | Come Close to Me (single) | 323-854 |
| UMG Recordings, Inc. | Common | Electric Wire Hustler Flower | Electric Circus | 323-538 |
| UMG Recordings, Inc. | Common | Nag Champa (Afrodisiac For The World) | Like Water For Chocolate | 279-993 |
| UMG Recordings, Inc. | Common | Payback Is A Grandmother | Like Water For Chocolate | 279-993 |
| UMG Recordings, Inc. | Common | The Corner | The Corner (single) | 369-647 |
| UMG Recordings, Inc. | Counting Crows | Butterfly in Reverse | Hard Candy | 321-021 |
| UMG Recordings, Inc. | Counting Crows | Angels of the Silences | Recovering The Satellites | 226-415 |
| UMG Recordings, Inc. | Counting Crows | Recovering the Satellites | Recovering The Satellites | 226-415 |
| UMG Recordings, Inc. | Def Leppard | Animal | Hysteria | 90-420 |
| UMG Recordings, Inc. | Def Leppard | Love Bites | Hysteria | 90-420 |
| UMG Recordings, Inc. | Def Leppard | Pour Some Sugar on Me | Hysteria | 90-420 |
| UMG Recordings, Inc. | Donna Summer | Romeo | I'm A Rainbow | 233-336 |
| UMG Recordings, Inc. | Dru Hill | These Are the Times | Enter the Dru | 290-402 |
| UMG Recordings, Inc. | Elton John | Sorry Seems To Be The Hardest Word | Blue Moves | N37075 |
| UMG Recordings, Inc. | Elton John | Lucy In The Sky With Diamonds | Captain Fantastic | RE 888-105 |
| UMG Recordings, Inc. | Elton John | Candle in the Wind | Goodbye Yellow Brick Road | N10950 |
| UMG Recordings, Inc. | Elton John | Blue Eyes | Jump Up | 35-166 |
| UMG Recordings, Inc. | Elton John | Sacrifice | Sleeping With the Past | 107-727 |

| | | | | |
|---|---|---|---|---|
| UMG Recordings, Inc. | Erykah Badu | Drama | Baduizm | 233-364 |
| UMG Recordings, Inc. | Fall Out Boy | 7 Minutes In Heaven (Atavan Halen) | From Under The Cork Tree | 371-909 |
| UMG Recordings, Inc. | Fall Out Boy | Of All The Gin Joints In All Of The World | From Under The Cork Tree | 371-909 |
| UMG Recordings, Inc. | George Strait | Carrying Your Love With Me | Carrying Your Love With Me | 238-679 |
| UMG Recordings, Inc. | George Strait | Somewhere Down In Texas | Somewhere Down In Texas | 372-131 |
| UMG Recordings, Inc. | Guns N Roses | Paradise City | Appetite for Destruction | 85-358 |
| UMG Recordings, Inc. | Guns N Roses | Sweet Child O' Mine | Appetite for Destruction | 85-358 |
| UMG Recordings, Inc. | Guns N Roses | November Rain | Use Your Illusion I | 134-647 |
| UMG Recordings, Inc. | Gwen Stefani | Luxurious | Love.Angel.Music.Baby. | 364-759 |
| UMG Recordings, Inc. | Hinder | Lips of an Angel | Extreme Behavior | 379-192 |
| UMG Recordings, Inc. | Hoobastank | The Reason | The Reason | 339-555 |
| UMG Recordings, Inc. | Janet Jackson | Let's Wait Awhile | Control | 69-529 |
| UMG Recordings, Inc. | Jay-Z | Coming Of Age (Da Sequel) | Hard Knock Life, Vol. 2 | 246-547 |
| UMG Recordings, Inc. | Jay-Z | Imaginary Player | In My Lifetime, Vol. 1 | 243-495 |
| UMG Recordings, Inc. | Jay-Z | Streets Is Watching | In My Lifetime, Vol. 1 | 243-495 |
| UMG Recordings, Inc. | Jay-Z | Come And Get Me | Life and Times of S. Carter, Vol. 3 | 279-270 |
| UMG Recordings, Inc. | Jay-Z | Justify My Thug | The Black Album | 337-758 |
| UMG Recordings, Inc. | Jay-Z | Lucifer | The Black Album | 337-758 |
| UMG Recordings, Inc. | Jay-Z | Moment of Clarity | The Black Album | 337-758 |
| UMG Recordings, Inc. | Jay-Z | My 1st Song | The Black Album | 337-758 |
| UMG Recordings, Inc. | Jay-Z | What More Can I Say | The Black Album | 337-758 |
| UMG Recordings, Inc. | Jay-Z | Public Service Announcement (Interlude) | The Black Album | 337-758 |

| UMG Recordings, Inc. | Kathy Mattea | Time Passes By | Time Passes By | 303-009 |
|---|---|---|---|---|
| UMG Recordings, Inc. | Keane | Somewhere Only We Know | Hopes and Fears | 355-429 |
| UMG Recordings, Inc. | LL Cool J | I Need Love | Bigger And Deffer | 83-510 |
| UMG Recordings, Inc. | LL Cool J | Around The Way Girl | Mama Said Knock You Out | 123-555 |
| UMG Recordings, Inc. | LL Cool J | Cheesy Rat Blues | Mama Said Knock You Out | 123-555 |
| UMG Recordings, Inc. | Lumidee | Only for Your Good | Almost Famous | 349-244 |
| UMG Recordings, Inc. | Mariah Carey | Boy (I Need You) | Boy (I Need You) (single) | 322-441 |
| UMG Recordings, Inc. | Mary J. Blige | Be Without You | The Breakthrough | 384-873 |
| UMG Recordings, Inc. | Meat Loaf | Lost Boys and Golden Girls | Bat Out Of Hell II: Back Into Hell | 172-277 |
| UMG Recordings, Inc. | Meat Loaf | Wasted Youth | Bat Out Of Hell II: Back Into Hell | 172-277 |
| UMG Recordings, Inc. | Nazareth | Hair of the Dog | Hair Of The Dog | N23222 |
| UMG Recordings, Inc. | Nazareth | Love Hurts | Hair of the Dog | N23222 |
| UMG Recordings, Inc. | Neil Young | Weight of the World | Landing On Water | 76-588 |
| UMG Recordings, Inc. | Nelly feat. Justin Timberlake | Work It | Nellyville | 315-537 |
| UMG Recordings, Inc. | Nelly Furtado | All Good Things (Come to an End) | Loose | 387-509 |
| UMG Recordings, Inc. | Nelly Furtado | Maneater | Loose | 387-509 |
| UMG Recordings, Inc. | Nelly Furtado | Say It Right | Loose | 387-509 |
| UMG Recordings, Inc. | Nelly Furtado | In God's Hands | Loose | 387-509 |
| UMG Recordings, Inc. | Nelly Furtado | No Hay Igual | Loose | 387-509 |
| UMG Recordings, Inc. | Nelly Furtado | Wait for You | Loose | 387-509 |
| UMG Recordings, Inc. | Nine Inch Nails | The Line Begins To Blur | With Teeth | 374-159 |
| UMG Recordings, Inc. | Nirvana | Come As You Are | Nevermind | 135-335 |

| | | | | |
|---|---|---|---|---|
| UMG Recordings, Inc. | Papa Roach | Be Free | Getting Away With Murder | 360-567 |
| UMG Recordings, Inc. | Papa Roach | Blanket of Fear | Getting Away With Murder | 360-567 |
| UMG Recordings, Inc. | Papa Roach | Blood (Empty Promises) | Getting Away With Murder | 360-567 |
| UMG Recordings, Inc. | Papa Roach | Do or Die | Getting Away With Murder | 360-567 |
| UMG Recordings, Inc. | Papa Roach | Done With You | Getting Away With Murder | 360-567 |
| UMG Recordings, Inc. | Papa Roach | Getting Away With Murder | Getting Away With Murder | 360-567 |
| UMG Recordings, Inc. | Papa Roach | Not Listening | Getting Away With Murder | 360-567 |
| UMG Recordings, Inc. | Papa Roach | Scars | Getting Away With Murder | 360-567 |
| UMG Recordings, Inc. | Papa Roach | Sometimes | Getting Away With Murder | 360-567 |
| UMG Recordings, Inc. | Papa Roach | Take Me | Getting Away With Murder | 360-567 |
| UMG Recordings, Inc. | Patti LaBelle | On My Own | Winner In You | 77-937 |
| UMG Recordings, Inc. | Queens of the Stone Age | Broken Box | Lullabies to Paralyze | 370-251 |
| UMG Recordings, Inc. | Ready For the World | Love You Down | Love You Down (single) | 77-953 |
| UMG Recordings, Inc. | Reba McEntire | For My Broken Heart | For My Broken Heart | 135-078 |
| UMG Recordings, Inc. | Reba McEntire | Fancy | Rumor Has It | 121-401 |
| UMG Recordings, Inc. | Rihanna | If It's Lovin' That You Want | If It's Lovin' That You Want (single) | 377-878 |
| UMG Recordings, Inc. | Scissor Sisters | Take Your Mama | Scissor Sisters | 355-220 |
| UMG Recordings, Inc. | Scissor Sisters | Tits on the Radio | Scissor Sisters | 355-220 |
| UMG Recordings, Inc. | Scorpions | Kicks After Six | Crazy World | 134-531 |
| UMG Recordings, Inc. | Scorpions | Wind of Change | Crazy World | 134-531 |
| UMG Recordings, Inc. | Scorpions | Still Loving You | Love At First Sting | 54-748 |
| UMG Recordings, Inc. | Scorpions | Bad Boys Running Wild | Love At First Sting | 54-748 |

| | | | |
|---|---|---|---|
| UMG Recordings, Inc. | Scorpions | The Same Thrill | Love At First Sting | 54-748 |
| UMG Recordings, Inc. | Scorpions | Always Somewhere | Lovedrive | 200-705 |
| UMG Recordings, Inc. | Shania Twain | Man! I Feel Like A Woman | Come On Over | 243-502 |
| UMG Recordings, Inc. | Shania Twain | Any Man of Mine | The Woman in Me | 207-884 |
| UMG Recordings, Inc. | Sheryl Crow | Run, Baby, Run | Run, Baby, Run (single) | 178-597 |
| UMG Recordings, Inc. | Sheryl Crow | All I Wanna Do | Scenes From The Tuesday Night Music Club | 175-406 |
| UMG Recordings, Inc. | Sheryl Crow | Strong Enough | Scenes From The Tuesday Night Music Club | 175-406 |
| UMG Recordings, Inc. | Sheryl Crow | No One Said It Would Be Easy | Scenes From The Tuesday Night Music Club | 175-406 |
| UMG Recordings, Inc. | Sheryl Crow | Leaving Las Vegas | Tuesday Night Music Club | 209-823 |
| UMG Recordings, Inc. | Sheryl Crow | I Shall Believe | Tuesday Night Music Club | 209-823 |
| UMG Recordings, Inc. | Sheryl Crow | Solidify | Tuesday Night Music Club | 209-823 |
| UMG Recordings, Inc. | Sheryl Crow | We Do What We Can | Tuesday Night Music Club | 209-823 |
| UMG Recordings, Inc. | Sisqo | Thong Song | Unleash The Dragon | 277-984 |
| UMG Recordings, Inc. | Soft Cell | Tainted Love | Non-Stop Erotic Cabaret | 32-408 |
| UMG Recordings, Inc. | Sonique | It Feels So Good | It Feels So Good (single) | 280-211 |
| UMG Recordings, Inc. | Steve Earle | Guitar Town | Guitar Town | 77-934 |
| UMG Recordings, Inc. | Steve Earle | Someday | Guitar Town | 77-934 |
| UMG Recordings, Inc. | Sting | Fields of Gold | Ten Summoner's Tales | 174-453 |
| UMG Recordings, Inc. | Sting | We'll Be Together | Nothing Like the Sun | 85-672 |
| UMG Recordings, Inc. | Styx | Carrie Ann | Edge Of The Century | 123-556 |
| UMG Recordings, Inc. | Styx | Love at First Sight | Edge Of The Century | 123-556 |
| UMG Recordings, Inc. | Styx | Love Is the Ritual | Edge Of The Century | 123-556 |

| UMG Recordings, Inc. | Styx | Not Dead Yet | Edge Of The Century | 123-556 |
|---|---|---|---|---|
| UMG Recordings, Inc. | Styx | Show Me the Way | Edge Of The Century | 123-556 |
| UMG Recordings, Inc. | Styx | World Tonite | Edge Of The Century | 123-556 |
| UMG Recordings, Inc. | Styx | Edge Of The Century | Edge Of The Century | 123-556 |
| UMG Recordings, Inc. | Styx | All In A Day's Work | Edge Of The Century | 123-556 |
| UMG Recordings, Inc. | Styx | Back To Chicago | Edge Of The Century | 123-556 |
| UMG Recordings, Inc. | Styx | Queen Of Spades | Pieces Of Eight | 5-572 |
| UMG Recordings, Inc. | Styx | Come Sail Away | The Grand Illusion | N43654 |
| UMG Recordings, Inc. | Tears For Fears | Mad World | The Hurting | 45-985 |
| UMG Recordings, Inc. | Terror Squad | Thunder in the Air | True Story | 358-782 |
| UMG Recordings, Inc. | The Cure | The End of the World | The Cure | 360-662 |
| UMG Recordings, Inc. | The Killers | Somebody Told Me | Hot Fuss | 355-962 |
| UMG Recordings, Inc. | The Police | Roxanne | Roxanne (single) | 4-190 |
| UMG Recordings, Inc. | The Police | Wrapped Around Your Finger | Synchronicity | 44-862 |
| UMG Recordings, Inc. | The Police | Message In A Bottle | Reggatta De Blanc | 13-166 |
| UMG Recordings, Inc. | The Police | Walking On The Moon | Reggatta De Blanc | 13-166 |
| UMG Recordings, Inc. | The Police | The Bed's Too Big Without You | Reggatta De Blanc | 13-166 |
| UMG Recordings, Inc. | The Police | Every Breath You Take | Synchronicity | 44-862 |
| UMG Recordings, Inc. | The Police | King Of Pain | Synchronicity | 44-862 |
| UMG Recordings, Inc. | The Police | Tea In the Sahara | Synchronicity | 44-862 |
| UMG Recordings, Inc. | The Police | Walking In Your Footsteps | Synchronicity | 44-862 |
| UMG Recordings, Inc. | The Pussycat Dolls | Don't Cha | PCD | 377-102 |

| | | | | |
|---|---|---|---|---|
| UMG Recordings, Inc. | The Pussycat Dolls | I Don't Need A Man | PCD | 377-102 |
| UMG Recordings, Inc. | The Pussycat Dolls | Wait A Minute | PCD | 377-102 |
| UMG Recordings, Inc. | The Pussycat Dolls | Stickwitu | PCD | 377-102 |
| UMG Recordings, Inc. | Tom Petty | I Won't Back Down | Full Moon Fever | 103-541 |
| UMG Recordings, Inc. | Tom Petty | A One Story Town | Long After Dark | 50-037 |
| UMG Recordings, Inc. | Tonic | If You Could Only See | Lemon Parade | 257-075 |
| UMG Recordings, Inc. | Tonic | Open Up Your Eyes | Open Up Your Eyes (single) | 257-221 |
| UMG Recordings, Inc. | U2 | Mysterious Ways | Achtung Baby | 139-599 |
| UMG Recordings, Inc. | U2 | The Fly | Achtung Baby | 139-599 |
| UMG Recordings, Inc. | U2 | Beautiful Day | All That You Can't Leave Behind | 294-631 |
| UMG Recordings, Inc. | U2 | City Of Blinding Lights | How To Dismantle An Atomic Bomb | 362-201 |
| UMG Recordings, Inc. | U2 | Original Of The Species | How To Dismantle An Atomic Bomb | 362-201 |
| UMG Recordings, Inc. | U2 | Pride (In The Name Of Love) | Rattle & Hum | 99-818 |
| UMG Recordings, Inc. | U2 | I Still Haven't Found What I'm Looking For | Rattle & Hum | 99-818 |
| UMG Recordings, Inc. | U2 | Where The Streets Have No Name | The Joshua Tree | 78-949 |
| UMG Recordings, Inc. | U2 | Bullet The Blue Sky | The Joshua Tree | 78-949 |
| UMG Recordings, Inc. | U2 | Mothers Of The Disappeared | The Joshua Tree | 78-949 |
| UMG Recordings, Inc. | U2 | Red Hill Mining Town | The Joshua Tree | 78-949 |
| UMG Recordings, Inc. | U2 | Running To Stand Still | The Joshua Tree | 78-949 |
| UMG Recordings, Inc. | U2 | Trip Through Your Wires | The Joshua Tree | 78-949 |
| UMG Recordings, Inc. | U2 | With or Without You | The Joshua Tree | 78-949 |
| UMG Recordings, Inc. | U2 | A Sort Of Homecoming | The Unforgettable Fire | 72-483 |

| Label | Artist | Song | Album | Code |
|---|---|---|---|---|
| UMG Recordings, Inc. | U2 | Elvis Presley And America | The Unforgettable Fire | 72-483 |
| UMG Recordings, Inc. | U2 | Sunday Bloody Sunday | Under A Blood Red Sky | 49-959 |
| UMG Recordings, Inc. | U2 | New Year's Day | Under A Blood Red Sky | 49-959 |
| UMG Recordings, Inc. | U2 | Two Hearts Beat As One | War | 42-944 |
| UMG Recordings, Inc. | U2 | Drowning Man | War | 42-944 |
| UMG Recordings, Inc. | Vanessa Williams | Save the Best for Last | Comfort Zone | 141-365 |
| UMG Recordings, Inc. | Weezer | Beverly Hills | Beverly Hills (single) | 377-899 |
| UMG Recordings, Inc. | Weezer | Perfect Situation | Make Believe | 376-565 |
| UMG Recordings, Inc. | Weezer | This Is Such A Pity | Make Believe | 376-565 |
| UMG Recordings, Inc. | Weezer | Buddy Holly | Weezer (Blue Album) | 187-644 |
| UMG Recordings, Inc. | Whitesnake | Is This Love | Whitesnake | 82-749 |
| UMG Recordings, Inc. | Whitesnake | Crying In The Rain | Whitesnake | 82-749 |
| UMG Recordings, Inc. | Whitesnake | Here I Go Again | Whitesnake | 82-749 |
| UMG Recordings, Inc. | Whitesnake | Give Me All Your Love | Whitesnake | 82-749 |
| UMG Recordings, Inc. | Whitesnake | Children Of The Night | Whitesnake | 82-749 |
| UMG Recordings, Inc. | Whitesnake | Straight For The Heart | Whitesnake | 82-749 |
| UMG Recordings, Inc. | Tiffany | I Think We're Alone Now | Tiffany | 83-157 |
| UMG Recordings, Inc. | Tiffany | Could've Been | Tiffany | 83-157 |
| Virgin Records America, Inc. | 30 Seconds To Mars | A Beautiful Lie | A Beautiful Lie | 377-457 |
| Virgin Records America, Inc. | 30 Seconds To Mars | From Yesterday | A Beautiful Lie | 377-457 |
| Virgin Records America, Inc. | 30 Seconds To Mars | The Kill | A Beautiful Lie | 377-457 |
| Virgin Records America, Inc. | 30 Seconds To Mars | A Modern Myth | A Beautiful Lie | 377-457 |

| Label | Artist | Song | Album | Number |
|---|---|---|---|---|
| Virgin Records America, Inc. | 30 Seconds To Mars | Attack | A Beautiful Lie | 377-457 |
| Virgin Records America, Inc. | 30 Seconds To Mars | R-Evolve | A Beautiful Lie | 377-457 |
| Virgin Records America, Inc. | 30 Seconds To Mars | Savior | A Beautiful Lie | 377-457 |
| Virgin Records America, Inc. | 30 Seconds To Mars | The Fantasy | A Beautiful Lie | 377-457 |
| Virgin Records America, Inc. | A Perfect Circle | Thinking of You | Mer De Noms | 281-642 |
| Virgin Records America, Inc. | A Perfect Circle | Weak and Powerless | Thirteenth Step | 341-312 |
| Virgin Records America, Inc. | Blur | There's No Other Way | Leisure | 135-033 |
| Virgin Records America, Inc. | Blur | She's So High | Leisure | 135-033 |
| Virgin Records America, Inc. | Blur | Song 2 | Blur | 231-938 |
| Virgin Records America, Inc. | Blur | On Your Own | Blur | 231-938 |
| Virgin Records America, Inc. | Culture Club | Karma Chameleon | Colour By Numbers | 54-558 |
| Virgin Records America, Inc. | Culture Club | It's A Miracle | Colour By Numbers | 54-558 |
| Virgin Records America, Inc. | Culture Club | Black Money | Colour By Numbers | 54-558 |
| Virgin Records America, Inc. | Culture Club | Church Of The Poison Mind | Colour By Numbers | 54-558 |
| Virgin Records America, Inc. | Culture Club | Miss Me Blind | Colour By Numbers | 54-558 |
| Virgin Records America, Inc. | Culture Club | Victims | Colour By Numbers | 54-558 |
| Virgin Records America, Inc. | Cutting Crew | (I Just) Died In Your Arms | Broadcast | 83-806 |
| Virgin Records America, Inc. | Cutting Crew | I've Been In Love Before | Broadcast | 83-806 |
| Virgin Records America, Inc. | David Bowie | Young Americans | Young Americans | N22804 |
| Virgin Records America, Inc. | David Bowie | Fame | Young Americans | N22804 |
| Virgin Records America, Inc. | DiVinyls | I Touch Myself | Divinyls | 127-625 |
| Virgin Records America, Inc. | Enigma | Knocking On Forbidden Doors | MCMXC, A.D. | 126-800 |

| | | | | |
|---|---|---|---|---|
| Virgin Records America, Inc. | Gary Moore | As The Years Go Passing By | After Hours | 140-311 |
| Virgin Records America, Inc. | Gary Moore | Walking By Myself | After Hours | 140-311 |
| Virgin Records America, Inc. | Gary Moore | Still Got The Blues | After Hours | 140-311 |
| Virgin Records America, Inc. | Gorillaz | All Alone | Demon Days | 379-135 |
| Virgin Records America, Inc. | Gorillaz | Dirty Harry | Demon Days | 379-135 |
| Virgin Records America, Inc. | Gorillaz | El manana | Demon Days | 379-135 |
| Virgin Records America, Inc. | Gorillaz | Every Planet We Reach Is Dead | Demon Days | 379-135 |
| Virgin Records America, Inc. | Gorillaz | Fire Coming Out Of The Monkeys Head | Demon Days | 379-135 |
| Virgin Records America, Inc. | Gorillaz | Kids With Guns | Demon Days | 379-135 |
| Virgin Records America, Inc. | Gorillaz | Last Living Souls | Demon Days | 379-135 |
| Virgin Records America, Inc. | Gorillaz | November Has Come | Demon Days | 379-135 |
| Virgin Records America, Inc. | Gorillaz | O Green World | Demon Days | 379-135 |
| Virgin Records America, Inc. | Gorillaz | White Light | Demon Days | 379-135 |
| Virgin Records America, Inc. | Gorillaz | Feel Good Inc. | Feel Good Inc. (single) | 379-134 |
| Virgin Records America, Inc. | Human League | Don't You Want Me | Dare | 34-729 |
| Virgin Records America, Inc. | Human League | Love Action (I Believe In Love) | Dare | 34-729 |
| Virgin Records America, Inc. | Human League | Mirror Man | Fascination | 45-029 |
| Virgin Records America, Inc. | Janet Jackson | Just a Little While | Damita Jo | 358-804 |
| Virgin Records America, Inc. | Janet Jackson | Together Again | The Velvet Rope | 261-516 |
| Virgin Records America, Inc. | Kelis | I Want Your Love | Kaleidoscope | 277-087 |
| Virgin Records America, Inc. | Kelis | Get Along With You | Kaleidoscope | 277-087 |
| Virgin Records America, Inc. | Lenny Kravitz | Are You Gonna Go My Way | Are You Gonna Go My Way | 149-143 |

| | | | | |
|---|---|---|---|---|
| Virgin Records America, Inc. | Paula Abdul | Cold Hearted | Forever Your Girl | 93-688 |
| Virgin Records America, Inc. | Paula Abdul | Forever Your Girl | Forever Your Girl | 93-688 |
| Virgin Records America, Inc. | Paula Abdul | Knocked Out | Forever Your Girl | 93-688 |
| Virgin Records America, Inc. | Paula Abdul | Straight Up | Forever Your Girl | 93-688 |
| Virgin Records America, Inc. | Paula Abdul | Opposites Attract | Forever Your Girl | 93-688 |
| Virgin Records America, Inc. | Paula Abdul | Rush Rush | Spellbound | 129-900 |
| Virgin Records America, Inc. | Roxy Music | Same Old Scene | Flesh & Blood | 18-375 |
| Virgin Records America, Inc. | Roxy Music | Angel Eyes | Manifesto | 7-208 |
| Virgin Records America, Inc. | Smashing Pumpkins | 1979 | Mellon Collie and the Infinite Sadness | 183-904 |
| Virgin Records America, Inc. | Smashing Pumpkins | Disarm | Siamese Dream | 169-635 |
| Virgin Records America, Inc. | The Wallflowers | Ashes To Ashes | The Wallflowers | 145-804 |
| Warner Bros. Records Inc. | A-Ha | Take On Me | Hunting High and Low | 63-603 |
| Warner Bros. Records Inc. | A-Ha | Hunting High And Low | Hunting High and Low | 63-603 |
| Warner Bros. Records Inc. | Avenged Sevenfold | Bat Country | City Of Evil | 374-368 |
| Warner Bros. Records Inc. | Avenged Sevenfold | Beast And The Harlot | City Of Evil | 374-368 |
| Warner Bros. Records Inc. | Avenged Sevenfold | Burn It Down | City Of Evil | 374-368 |
| Warner Bros. Records Inc. | Avenged Sevenfold | Seize The Day | City Of Evil | 374-368 |
| Warner Bros. Records Inc. | Barenaked Ladies | If I had $1000000 | Gordon | 146-343 |
| Warner Bros. Records Inc. | Bela Fleck | Tell it to the Gov'nor | Bela Fleck & The Flecktones | 114-184 |
| Warner Bros. Records Inc. | Bela Fleck | The Sinister Minister | Bela Fleck & The Flecktones | 114-184 |
| Warner Bros. Records Inc. | Bill Engvall | Bungee Jumping And Parachuting | Dorkfish | 251-186 |
| Warner Bros. Records Inc. | Bill Engvall | Flying | Dorkfish | 251-186 |

| | | | |
|---|---|---|---|
| Warner Bros. Records Inc. | Bill Engvall | Here's Your Sign Christmas | Here's Your Christmas Album | 273-524 |
| Warner Bros. Records Inc. | Bill Engvall | Rudolph Got A DUI | Here's Your Christmas Album | 273-524 |
| Warner Bros. Records Inc. | Bill Engvall | In Vitro | Here's Your Sign Reloaded | 347-675 |
| Warner Bros. Records Inc. | Black Sabbath | After All (The Dead) | Dehumanizer | 143-776 |
| Warner Bros. Records Inc. | Black Sabbath | I | Dehumanizer | 143-776 |
| Warner Bros. Records Inc. | Black Sabbath | TV Crimes | Dehumanizer | 143-776 |
| Warner Bros. Records Inc. | Black Sabbath | Country Girl | Mob Rules | 31-503 |
| Warner Bros. Records Inc. | Black Sabbath | Falling off the Edge of the World | Mob Rules | 31-503 |
| Warner Bros. Records Inc. | Black Sabbath | The Mob Rules | Mob Rules | 31-503 |
| Warner Bros. Records Inc. | Black Sabbath | Turn up the Night | Mob Rules | 31-503 |
| Warner Bros. Records Inc. | Blake Shelton | Nobody But Me | Blake Shelton's Barn & Grill | 359-309 |
| Warner Bros. Records Inc. | Blake Shelton | What's On My Mind | Blake Shelton's Barn & Grill | 359-309 |
| Warner Bros. Records Inc. | Blake Shelton | Some Beach | Some Beach (single) | 359-307 |
| Warner Bros. Records Inc. | Chad Brock | Ordinary Life | Chad Brock | 180-717 |
| Warner Bros. Records Inc. | Chicago | Hard Habit To Break | Chicago 17 | 54-174 |
| Warner Bros. Records Inc. | Chicago | Along Comes a Woman | Chicago 17 | 54-174 |
| Warner Bros. Records Inc. | Depeche Mode | Everything Counts | Construction Time Again | 49-161 |
| Warner Bros. Records Inc. | Depeche Mode | Enjoy the Silence | Enjoy the Silence (single) | 115-690 |
| Warner Bros. Records Inc. | Depeche Mode | Dream On | Exciter | 297-992 |
| Warner Bros. Records Inc. | Depeche Mode | Freelove | Exciter | 297-992 |
| Warner Bros. Records Inc. | Depeche Mode | Never Let Me Down Again | Music For The Masses | 87-111 |
| Warner Bros. Records Inc. | Depeche Mode | Master And Servant | Some Great Reward | 58-033 |

| | | | | |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Depeche Mode | Somebody | Some Great Reward | 58-033 |
| Warner Bros. Records Inc. | Depeche Mode | Just Can't Get Enough | Speak & Spell | 33-212 |
| Warner Bros. Records Inc. | Depeche Mode | Policy of Truth | Violator | 117-407 |
| Warner Bros. Records Inc. | Dire Straits | So Far Away | Brothers In Arms | 63-040 |
| Warner Bros. Records Inc. | Dire Straits | Brothers in Arms | Brothers In Arms | 63-040 |
| Warner Bros. Records Inc. | Dire Straits | Money for Nothing | Brothers In Arms | 63-040 |
| Warner Bros. Records Inc. | Dire Straits | The Man's Too Strong | Brothers In Arms | 63-040 |
| Warner Bros. Records Inc. | Dire Straits | Your Latest Trick | Brothers In Arms | 63-040 |
| Warner Bros. Records Inc. | Dire Straits | Lady Writer | Communique | 10-174 |
| Warner Bros. Records Inc. | Dire Straits | One World | Walk of Life (single) | 63-031 |
| Warner Bros. Records Inc. | Dire Straits | Walk of Life | Walk of Life (single) | 63-031 |
| Warner Bros. Records Inc. | Disturbed | Just Stop | Ten Thousand Fists | 380-289 |
| Warner Bros. Records Inc. | Disturbed | Land of Confusion | Ten Thousand Fists | 380-289 |
| Warner Bros. Records Inc. | Dwight Yoakam | What Do You Know About Love | Tomorrow's Sounds Today | 288-420 |
| Warner Bros. Records Inc. | Eric Clapton | See What Love Can Do | Behind The Sun | 60-745 |
| Warner Bros. Records Inc. | Eric Clapton | Knock On Wood | Behind The Sun | 60-745 |
| Warner Bros. Records Inc. | Eric Clapton | Pretending | Journeyman | 109-089 |
| Warner Bros. Records Inc. | Filter | I Will Lead You | Title of Record | 270-763 |
| Warner Bros. Records Inc. | Fleetwood Mac | Save Me | Behind The Mask | 115-742 |
| Warner Bros. Records Inc. | Fleetwood Mac | Don't Stop | Rumours | N39857 |
| Warner Bros. Records Inc. | Fleetwood Mac | Dreams | Rumours | N39857 |
| Warner Bros. Records Inc. | Fleetwood Mac | Go Your Own Way | Rumours | N39857 |

| | | | |
|---|---|---|---|
| Warner Bros. Records Inc. | Fleetwood Mac | Gold Dust Woman | Rumours | N39857 |
| Warner Bros. Records Inc. | Fleetwood Mac | I Don't Want to Know | Rumours | N39857 |
| Warner Bros. Records Inc. | Fleetwood Mac | Never Going Back Again | Rumours | N39857 |
| Warner Bros. Records Inc. | Fleetwood Mac | Oh Daddy | Rumours | N39857 |
| Warner Bros. Records Inc. | Fleetwood Mac | Second Hand News | Rumours | N39857 |
| Warner Bros. Records Inc. | Fleetwood Mac | Songbird | Rumours | N39857 |
| Warner Bros. Records Inc. | Fleetwood Mac | The Chain | Rumours | N39857 |
| Warner Bros. Records Inc. | Fleetwood Mac | You Make Loving Fun | Rumours | N39857 |
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |
| Warner Bros. Records Inc. | Green Day | Welcome to Paradise | Dookie | 185-457 |
| Warner Bros. Records Inc. | Linkin Park | A Place For My Head | Hybrid Theory | 288-402 |
| Warner Bros. Records Inc. | Linkin Park | By Myself | Hybrid Theory | 288-402 |
| Warner Bros. Records Inc. | Linkin Park | Cure For The Itch | Hybrid Theory | 288-402 |
| Warner Bros. Records Inc. | Linkin Park | Forgotten | Hybrid Theory | 288-402 |
| Warner Bros. Records Inc. | Linkin Park | In The End | Hybrid Theory | 288-402 |
| Warner Bros. Records Inc. | Linkin Park | One Step Closer | Hybrid Theory | 288-402 |
| Warner Bros. Records Inc. | Linkin Park | Papercut | Hybrid Theory | 288-402 |
| Warner Bros. Records Inc. | Linkin Park | Points Of Authority | Hybrid Theory | 288-402 |
| Warner Bros. Records Inc. | Linkin Park | Pushing Me Away | Hybrid Theory | 288-402 |
| Warner Bros. Records Inc. | Linkin Park | Runaway | Hybrid Theory | 288-402 |
| Warner Bros. Records Inc. | Linkin Park | With You | Hybrid Theory | 288-402 |
| Warner Bros. Records Inc. | Linkin Park | Breaking the Habit | Meteora | 346-247 |

| Warner Bros. Records Inc. | Linkin Park | Don't Stay | Meteora | 346-247 |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Linkin Park | Easier to Run | Meteora | 346-247 |
| Warner Bros. Records Inc. | Linkin Park | Faint | Meteora | 346-247 |
| Warner Bros. Records Inc. | Linkin Park | From the Inside | Meteora | 346-247 |
| Warner Bros. Records Inc. | Linkin Park | Hit the Floor | Meteora | 346-247 |
| Warner Bros. Records Inc. | Linkin Park | Lying From You | Meteora | 346-247 |
| Warner Bros. Records Inc. | Linkin Park | Nobody's Listening | Meteora | 346-247 |
| Warner Bros. Records Inc. | Linkin Park | Numb | Meteora | 346-247 |
| Warner Bros. Records Inc. | Linkin Park | Session | Meteora | 346-247 |
| Warner Bros. Records Inc. | Linkin Park | Somewhere I Belong | Meteora | 346-247 |
| Warner Bros. Records Inc. | Linkin Park | Figure.09 | Meteora | 346-247 |
| Warner Bros. Records Inc. | Lou Reed | Future Farmers Of America | Ecstasy | 279-974 |
| Warner Bros. Records Inc. | Madness | One Step Beyond | One Step Beyond | 16-959 |
| Warner Bros. Records Inc. | Madness | The Prince | One Step Beyond | 16-959 |
| Warner Bros. Records Inc. | Madness | Night Boat To Cairo | One Step Beyond | 16-959 |
| Warner Bros. Records Inc. | Madonna | Into the Groove | Like a Virgin | 59-442 |
| Warner Bros. Records Inc. | Madonna | Like a Virgin | Like a Virgin (single) | 58-389 |
| Warner Bros. Records Inc. | Madonna | Don't Tell Me | Music | 285-828 |
| Warner Bros. Records Inc. | Madonna | Papa Don't Preach | Papa Don't Preach (single) | 76-152 |
| Warner Bros. Records Inc. | Madonna | Open Your Heart | True Blue | 76-979 |
| Warner Bros. Records Inc. | Madonna | La Isla Bonita | True Blue | 76-979 |
| Warner Bros. Records Inc. | Morrissey | Used To Be A Sweet Boy | The More You Ignore Me, The Closer I Get (single) | 190-458 |

| | | | | |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Morrissey | Now My Heart Is Full | Vauxhall And I | 190-666 |
| Warner Bros. Records Inc. | Morrissey | Hold On To Your Friends | Vauxhall And I | 190-666 |
| Warner Bros. Records Inc. | Morrissey | I Am Hated For Loving | Vauxhall And I | 190-666 |
| Warner Bros. Records Inc. | Morrissey | Hairdresser on Fire | Viva Hate | 90-903 |
| Warner Bros. Records Inc. | Morrissey | Suedehead | Viva Hate | 90-903 |
| Warner Bros. Records Inc. | R.E.M. | Everybody Hurts | Automatic For The People | 147-620 |
| Warner Bros. Records Inc. | R.E.M. | Man On The Moon | Automatic For The People | 147-620 |
| Warner Bros. Records Inc. | R.E.M. | Leaving New York | Leaving New York (single) | 362-129 |
| Warner Bros. Records Inc. | R.E.M. | Leave | New Adventures In Hi-Fi | 218-077 |
| Warner Bros. Records Inc. | R.E.M. | Losing My Religion | Out Of Time | 133-829 |
| Warner Bros. Records Inc. | R.E.M. | Shiny Happy People | Out Of Time | 133-829 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Under the Bridge | Blood Sugar Sex Magik | 135-276 |
| Warner Bros. Records Inc. | Rod Stewart | Baby Jane | Body Wishes | 46-171 |
| Warner Bros. Records Inc. | Seal | Prayer For The Dying | Prayer for the Dying (single) | 191-985 |
| Warner Bros. Records Inc. | Seal | Kiss from a Rose | Seal | 194-147 |
| Warner Bros. Records Inc. | Van Halen | Drop Dead Legs | 1984 (MCMLXXXIV) | 52-319 |
| Warner Bros. Records Inc. | Van Halen | Jump | 1984 (MCMLXXXIV) | 52-319 |
| Warner Bros. Records Inc. | Van Halen | Panama | 1984 (MCMLXXXIV) | 52-319 |
| Warner Bros. Records Inc. | Van Halen | Top Jimmy | 1984 (MCMLXXXIV) | 52-319 |
| Warner Bros. Records Inc. | Van Halen | Poundcake | For Unlawful Carnal Knowledge | 132-417 |
| Warner Bros. Records Inc. | Van Halen | Judgement Day | For Unlawful Carnal Knowledge | 132-417 |
| Warner Bros. Records Inc. | Van Halen | When It's Love | OU812 | 93-099 |

| | | | | |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Van Halen | You Really Got Me | Van Halen | 239 |
| Warner Bros. Records Inc. | ZZ Top | Can't Stop Rockin' | Afterburner | 66-959 |
| Warner Bros. Records Inc. | ZZ Top | Sharp Dressed Man | Eliminator | 45-132 |
| Warner Bros. Records Inc. | ZZ Top | Gimme All Your Lovin' | Gimme All Your Lovin' (single) | 51-925 |
| Zomba Recording LLC | A Tribe Called Quest | Phony Rappers | Beats, Rhymes And Life | 218-032 |
| Zomba Recording LLC | A Tribe Called Quest | Steve Biko (Stir It Up) | Midnight Marauders | 185-359 |
| Zomba Recording LLC | A Tribe Called Quest | Against The World | The Love Movement | 300-835 |
| Zomba Recording LLC | A Tribe Called Quest | The Love | The Love Movement | 300-835 |
| Zomba Recording LLC | A Tribe Called Quest | Everything Is Fair | The Low End Theory | 134-715 |
| Zomba Recording LLC | A Tribe Called Quest | The Infamous Date Rape | The Low End Theory | 134-715 |
| Zomba Recording LLC | Britney Spears | Everytime | In the Zone | 335-267 |
| Zomba Recording LLC | Britney Spears | Toxic | In the Zone | 335-267 |
| Zomba Recording LLC | Cake | The Distance | Fashion Nugget | 309-566 |
| Zomba Recording LLC | Cake | Friend Is A Four Letter Word | Fashion Nugget | 309-566 |
| Zomba Recording LLC | Charlie Wilson | Asking Questions | Charlie, Last Name Wilson | 377-869 |
| Zomba Recording LLC | Charlie Wilson | Cry No More | Charlie, Last Name Wilson | 377-869 |
| Zomba Recording LLC | Charlie Wilson | Magic | Charlie, Last Name Wilson | 377-869 |
| Zomba Recording LLC | Charlie Wilson | My Guarantee | Charlie, Last Name Wilson | 377-869 |
| Zomba Recording LLC | Charlie Wilson | No Words | Charlie, Last Name Wilson | 377-869 |
| Zomba Recording LLC | Charlie Wilson | Thru It All | Charlie, Last Name Wilson | 377-869 |