# EXHIBIT B



**Welcome to Usenet.com!**

usenet.com

Mp3 Newsgroups

SOFTWARE
shareware

- › Home
- › Why Usenet.com
- › Members Area
- › Privacy
- › Corporate
- › Software
- › Speed Test
- › Sign Up!
- › FAQ
- › Server Addresses
- › Contact Us

Today's hottest way of sharing MP3 files over the Internet is Usenet; forget about all the peer-to-peer software applications, which quickly become outdated. Usenet allows everyone around the world to share their files on a worldwide network of peer servers and make them available to any member of this worldwide network. MP3 Newsgroups are the ultimate way of sharing as they are well organized and allow the users to find what they are looking for quickly and effortlessly.

For example, the alt.binaries.mp3.1960s newsgroup is focused on sharing music from the sixties. If you want to share files in this mp3 newsgroup, you must become a Usenet subscriber at a Usenet provider like Usenet.com or Newsfeeds.com and gain access to thousands of specific mp3 newsgroups. Once you gain the access for a low monthly fee (look at this as an Internet access fee you are paying to your Internet Service Provider, only to a different part of the Internet), you will immediately be able to download whatever all other users across the world have already posted in the numerous mp3 newsgroups out there. This gives you access to millions of mp3 files and also enables you to post your own files the same way and share them with the whole world in an instance! No other sharing service on the Internet puts such power on your fingertips as Usenet! Go to www.usenet.com and explore this excellent opportunity.

Follow me to Usenet.com,
the best Usenet service available!

Why Wait!
Click Here
To Join
USENET.com
150 Days
Retention
East and West
Coast High
Speed Servers
Over 125,000
Newsgroups

***Please Note:***

Usenet.com does not control the newsgroups on Usenet. We do not create the newsgroup or newsgroups on Usenet. Each newsgroup that is created is the sole responsibility of the person who created it. We do not control what people post to usenet. Our servers are classified as a "transitory network." A newsgroup name in and of itself does not mean that what is posted to that group corresponds to the name of the newsgroup.

All essays copyrighted © 2005, Usenet.com

Copyright © 2005, Usenet.com View our disclaimer.

# EXHIBIT C

Welcome to Usenet.com!





Free Download



› Home
› Why Usenet.com
› Members Area
› Privacy
› Corporate
› Software
› Speed Test
› Sign Up!

› FAQ
› Server Addresses
› Contact Us

**Where Can You Get Free Downloads These Days?**

Well, we must admit that it is getting harder and harder to find anything free on the Internet these days. File sharing websites are getting shut down, spam is all over the net and free download options are getting thinner by the day. So what is the Internet user who loves to download stuff for free to do in this situation? There is one solution which has existed for a while but not everyone may be informed of just yet. This solution is called Usenet, also known as The Usenet Experience. It is an underground because it is not a website that anyone can randomly access by doing a search in Google, Yahoo, or AltaVista. It is somewhat hidden and restricted because not everyone has access to the free download areas, called newsgroup.

**So How Do You Get to the Place with Free Downloads?**

It is easier than you may think. The place which soon may be the only one that offers free downloads is available to everyone through a Usenet service provider company, such as Usenet.com. In order to start downloading all you want, you need to have Internet access (which you probably have already since you're reading this) and a Usenet account. Once you join Usenet.com, you can access the Usenet newsgroups and start downloading all you want without paying an additional cent. Tired of busy file sharing programs such as KaZaa? Then Usenet is the place for you. It's a place that has it all and where you can download it all. Usenet has a much wider selection than any of the other file sharing programs and it is available to you to use 24 x 7, no mater who's online or who isn't. The files are all hosted on the provider company's servers and it is available to all users to view and download.

**What Exactly Can You Download in Usenet?**

Anything and everything. Literally. There are movies, mp3s, cartoons, wallpapers, sounds, videos, pictures, warez, games, software and much more. The files (also known as "binaries" in Usenet) are organized by subject in the so called "newsgroups," which makes it really easy for everyone from the inexperienced user to the expert to find what they are looking for. You can search the newsgroups in Usenet by using keywords. All you need is a piece of software called a newsreader which Usenet.com offers to members for free and you are ready to start downloading. And you can download as much as you want if you get the right membership plan. Forget about the disadvantages of file sharing software. Meet Usenet, the new place for free downloads!

Why Wait! Click Here To Join USENET.com

150 Days Retention

East and West Coast High Speed Servers

Over 125,000 Newsgroups




***Please Note:***

Usenet.com does not control the newsgroups on Usenet. We do not create the newsgroup or newsgroups on Usenet. Each newsgroup that is created is the sole responsibility of the person who created it. We do

not control what people post to usenet. Our servers are classified as a "transitory network." A newsgroup name in and of itself does not mean that what is posted to that group corresponds to the name of the newsgroup.

All essays copyrighted © 2005, Usenet.com

Copyright © 2005, Usenet.com View our disclaimer.

# EXHIBIT D

| Group name | Total Items (sorted) |
|---|---|
| alt binaries mp3 | 7671734 |
| alt binaries mp3 audiobooks | 2762328 |
| alt binaries mp3 audiobooks highspeed | 1354431 |
| alt binaries mp3 arabic | 88660 |
| alt binaries mp3 complete_cd | 64221 |
| alt binaries mp3 bootlegs | 43779 |
| alt binaries mp3 australian | 36040 |
| alt binaries mp3 comedy | 22502 |
| alt binaries mp3 zappa | 17139 |
| alt binaries mp3 dance | 5056 |
| alt binaries mp3 german charts | 3268 |
| alt binaries mp3 vinyl | 163 |
| alt binaries mp3 top40 | 27 |
| alt binaries mp3 macast skins-plugins | 13 |
| alt binaries mp3 usa1 country bg oldies | 4 |
| alt binaries mp3 usa country | 0 |

Address http://webnews.usenet.com/webnews?group=alt.binaries.mp3&cmd=list&sid=399

Back | Groups | Items | Post a message | Unsubscribe | Config | Logout

Group: **alt.binaries.mp3**, Page(s): **1** 2 3 4 5 6 7 8 9 10 11 12 13 14 15 Next Next page

| Subject | Parts | Size | From | Date |
|---|---|---|---|---|
| (IXYZTR) [12/47] - "06-The Twang The Boxer.mp3" yEnc (2/8) | 8/8 | 3068kb | yenc@power-post.org | 12 Oct 2007 |
| (IXYZTR) [11/47] - "06-Larry Schuba & Western Union Auf der Autobahn.mp3" | 9/9 | 3288kb | yenc@power-post.org | 12 Oct 2007 |
| (IXYZTR) [20/47] - "10-Mark Merritt A Good Truck.mp3" yEnc (1/7) | 2/7 | 792kb | yenc@power-post.org | 12 Oct 2007 |
| Michael Jackson - The Essential - 17 - Wanna Be Startin' Somethin'.mp3 (04/ | 6/27 | 2381kb | yenc@power-post.org | 12 Oct 2007 |
| Bravo Hits Vol. 59 yEnc "110-jimi_blue-im_lovin-mst.mp3" (1/9) | 1 | 665kb | yenc-poster@yenc-pos | 12 Oct 2007 |
| (IXYZTR) [06/47] - "03-The BossHoss Rodeo Radio (Album Version).mp3" yEnc | 8/8 | 2920kb | yenc@power-post.org | 12 Oct 2007 |
| Michael Jackson - The Essential - 12 - She's Out of My Life.mp3 (18/23) | 22/23 | 8731kb | yenc@power-post.org | 12 Oct 2007 |
| (IXYZTR) [17/47] - "09-Dirk Daniels Immer mehr.mp3" yEnc (02/10) | 10/10 | 3613kb | yenc@power-post.org | 12 Oct 2007 |
| (IXYZTR) [16/47] - "08-Helt Oncale Cajun Nights.mp3" yEnc (6/8) | 8/8 | 3148kb | yenc@power-post.org | 12 Oct 2007 |
| (IXYZTR) [19/47] - "10-Jill Morris Mississippi.mp3" yEnc (02/13) | 4/13 | 1585kb | yenc@power-post.org | 12 Oct 2007 |
| (IXYZTR) [18/47] - "09-Mark Bender Der Regenmann.mp3" yEnc (4/9) | 6/9 | 2143kb | yenc@power-post.org | 12 Oct 2007 |
| (IXYZTR) [15/47] - "08-Gunter Gabriel Er ist ein Kerl (Der 30 Tonner Diese | 12/12 | 4727kb | yenc@power-post.org | 12 Oct 2007 |
| Michael Jackson - The Essential - 16 - Beat It.mp3 (07/27) | 9/27 | 3573kb | yenc@power-post.org | 12 Oct 2007 |
| Michael Jackson - The Essential - 18 - Human Nature.mp3 (01/24) | 3/24 | 1191kb | yenc@power-post.org | 12 Oct 2007 |
| Michael Jackson - The Essential - 15 - Billie Jean.mp3 (13/31) | 16/31 | 6351kb | yenc@power-post.org | 12 Oct 2007 |
| Bravo Hits Vol. 59 yEnc "109-lexington_bridge-real_man-mst.mp3" (7/9) | 8/9 | 4801kb | yenc-poster@yenc-pos | 12 Oct 2007 |
| Michael Jackson - The Essential - 14 - Girl Is Mine.mp3 (20/24) | 23/24 | 8786kb | yenc@power-post.org | 12 Oct 2007 |

Start | Homer Logout - Microsof... | Usenet.com, Newsgroup... | News Rover | Listing of alt.binaries.mp... | 11:56 AM

Listing of alt.binaries.mp3, Items 37071412->44748982 - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Back Search Favorites Media

Address http://webnews.usenet.com/webnews?group=alt.binaries.mp3&cmd=list&sid=399 Go Links SnagIt

Go Bookmarks 0 blocked Check AutoLink AutoFill Send to Settings

WestCiteLink CL FI W KC

| Subject | Parts | Size | From | Date |
|---|---|---|---|---|
| Michael Jackson - The Essential - 21 - Thriller.mp3 (01/33) | 1 | 397kb | yenc@power-post.org | 12 Oct 2007 |
| FTD 504759 Within Temptation - Mother Earth[05/21] - "04. Within Temptation | 19/56✗ | 4907kb | yenc@power-post.org | 12 Oct 2007 |
| Michael Jackson - The Essential - 20 - I Just Can't Stop Loving You.mp3 (02 | 2/27✗ | 794kb | yenc@power-post.org | 12 Oct 2007 |
| (IXYZTR) [24/47] - "12-Martin Jones Adler.mp3" yEnc (5/9) | 4/9✗ | 1586kb | yenc@power-post.org | 12 Oct 2007 |
| Michael Jackson - The Essential - 19 - P.Y.T. (Pretty Young Thing).mp3 (02/ | 2/25✗ | 794kb | yenc@power-post.org | 12 Oct 2007 |
| (IXYZTR) [25/47] - "13-Dave Dudley Six Days On The Road.mp3" yEnc (4/8) | 2/8✗ | 792kb | yenc@power-post.org | 12 Oct 2007 |
| Michael Jackson - The Essential - 15 - Billie Jean.mp3 (30/31) | 31/31✓ | 12120kb | yenc@power-post.org | 12 Oct 2007 |
| Bravo Hits Vol. 59 yEnc "111-lemon_ice-right_here_waiting-mst.mp3" (01/10) | 2/10✗ | 1330kb | yenc-poster@yenc-pos | 12 Oct 2007 |
| FTD 504759 Within Temptation - Mother Earth[02/21] - "01. Within Temptation | 19/54✗ | 4906kb | yenc@power-post.org | 12 Oct 2007 |
| (IXYZTR) [26/47] - "13-Larry Schuba & Western Union Danke.mp3" yEnc (3/9) | 3/9✗ | 1190kb | yenc@power-post.org | 12 Oct 2007 |
| Michael Jackson - The Essential - 18 - Human Nature.mp3 (15/24) | 22/24✗ | 8557kb | yenc@power-post.org | 12 Oct 2007 |
| (IXYZTR) [13/47] - "07-Dagmar Lay D. Ich geh' meinen Weg.mp3" yEnc (04/10) | 10/10✓ | 3827kb | yenc@power-post.org | 12 Oct 2007 |
| FTD 504759 Within Temptation - Mother Earth[03/21] - "02. Within Temptation | 22/52✗ | 5682kb | yenc@power-post.org | 12 Oct 2007 |
| (IXYZTR) [27/47] - "14-Jonny Hill Fünfhundert Meilen von zu Haus.mp3" yEnc | 2/8✗ | 793kb | yenc@power-post.org | 12 Oct 2007 |
| Michael Jackson - The Essential - 17 - Wanna Be Startin' Somethin'.mp3 (23/ | 22/27✗ | 8733kb | yenc@power-post.org | 12 Oct 2007 |
| FTD 504759 Within Temptation - Mother Earth[04/21] - "03. Within Temptation | 20/52✗ | 5166kb | yenc@power-post.org | 12 Oct 2007 |

Group: **alt.binaries.mp3** Page(s): **1** 2 3 4 5 6 7 8 9 10 11 12 13 14 15 Next Next page

Search for: Thriller in current group

☑ Fast (only search last 20,000 items)

**Search Group Headers**

50 **Set Page Size**

Internet

Start Homer Logout - Microsof... Usenet.com, Newsgroup... News Rover **Listing of alt.binaries....** 12:02 PM

Back
Search
Favorites
Media
Address http://webnews.usenet.com/webnews
Go
Links
SnagIt
Bookmarks
0 blocked
Check
AutoLink
Send to
Settings
WestCiteLink
usenet
Back | Groups | Items | Post a message | Unsubscribe | Config | Logout
Group: alt.binaries.mp3. Page(s): 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 Next Next page
Subject | Parts | Size | From | Date
Michael Jackson - The Essential - 21 - Thriller mp3 (01/33) | 1 | 397kb | yenc@power-post.org | 12 Oct 2007
04 - Thriller mp3 (02/38) | 38/38 | 14949kb | yenc@power-post.org | 12 Oct 2007
03 Thriller mp3 (05/27) | 27/27 | 10342kb | yenc@power-post.org | 12 Oct 2007
Group: alt.binaries.mp3. Page(s): 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 Next Next page
Search for: in current group
Fast (only search last 20,000 items)
Search Group Headers
50
Set Page Size
Internet
Start
Homer Logout - Microsof...
Usenet.com, Newsgroup...
News Rover
Listing of alt.binaries.mp...
12:02 PM

File Edit View Favorites Tools Help
Back Search Favorites Media
Address http://webnews.usenet.com/webnews
Go Links SnagIt
Bookmarks 0 blocked Check AutoLink AutoFill Send to Settings
WestCiteLink CL FI W KC
usenet
Back Groups Items Post a message Unsubscribe Config Logout
Group: alt.binaries.mp3, Page(s): 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 Next Next page
Subject Parts Size From Date
Michael Jackson - The Essential - 21 - Thriller.mp3 (01/33) 1 397kb yenc@power-post.org 12 Oct 2007
04 - Thriller.mp3 (02/38) 38/38 14949kb yenc@power-post.org 12 Oct 2007
03 Thriller.mp3 (05/27) 27/27 10342kb yenc@power-post.org 12 Oct 2007
Group: alt.binaries.mp3, Page(s): 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 Next Next page
Search for: in current group
Fast (only search last 20,000 items)
Search Group Headers
50
Set Page Size
Done
Internet
Start
Homer Logout - Microsof...
Usenet.com, Newsgroup...
News Rover
Listing of alt.binaries.mp...
12:03 PM

Listing of alt.binaries.mp3 - Microsoft Internet Explorer
File Edit View Favorites Tools Help
Back Search Favorites Media
Address http://webnews.usenet.com/webnews?cmd=body&item=44739670&group=alt.binaries.mp3&sid=399&th=1
Go Links SnagIt
Google Go Bookmarks 0 blocked Check AutoLink AutoFill Send to Settings
WestCiteLink CL FI W KC
usenet
Back Groups Items Post a message Followup Raw Up Down Unsubscribe Config Logout
Group:
From: Yenc@power-post.org (Herbstlaub)
Subject: 04 - Thriller.mp3 (02/38)
Date: Fri, 12 Oct 2007 14:22:45 +0200
Join up multi part item 38 parts
Done
Internet
Start
Homer Logout - Microsof...
Usenet.com, Newsgroup...
News Rover
Listing of alt.binaries.mp...
12:03 PM

Back Search Favorites Media
Address http://webnews.usenet.com/webnews?cmd=body&item=44739670&group=alt.binaries.mp3&sid=399&th=1
Go Links SnagIt
Go Bookmarks 0 blocked Check AutoLink AutoFill Send to Settings
WestCiteLink CL FI W KC
usenet
Back Groups Items Post a message Followup Raw Up Down Unsubscribe Config Logout
Group:
From: Yenc@power-post.org (Herbstlaub)
Subject: 04 - Thriller.mp3 (02/38)
Date: Fri, 12 Oct 2007 14:22:45 +0200
Join up multi part item 38 parts
Opening page http://webnews.usenet.com/webnews?cmd=body&join=true&sid=399&group=alt.binaries.mp3&item=44739670...
Internet
Start Homer Logout - Microsof... Usenet.com, Newsgroup... News Rover Listing of alt.binaries.mp... 12:03 PM



Listing of alt.binaries.mp3 - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Back Search Favorites Media

Address http://webnews.usenet.com/webnews?cmd=body&join=true&sid=399&group=alt.binaries.mp3&item=44739670 Go Links SnagIt

Google G Go Bookmarks 0 blocked Check AutoLink AutoFill Send to Settings

WestCiteLink CL FI W KC

usenet

Back | Groups | Items | Post a message | Followup | Raw | Up | Down | Unsubscribe | Config | Logout

Group:
From: Yenc@power-post.org (Herbstlaub)
Subject: 04 - Thriller.mp3 (02/38)
Date: Fri, 12 Oct 2007 14:22:45 +0200

Attachment wntmp/tmp_399_64575_04_-_thriller.mp3

Done Internet

Start Homer Logout - Microsof... Usenet.com, Newsgroup... News Rover Listing of alt.binaries.mp... 12:05 PM

Configure Interests View Postoffice Folders Get-newsgroups Event-log Control Handheld Help Show-queue

+ E-mail
Autoscan Interest Grou
Filing folders
+ Message Locator
− MP3 Music Locator
MP3 Search
MP3 Request
Messages
File attachments
− File Attachment Locator
File Search
Messages
Picture gallery
File attachments
news-east.usenet.com
news-west.usenet.com

**File Attachment Locator**

Enter words from a message subject or a file name you want to search for

Clear search history

File type filter

All types of file attachments

Modify Filters

Begin Search  Cancel Search  Search Properties

The File Attachment Locator will search an index of files available on a major news server. Specify words from a message subject or a file name in the field above, then press Enter or click "Begin Search".

| Subject | K bytes | Date |
|---|---|---|

Get Selected Files  Create .nzb file  Set Favorites  Search for Favorites  Close

Files | Lines | Se

Online: Idle  Online tasks: 0/0  Autoscan: Idle

Start  Homer Logout - Microsof...  Usenet.com, Newsgroup...  News Rover  Listing of alt.binaries.mp...  11:46 AM

Configure Interests View Postoffice Folders Get-newsgroups Event-log Control Handheld Help Show-queue

+ E-mail
Autoscan Interest Grou
Filing folders
+ Message Locator
− MP3 Music Locator
MP3 Search
MP3 Request
Messages
File attachments
− File Attachment Locator
File Search
Messages
Picture gallery
File attachments
news-east.usenet.com
news-west.usenet.com

File Attachment Locator

Enter words from a message subject or a file name you want to search for

Michael Jackson Thriller

Clear search history

File type filter

All types of file attachments

Modify Filters

Begin Search  Cancel Search  Search Properties

210 matches were found on Usenet.com.
Select or double-click the items you want to download. Right-click an item for options.

| Subject | K bytes |
|---|---|
| Michael Jackson - History"1-09 Thriller mp3" | 8719 |
| Michael Jackson - Thriller ftd# 498173 01 - Wanna Be Startin' Somethin'.flac | 44080 |
| Michael Jackson - Thriller ftd# 498173 02 - Baby Be Mine.flac | 29156 |
| Michael Jackson - Thriller ftd# 498173 03 - The Girl Is Mine.flac | 25073 |
| Michael Jackson - Thriller ftd# 498173 04 - Thriller.flac | 42974 |
| Michael Jackson - Thriller ftd# 498173 05 - Beat It.flac | 30518 |
| Michael Jackson - Thriller ftd# 498173 06 - Billie Jean.flac | 34939 |
| Michael Jackson - Thriller ftd# 498173 07 - Human Nature.flac | 28581 |
| Michael Jackson - Thriller ftd# 498173 08 - P.Y.T (Pretty Young Thing).flac | 26537 |
| Michael Jackson - Thriller ftd# 498173 09 - The Lady in My Life.flac | 33926 |
| Michael Jackson - Thriller ftd# 498173 [00/22] .nzb | 98 |
| Michael Jackson - Thriller ftd# 498173 [10/22] Back.jpg | 65 |
| Michael Jackson - Thriller ftd# 498173 [11/22] CD.jpg | 105 |
| Michael Jackson - Thriller ftd# 498173 [12/22] Front.jpg | 75 |
| Michael Jackson - Thriller ftd# 498173 [13/22] Inside.jpg | 98 |

Get Selected Files  Create .nzb file  Set Favorites  Search for Favorites  Close

Files | Lines

Online: Idle  Online tasks: 0/0  Autoscan: Idle

Start  Homer Logout - Microsof...  Usenet.com, Newsgroup...  News Rover  Listing of alt.binaries.mp...  11:47 AM

Interests View Postoffice Folders Get-newsgroups Event-log Control Handheld Help Show-queue
E-mail
Autoscan Interest Grou
Filing folders
Message Locator
MP3 Music Locator
MP3 Search
MP3 Request
Messages
File attachments
File Attachment Locator
File Search
Messages
Picture gallery
File attachments
news-east.usenet.com
news-west.usenet.com
Enter words from a message subject or a file name you want to search for
Michael Jackson Thriller
Clear search history
File type filter
All types of file at
Begin Search
210 matches were f
Select or double-clic
Subject
Michael Jack
Michael Jackson - Thriller ftd# 498173 [12/22] Front.jpg
Michael Jackson - Thriller ftd# 498173 [13/22] Inside.jpg
K bytes
8719
44080
29156
25073
42974
30518
34939
28581
26537
33926
98
65
105
75
98
Files
Lines
Status: Finished.
Subject: Michael Jackson - History"1-09 Thriller.mp3"
Sender: Just (Just)
Date: 10/06/07
Size (bytes): 8,928,876
Number of parts: 35
Newsgroups where message can be found
alt.binaries.mp3
dk.binaer.musik
OK
Get Selected Files
Create nzb file
Set Favorites
Search for Favorites
Close
Online: Idle
Online tasks: 0/0
Autoscan: Idle
Start
Homer Logout - Microsof...
Usenet.com, Newsgroup...
News Rover
Listing of alt.binaries.mp...
11:47 AM

Configure Interests View Postoffice Folders Get-newsgroups Event-log Control Handheld Help Show-queue

+ E-mail
Autoscan Interest Groups
Filing folders
+ Message Locator
− MP3 Music Locator
MP3 Search
MP3 Request
Messages
File attachments
− File Attachment Locator (0 unread, 1 total)
File Search
Messages
Picture gallery
File attachments
news-east.usenet.com
news-west.usenet.com

Messages that may have files | Filters

| Subject | Files | Lines | Se |
|---|---|---|---|
| Michael Jackson - History"1-09 Thriller.mp3" (35 parts) | | 198415 | Jus |

*Getting message from the server...*
*The total size is about 8,928,675 bytes.*

*Subject: Michael Jackson - History"1-09 Thriller.mp3"*
*Sender: Just (Just)*
*Date: 6-Oct-2007 03:56*
*Lines: 198,415*
*Parts: 35*

etting (7/35) Michael Jackson - History"1-09 Thriller.mp3" Online: 6% Online tasks: 6/34 Autoscan: Idle

Start | Homer Logout - Microsof... | Usenet.com, Newsgroup... | News Rover | Listing of alt.binaries.mp... | 11:48 AM

Postoffice Folders Get-newsgroups Event-log Control Handheld Help Show-queue

+ E-mail
Autoscan Interest Groups
Filing folders
+ Message Locator
− MP3 Music Locator
MP3 Search
MP3 Request
Messages
File attachments
− File Attachment Locator (0 unread, 1 total)
File Search
Messages
Picture gallery
File attachments
news-east.usenet.com
news-west.usenet.com

Messages that may have files | Filters

| Subject | Files | Lines |
|---|---|---|
| Michael Jackson - History"1-09 Thriller.mp3" | 1 | 68559 |

<< Attached file: 1-09 Thriller.mp3 (6,637,169 bytes) >>

------------ MP3 Tag Information ------------

Title: Thriller
Album: History (Disc 1)
Track: 9
Part: 1/2
Artist: Michael Jackson
Encoded by: iTunes v4.9.0.17
Genre: Pop
Published by: Epic
Recording date: 1995
Comment: 00000DFE 00000DCC 0000F89F
MP3 size: 8,634,956

Online: Idle | Online tasks: 0/0 | Autoscan: Idle

Start | Homer Logout - Microsof... | Usenet.com, Newsgroup... | News Rover | Listing of alt.binaries.mp... | 11:51 AM