

August 26, 2008

# JENNER&BLOCK

Jenner & Block LLP
919 Third Avenue
37th Floor
New York, NY 10022
Tel 212-891-1600
www.jenner.com

Chicago
New York
Washington, DC

**BY FACSIMILE**

The Honorable Theodore H. Katz
United States Magistrate Judge
   Southern District of New York
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl Street
Room 1660
New York, NY 10007

Gianni P. Servodidio
Tel 212-891-1620
Fax 212-891-1699
gservodidio@jenner.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08

Re: *Arista Records LLC, et al. v. Usenet.com, Inc.* 07-CV-08822

Dear Judge Katz:

I am writing to request a short extension until September 8th, 2008 for Plaintiffs to file their Motion for Sanctions in accordance with Your Honor's ruling at the pre-motion conference conducted on August 19th. The current deadline for the Motion to be filed is September 2, 2008. The reason for this request is that my father-in-law passed away yesterday, and I will need to be out of the office for several days this week. Defendant has consented to this request.

We very much appreciate your consideration of this matter.

Very truly yours,

/s/ Gianni P. Servodidio

Gianni P. Servodidio

*The motion can be filed by September 8, 2008.*

GPS/mbw
Enclosure

8/27/08   **SO ORDERED**

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

cc: Counsel for Defendant