UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARISTA RECORDS LLC, et al.,

                         Plaintiffs,

-against-

USENET.COM, INC., SIERRA CORPORATE
DESIGN, INC., and GERALD REYNOLDS,
                         Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/10

07 CIVIL 8822 (HB)

**JUDGMENT**

#10,1630

Whereas on February 2, 2010, the Honorable Theodore H. Katz, United States Magistrate Judge, having issued a Report and Recommendation (the "report") recommending that defendants' be held jointly and severally liable for statutory damages in the amount of $6,585,000, and the matter having come before the Honorable Harold Baer Jr., United States District Judge, and the Court, on September 16, 2010, having rendered its Opinion and Order adopting the report, and entering judgment against all defendants', jointly and severally, for statutory damages in the amount of $6,585,000, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 16, 2010, the report is adopted, and judgment is entered against all defendants', jointly and severally, for statutory damages in the amount of $6,585,000; accordingly, the case is closed.

**Dated:** New York, New York
         September 23, 2010

                                         **RUBY J. KRAJICK**
                                         **Clerk of Court**
                       **BY:**

                                         **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____